1  FOLEY & LARDNER LLP
   ONE MARITIME PLAZA, 6TH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TEL: (415) 434-4484; FAX: (415) 434-4507
   NANCY J. GEENEN, BAR NO. 135968
3  ngeenen@foley.com
   DAVID B. MOYER, BAR NO. 197739
   dmoyer@foley.com
4
   FOLEY & LARDNER LLP
5  777 EAST WISCONSIN AVENUE, SUITE. 3800
   MILWAUKEE, WI 53202-5306
   TEL: (414) 271-2400; FAX: (414) 297-4900
6  RICHARD S. FLORSHEIM, *PRO HAC VICE*
   rflorsheim@foley.com
   BRIAN P. AKERS, *PRO HAC VICE*
7  bakers@foley.com

8  ATTORNEYS FOR PLAINTFFS, MEDTRONIC VASCULAR,
   INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND
   MEDTRONIC VASCULAR GALWAY, LTD.

9  KATTEN MUCHIN ROSENMAN LLP
   525 WEST MONROE STREET
10 CHICAGO, IL 60661-3693
   TEL: (312) 902-5200; FAX: (312) 902-1061
   TIMOTHY J. VEZEAU, *PRO HAC VICE*
11 timothy.vezeau@kattenlaw.com
   MICHAEL A. DORFMAN, *PRO HAC VICE*
12 michael.dorfman@kattenlaw.com

13 KEKER & VAN NEST LLP
   710 SANSOME STREET
   SAN FRANCISCO, CA 94111
14 TEL: (415) 391-5400; FAX: (415) 397-7188
   ROBERT A. VAN NEST, BAR NO. 84065
   rvannest@kvn.com
15 LEO L. LAM, BAR NO. 181861
   llam@kvn.com

16 ATTORNEYS FOR PLAINTFF, EVYSIO MEDICAL
   DEVICES ULC

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., and GUIDANT SALES CORPORATION.<br><br>Defendants. | Case No. C-06-01066 (PJH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT RELIEF** |

Pursuant to Civil L.R. 7-12 and Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd. and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation (collectively, "ACS"), as follows:

1. Plaintiffs filed their Complaint against ACS in this action on February 15, 2006. In their Complaint, Plaintiffs alleged infringement of three patents. ACS filed its Answer and Counterclaim on March 23, 2006 (Doc. No. 45).

2. On Friday, March 24, 2006, Plaintiffs forwarded ACS a copy of a proposed First Amended and Supplemental Complaint for Patent Infringement and Declaratory Judgment Relief ("First Amended Complaint") wherein Plaintiffs seek to assert an additional patent and to add additional defendants, namely, Abbot Laboratories and Abbott XYZ Corporation (collectively "Abbott"). Plaintiffs asked ACS to confirm whether it would stipulate to the filing of this First Amended Complaint by the close of business on March 27, 2006.

3. On March 27, 2006, ACS informed Plaintiffs that it would agree to stipulate to Plaintiffs' addition of a new patent. As for the other new amendments in Plaintiffs' proposed First Amended Complaint, ACS informed Plaintiffs that it could not confirm—on such short notice—whether ACS would stipulate to their addition since the necessary ACS representatives were unavailable. However, because ACS's counsel had a telephone call scheduled with those ACS representatives the next day (March 28th), ACS asked Plaintiffs for one additional day (i.e., until March 28th) to respond to Plaintiffs' request for a stipulation.

4. Concerned Abbott might learn of the proposed filing of Plaintiffs' motion and therefore file a declaratory judgment action in the interim, Plaintiffs filed a Motion for Leave to File First Amended and Supplemental Complaint for Patent Infringement and Declaratory Judgment Relief (Doc. No. 47) ("Motion for Leave") on March 27, 2006.

5. On March 28, 2006, Plaintiffs wrote to ACS and indicated that they believed it was necessary to file the Motion for Leave to preserve their right to their forum of choice, but

1. that they would withdraw the motion if ACS would stipulate to the filing of the First Amended Complaint.

6. Following the March 28, 2006 telephone call with the necessary ACS representatives, ACS's counsel informed Plaintiffs' counsel that ACS would agree to stipulate to the filing of Plaintiffs' First Amended Complaint subject to the conditions stated herein.

7. Plaintiffs may file their First Amended Complaint in the form attached hereto as Exhibit A, on or before March 30, 2006. By that same time, Plaintiffs will withdraw their currently pending Motion for Leave.

8. Plaintiffs' filing of their First Amended Complaint on or before March 30, 2006 shall obviate any necessity for Plaintiffs to respond to the Answer and Counterclaims filed by Defendants on March 23, 2006.

9. ACS shall file its response to Plaintiffs' First Amended Complaint on or before April 20, 2006.

10. If ACS asserts any counterclaims against Plaintiffs, Plaintiffs shall file their response to such counterclaims on or before May 11, 2006.

11. By agreeing to this stipulation, ACS is not agreeing in any way to the merits of any allegations set forth in Plaintiffs First Amended Complaint including, without limitation, whether Abbot Laboratories and Abbott XYZ Corporation are proper parties to this lawsuit. ACS expressly reserves any and all responses that it may have to Plaintiffs' First Amended Complaint. Furthermore, by agreeing to this stipulation, ACS makes no representations or agreements for, or on behalf of, Abbott.

DATE: MARCH 29, 2006

FOLEY & LARDNER LLP

BY: _____/s/_____
         David Moyer

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

| | | |
|---|---|---|
| 1 | DATE: March 29, 2006 | **Katten Muchin & Rosenman LLP** |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Timothy J. Vezeau |
| 5 | | Attorneys for Plaintiff Evysio Medical Devices ULC |
| 6 | DATE: March 29, 2006 | **McAndrews, Held & Malloy, Ltd** |
| 7 | | |
| 8 | | |
| 9 | | By: _____/s/_____ |
| | | Edward A. Mas II |
| 10 | | |
| 11 | | Attorneys for Defendants, Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation |
| 12 | | |

13  Concurrence in the filing of this document has been obtained from Timothy J. Vezeau
14  and Edward A. Mas II, the signatories listed above.

| | | |
|---|---|---|
| 15 | DATE: March 29, 2006 | **Foley & Lardner LLP** |
| 16 | | |
| 17 | | |
| 18 | | By: _____/s/_____ |
| | | David Moyer |
| 19 | | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |
| 20 | | |
| 21 | | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: APRIL 5, 2006

Phyllis J. Hamilton
United States [District Judge]

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*