**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE. 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
BRIAN P. AKERS, *PRO HAC VICE*
bakers@foley.com

ATTORNEYS FOR PLAINTFFS, MEDTRONIC VASCULAR, INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTFF, EVYSIO MEDICAL DEVICES ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED CARDIOVASCULAR SYSTEMS, INC., GUIDANT SALES CORPORATION, ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION, <br><br> Defendants. | Case No. C-06-01066 (PJH) <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1   STIPULATION AND [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C-06-01066 (PJH)

WASH_1581351.1

Pursuant to Civil L.R. 7-12 and Rule 6(b) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd. and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation (collectively, "ACS"), as follows:

1. The Court entered the Stipulation and Order Granting Leave to File First Amended and Supplemental Complaint on April 5, 2006 and the First Amended Complaint was filed the same day.

2. Plaintiffs' filing of their First Amended Complaint on April 5, 2006 obviates any necessity for Plaintiffs to respond to the Answer and Counterclaim filed by ACS on March 23, 2006.

3. The First Amended Complaint added a new defendant Abbot Laboratories ("Abbott").

4. Abbott was served with the First Amended Complaint on April 6, 2006.

5. Plaintiffs previously agreed that ACS's time to Answer or otherwise respond to the First Amended Complaint should be the same as for Abbott.

6. Accordingly, ACS shall answer or otherwise respond to the First Amended Complaint by April 26, 2006.

DATE APRIL 10, 2006

FOLEY & LARDNER LLP

BY: _____/s/_____
David B. Moyer

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

2   STIPULATION AND [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT CASE NO. C-06-01066 (PJH)

WASH_1581351.1

| | | |
|---|---|---|
| 1 | DATE: APRIL 10, 2006 | KATTEN MUCHIN & ROSENMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | BY: _____/s/_____<br>Timothy J. Vezeau |
| 5 | | Attorneys for Plaintiff Evysio Medical Devices ULC |
| 6 | | |
| 7 | DATE: APRIL 10, 2006 | MCANDREWS, HELD & MALLOY, LTD |
| 8 | | |
| 9 | | BY: _____/s/_____<br>Edward A. Mas II |
| 10 | | |
| 11 | | Attorneys for Defendants, Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation |
| 12 | | |

13    Concurrence in the filing of this document has been obtained from Timothy J. Vezeau

14 and Edward A. Mas II, the signatories listed above.

| | | |
|---|---|---|
| 15 | DATE: APRIL 10, 2006 | FOLEY & LARDNER LLP |
| 16 | | |
| 17 | | |
| 18 | | BY: _____/s/_____<br>David B. Moyer |
| 19 | | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |
| 20 | | |
| 21 | | |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: April 12, 2006

Phyllis ...
United Sta...
Judge Phyllis J. Hamilton

IT IS SO ORDERED

3    STIPULATION AND [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. C-06-01066 (PJH)

WASH_1581351.1