**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE. 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
BRIAN P. AKERS, *PRO HAC VICE*
bakers@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., GUIDANT SALES CORPORATION, ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants. | Case No. C-06-01066 (PJH)<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GUIDANT SALES CORPORATION, DISMISSAL OF COUNT IV AGAINST ALL DEFENDANTS, AND FOR ADDITIONAL TIME FOR REMAINING DEFENDANTS TO ANSWER REMAINING CLAIMS AND [~~PROPOSED~~] ORDER** |

1
**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GUIDANT SALES CORPORATION, DISMISSAL OF COUNT IV AGAINST ALL DEFENDANTS, AND FOR ADDITIONAL TIME FOR REMAINING DEFENDANTS TO ANSWER REMAINING CLAIMS**

CASE NO. C-06-01066 (PJH)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Civil Local Rule 6-1(a), Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd. and Evysio Medical Devices ULC (collectively, "Plaintiffs"), by each of their respective undersigned attorneys, Abbott Laboratories and Abbott XYZ Corporation (collectively, "Abbott"), by its undersigned attorneys, and Advanced Cardiovascular Systems, Inc. ("ACS") and Guidant Sales Corporation ("GSC"), by its undersigned attorneys, have all agreed and stipulate as follows:

1.  All claims asserted against Guidant Sales Corporation in Plaintiffs' First Amended and Supplemental Complaint are dismissed without prejudice.

2.  If, before the close of fact discovery, Plaintiffs determine in their sole discretion that GSC should be added back into the case as a defendant, Abbott and ACS (collectively "Defendants") will stipulate to such an amendment to Plaintiffs then-current complaint.

3.  To the extent that GSC may have any liability for any activities on or before April 21, 2006 (i.e., the closing of the Boston Scientific Corporation-Guidant merger) constituting direct or indirect infringement of the patents in suit, Abbott assumes all such liability as well as any rights of GSC associated with this lawsuit.

4.  A deposition of GSC will not count towards the deposition limit agreed to by the parties or set by the Court.

5.  To the extent such documents are in the possession, custody or control of Defendants, Defendants agree to produce responsive, non-privileged documents relating to the vascular intervention business that were in the possession, custody, or control of GSC prior to the date of the acquisition of GSC by Boston Scientific Corporation. To the extent such documents are not in the possession, custody or control of Defendants, Defendants will assist Plaintiffs in obtaining the documents though the subpoena process or otherwise.

6.  Count IV of the First Amended and Supplemental Complaint, alleging infringement of U.S. Patent No. 7,001,358 B2 ("the '1358 Patent"), entitled "Reinforced

2
STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GUIDANT SALES CORPORATION, DISMISSAL OF COUNT IV AGAINST ALL DEFENDANTS, AND FOR ADDITIONAL TIME FOR REMAINING DEFENDANTS TO ANSWER REMAINING CLAIMS

CASE NO. C-06-01066 (PJH)

1  Monorail Balloon Catheter," is dismissed without prejudice against all Defendants.

2      7.    Each party shall bear its own costs incurred in connection with the dismissed claims.

4      8.    The remaining Defendants shall file their answer or other response to the remaining allegations in the case by June 2, 2006.

DATE MAY 26, 2006

**FOLEY & LARDNER LLP**

BY: _____/s/_____
David B. Moyer

Attorneys for Plaintiffs, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

DATE: MAY 26, 2006

**KATTEN MUCHIN & ROSENMAN LLP**

BY: _____/s/_____
Timothy J. Vezeau

Attorneys for Plaintiff Evysio Medical Devices ULC

DATE: May 26, 2006

**MCANDREWS, HELD & MALLOY, LTD.**
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

BY: _____/s/_____
Edward A. Mas II

Attorneys for Defendants, Abbott Laboratories, Abbott XYZ Corporation, Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation

Concurrence in the filing of this document has been obtained from Timothy J. Vezeau and Edward A. Mas II, the signatories listed above.

DATE: MAY 26, 2006                                             **FOLEY & LARDNER LLP**

BY: _____/s/_____
David B. Moyer

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:   6/2/06

Phyllis J. Hamilton
United S_____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

4
STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT GUIDANT SALES CORPORATION, DISMISSAL OF COUNT IV AGAINST ALL DEFENDANTS, AND FOR ADDITIONAL TIME FOR REMAINING DEFENDANTS TO ANSWER REMAINING CLAIMS

CASE NO. C-06-01066 (PJH)

SF:130042.1