1  Edward A. Mas II (*pro hac vice*)
   emas@mhmlaw.com
2  James M. Hafertepe (*pro hac vice*)
   jhafertepe@mhmlaw.com
3  Merle S. Elliott (*pro hac vice*)
   melliott@mhmlaw.com
4  MCANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
   Chicago, Illinois 60661
5  Tel: (312) 775-8000; Fax: (312) 775-8100

6  J. Michael Jakes (*pro hac vice*)
   mike.jakes@finnegan.com
7  Christine E. Lehman (*pro hac vice*)
   christine.lehman@finnegan.com
8  Michael A. Morin (*pro hac vice*)
   michael.morin@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
   901 New York Ave., NW
10 Washington, DC 20001-4413
   Tel: (202) 408-4000; Fax: (202) 408-4400
11
   Robert F. McCauley III (State Bar No. 162056)
12 robert.mccauley@finnegan.com
   Lily Lim (State Bar No. 214536)
13 lily.lim@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
14   GARRETT & DUNNER, LLP
   Stanford Research Park, 3300 Hillview Avenue
   Palo Alto, CA 94304-1203
15 Tel: (650) 849-6600; Fax: (650) 849-6666

16 Attorneys for Defendants,
   ADVANCED CARDIOVASCULAR SYSTEMS, INC.,
17 ABBOTT LABORATORIES, and ABBOTT XYZ
   CORPORATION
18
   Nancy J. Geenen (State Bar No. 135968)
19 ngeenen@foley.com
   David B. Moyer (State Bar No. 197739)
20 dmoyer@foley.com
   FOLEY & LARDNER LLP
21 One Maritime Plaza, 6th floor
   San Francisco, CA 94111-3409
   Tel: (415) 434-4484; Fax: (415) 434-4507
22
   Richard S. Florsheim (*pro hac vice*)
23 rflorsheim@foley.com
   Brian P. Akers (*pro hac vice*)
24 bakers@foley.com
   FOLEY & LARDNER LLP
25 777 East Wisconsin Avenue, Suite. 3800
   Milwaukee, WI 53202-5306
26 Tel: (414) 271-2400; Fax: (414) 297-4900

27 Attorneys for Plaintffs,
   MEDTRONIC VASCULAR, INC.; MEDTRONIC USA, INC.;
   MEDTRONIC, INC., and MEDTRONIC VASCULAR
28 GALWAY, LTD.

| | |
|---|---|
| 1 | Robert A. Van Nest (Bar No. 84065) |
| | rvannest@kvn.com |
| 2 | Leo L. Lam (State Bar No. 181861) |
| | llam@kvn.com |
| 3 | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| | San Francisco, CA 94111 |
| 4 | Tel: (415) 391-5400; Fax: (415) 397-7188 |
| 5 | Timothy J. Vezeau (*pro hac vice*) |
| | timothy.vezeau@kattenlaw.com |
| 6 | Michael A. Dorfman, (*pro hac vice*) |
| | michael.dorfman@kattenlaw.com |
| 7 | KATTEN MUCHIN ROSENMAN LLP |
| | 525 West Monroe Street |
| 8 | Chicago, IL 60661-3693 |
| | Tel: (312) 902-5200; Fax: (312) 902-1061 |
| 9 | Attorneys for Plaintff, |
| 10 | EVYSIO MEDICAL DEVICES ULC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | Civil Action No. 06-1066 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

**Private Process:** The parties agree to engage in private mediation using a mutually acceptable mediator from JAMS (or a similar organization).

**Timing:** The parties agree that mediation at this time would not be fruitful given that this patent infringement case is in its preliminary stages. The parties will conduct a private mediation at a mutually acceptable time after the case has been more fully developed.

Respectfully submitted,

Dated: June 22, 2006

MCANDREWS, HELD & MALLOY, LTD.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: _____/s/_____
James M. Hafertepe
Attorneys for Defendants
ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION

Dated: June 22, 2006

FOLEY & LARDNER LLP

By: _____/s/_____
David B. Moyer
Attorneys for Plaintiffs
MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., and MEDTRONIC VASCULAR GALWAY, LTD.

Dated: June 22, 2006

KATTEN MUCHIN ROSENMAN LLP

KEKER & VAN NEST LLP

By: _____/s/_____
Leo L. Lam
Attorneys for Plaintiff
EVYSIO MEDICAL DEVICES ULC

1  Concurrence in the filing of this document has been obtained from David B. Moyer and Leo
2  L. Lam, the signatories listed above.

3  Dated: June 22, 2006                MCANDREWS, HELD & MALLOY, LTD.

4                                      FINNEGAN, HENDERSON, FARABOW, GARRETT &
                                       DUNNER, LLP
5

6                                      By: _____/s/_____
                                           James M. Hafertepe
7                                          Attorneys for Defendants
                                           ADVANCED CARDIOVASCULAR SYSTEMS,
8                                          INC., ABBOTT LABORATORIES, and ABBOTT
                                           XYZ CORPORATION
9

10

11                                   [~~PROPOSED~~] ORDER

12           PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14  Dated: 6/29/06                    For  _____Jeffrey S. White_____
                                           Phyllis J. Hamilton
15                                         United States District Judge

16