Edward A. Mas II (*pro hac vice*)
emas@mhmlaw.com
James M. Hafertepe (*pro hac vice*)
jhafertepe@mhmlaw.com
Merle S. Elliott (*pro hac vice*)
melliott@mhmlaw.com
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, Illinois 60661
Tel: (312) 775-8000; Fax: (312) 775-8100

J. Michael Jakes (*pro hac vice*)
mike.jakes@finnegan.com
Christine E. Lehman (*pro hac vice*)
christine.lehman@finnegan.com
Michael A. Morin (*pro hac vice*)
michael.morin@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001-4413
Tel: (202) 408-4000; Fax: (202) 408-4400

Robert F. McCauley III (State Bar No. 162056)
robert.mccauley@finnegan.com
Lily Lim (State Bar No. 214536)
lily.lim@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park, 3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600; Fax: (650) 849-6666

Attorneys for Defendants,
ADVANCED CARDIOVASCULAR SYSTEMS, INC.,
ABBOTT LABORATORIES, and ABBOTT XYZ
CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 06-1066 PJH<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER EXTENDING BRIEFING AND HEARING DATES FOR PLAINTIFFS' MOTION TO STRIKE AND DISMISS** |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING AND HEARING DATES FOR PLAINTIFFS'
MOTION TO STRIKE AND DISMISS -- Case No. 06-1066 PJH

1   Because certain counsel for defendants are preparing for a trial in a separate case set to begin
2   on June 26, 2006, Plaintiffs MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC.,
3   MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL
4   DEVICES ULC ("Plaintiffs") and Defendants ADVANCED CARDIOVASCULAR SYSTEMS,
5   INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION ("Defendants"), through
6   their respective counsel, hereby stipulate, with the Court's permission, to continue for two weeks the
7   remaining briefing and the hearing dates on Plaintiffs' Motion To Strike Defendants' First, Third,
8   Fifth, Seventh And Eighth Affirmative Defenses And Dismiss Counterclaims Counts II and III, as
9   follows:

Defendants' Opposition shall be due on or before: July 19, 2006;

Plaintiffs' Reply to Opposition shall be due on or before: July 26, 2006;

Hearing date: August 9, 2006.

By his signature below, counsel for Defendants attests that counsel for all Plaintiffs concur in the filing of this stipulation.

Respectfully submitted,

Dated: June 27, 2006            MCANDREWS, HELD & MALLOY, LTD.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By:_____/s/_____
   Robert F. McCauley
   Attorneys for Defendants
   ADVANCED CARDIOVASCULAR SYSTEMS,
   INC., ABBOTT LABORATORIES, and ABBOTT
   XYZ CORPORATION

//

//

//

//

| | | |
|---|---|---|
| 1 | Dated: June 27, 2006 | FOLEY & LARDNER LLP |
| 2 | | By:_____/s/_____ |
| 3 | | David B. Moyer |
| | | Attorneys for Plaintiffs |
| 4 | | MEDTRONIC VASCULAR, INC., MEDTRONIC |
| | | USA, INC., MEDTRONIC, INC., and MEDTRONIC |
| 5 | | VASCULAR GALWAY, LTD. |
| 6 | | |
| 7 | Dated: June 27, 2006 | KATTEN MUCHIN ROSENMAN LLP |
| 8 | | KEKER & VAN NEST LLP |
| 9 | | By:_____/s/_____ |
| | | Leo L. Lam |
| 10 | | Attorneys for Plaintiff |
| 11 | | EVYSIO MEDICAL DEVICES ULC |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/10/06    _____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING AND HEARING DATES FOR PLAINTIFFS'
MOTION TO STRIKE AND DISMISS -- Case No. 06-1066 PJH