1  Edward A. Mas II (*pro hac vice*)
   emas@mhmlaw.com
2  James M. Hafertepe (*pro hac vice*)
   jhafertepe@mhmlaw.com
3  Merle S. Elliott  (*pro hac vice*)
   melliott@mhmlaw.com
4  MCANDREWS, HELD & MALLOY, LTD.
   500 West Madison Street, 34th Floor
   Chicago, Illinois 60661
5  Tel: (312) 775-8000; Fax: (312) 775-8100

6  J. Michael Jakes (*pro hac vice*)
   mike.jakes@finnegan.com
7  Christine E. Lehman (*pro hac vice*)
   christine.lehman@finnegan.com
8  Michael A. Morin (*pro hac vice*)
   michael.morin@finnegan.com
9  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
   901 New York Ave., NW
10 Washington, DC 20001-4413
   Tel: (202) 408-4000; Fax: (202) 408-4400
11
   Robert F. McCauley III (State Bar No. 162056)
12 robert.mccauley@finnegan.com
   Lily Lim (State Bar No. 214536)
13 lily.lim@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
14   GARRETT & DUNNER, LLP
   Stanford Research Park, 3300 Hillview Avenue
15 Palo Alto, CA 94304-1203
   Tel: (650) 849-6600; Fax: (650) 849-6666

16 Attorneys for Defendants,
   ADVANCED CARDIOVASCULAR SYSTEMS, INC.,
17 ABBOTT LABORATORIES, and ABBOTT XYZ
   CORPORATION

18

19                     UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
20                         SAN FRANCISCO DIVISION

21 | | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, | Civil Action No. 06-1066 PJH |
| Plaintiffs, | **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING BRIEFING AND HEARING DATES FOR PLAINTIFFS' MOTION TO STRIKE AND DISMISS** |
| v. | |
| ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING AND HEARING DATES FOR PLAINTIFFS'
MOTION TO STRIKE AND DISMISS -- Case No. 06-1066 PJH

1  As noted in the parties' prior Stipulation entered on July 10, 2006, certain counsel for
2  Defendants have been involved in a trial in a separate case that began on June 26, 2006.  Due to that
3  trial, the parties previsouly requested, and the Court agreed, to continue for two weeks the remaining
4  briefing and the hearing dates on Plaintiffs' Motion To Strike Defendants' First, Third, Fifth,
5  Seventh And Eighth Affirmative Defenses And Dismiss Counterclaims Counts II and III ("Plaintiffs'
6  Motion").  (*See* Doc. No. 77 (Stipulation entered on July 10, 2006).)
7  The above-referenced trial extended longer than expected.  Accordingly, Plaintiffs
8  MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC.,
9  MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC
10 ("Plaintiffs") and Defendants ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT
11 LABORATORIES, and ABBOTT XYZ CORPORATION ("Defendants"), through their respective
12 counsel, hereby stipulate, with the Court's permission, to continue for one additional week the
13 remaining briefing and the hearing dates on Plaintiffs' Motion as follows:
14  Defendants' Opposition shall be due on or before:  July 26, 2006;
15  Plaintiffs' Reply to Opposition shall be due on or before:  August 2, 2006;
16  Hearing date:  August 16, 2006.
17 This one week extension will not affect the schedule for the case.
18
19  By his signature below, counsel for Defendants attests that counsel for all Plaintiffs concur in
20 the filing of this stipulation.

   Respectfully submitted,

21

22 Dated:  July 13, 2006         MCANDREWS, HELD & MALLOY, LTD.

23                                FINNEGAN, HENDERSON, FARABOW, GARRETT &
24                                DUNNER, LLP

25                                By:_____/s/_____
                                      Robert F. McCauley
26                                    Attorneys for Defendants
                                      ADVANCED CARDIOVASCULAR SYSTEMS,
27                                    INC., ABBOTT LABORATORIES, and ABBOTT
28                                    XYZ CORPORATION


1  Dated: July 13, 2006                    FOLEY & LARDNER LLP

2                                          By:_____/s/_____
3                                              David B. Moyer
                                               Attorneys for Plaintiffs
4                                              MEDTRONIC VASCULAR, INC., MEDTRONIC
                                               USA, INC., MEDTRONIC, INC., and MEDTRONIC
5                                              VASCULAR GALWAY, LTD.

6

7  Dated: July 13, 2006                    KATTEN MUCHIN ROSENMAN LLP

8                                          KEKER & VAN NEST LLP

9                                          By:_____/s/_____
                                               Leo L. Lam
10                                             Attorneys for Plaintiff
                                               EVYSIO MEDICAL DEVICES ULC
11

12

13
                              **[P~~ROPOS~~ED] ORDER**
14
              **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
15

16
           7/17/06
17  Dated: _____               _____
                                         Phyllis J. Hamilton
18                                       Unit

*IT IS SO ORDERED*

*Judge Phyllis J. Hamilton*

3

STIPULATION AND [PROPOSED] ORDER EXTENDING
BRIEFING AND HEARING DATES FOR PLAINTIFFS'
MOTION TO STRIKE AND DISMISS -- Case No. 06-1066 PJH