| | |
|---|---|
| 1 | Edward A. Mas II (*pro hac vice*)<br>emas@mhmlaw.com |
| 2 | James M. Hafertepe (*pro hac vice*)<br>jhafertepe@mhmlaw.com |
| 3 | Merle S. Elliott  (*pro hac vice*)<br>melliott@mhmlaw.com |
| 4 | MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor |
| 5 | Chicago, Illinois 60661<br>Tel: (312) 775-8000; Fax: (312) 775-8100 |
| 6 | J. Michael Jakes (*pro hac vice*)<br>mike.jakes@finnegan.com |
| 7 | Christine E. Lehman (*pro hac vice*)<br>christine.lehman@finnegan.com |
| 8 | Michael A. Morin (*pro hac vice*)<br>michael.morin@finnegan.com |
| 9 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 10 | 901 New York Ave., NW<br>Washington, DC 20001-4413 |
| 11 | Tel: (202) 408-4000; Fax: (202) 408-4400 |
| 12 | Robert F. McCauley III (State Bar No. 162056)<br>robert.mccauley@finnegan.com |
| 13 | Lily Lim (State Bar No. 214536)<br>lily.lim@finnegan.com |
| 14 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 15 | Stanford Research Park, 3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Tel: (650) 849-6600; Fax: (650) 849-6666 |
| 16 | Attorneys for Defendants, |
| 17 | ADVANCED CARDIOVASCULAR SYSTEMS, INC.,<br>ABBOTT LABORATORIES, and ABBOTT XYZ<br>CORPORATION |
| 18 | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 21 | MEDTRONIC VASCULAR, INC., | Civil Action No. 06-1066 PJH |
| 22 | MEDTRONIC USA, INC., MEDTRONIC, INC.,<br>MEDTRONIC VASCULAR GALWAY, LTD., | |
| 23 | and EVYSIO MEDICAL DEVICES ULC, | **STIPULATION AND [P~~ROPOSED~~]** |
| 24 | Plaintiffs, | **ORDER (A) WITHDRAWING**<br>**PLAINTIFFS' MOTION TO STRIKE** |
| 25 | v. | **AND DISMISS AND (B) ALLOWING**<br>**DEFENDANTS TO FILE A FIRST** |
| 26 | ADVANCED CARDIOVASCULAR SYSTEMS,<br>INC., ABBOTT LABORATORIES, and ABBOTT | **AMENDED ANSWER AND**<br>**COUNTERCLAIMS** |
| 27 | XYZ CORPORATION, | |
| 28 | Defendants. | |
| | AND RELATED COUNTERCLAIMS | |

Pursuant to Civil L.R. 7-12 and Rule 15(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical Devices ULC ("Plaintiffs") and Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation ("Defendants"), through their respective counsel, as follows:

1.  On April 5, 2006, Plaintiffs filed a First Amended and Suplemental Complaint for Patent Infringement and Declaratory Judgment Relief (Doc. No. 52). After the parties entered a Stipulation whereby Plaintiffs dismissed certain claims and parties, Defendants filed their Answer and Counterclaims on June 2, 2006 (Doc. No. 62).

2.  On June 21, 2006, Plaintiffs filed their Motion to Strike Defendants' First, Third, Fifth, Seventh and Eighth Affirmative Defenses and Dismiss Counterclaim Counts II and III ("Motion") (Doc. No. 68). In particular, in their Motion, Plaintiffs assert that Defendants did not adequately plead their (a) failure to state a claim defense; (b) invalidity defenses and counterclaim; and (c) inequitable conduct defense and counterclaim. Defendants disagree with Plaintiffs' assertion.

3.  On July 6, 2006, the parties filed their Joint Case Management Statement (Doc. No. 76-1). That Joint Statement includes, *inter alia*, a description of Defendants' defenses and counterclaims.

4.  Although the parties disagree about the merits of Plaintiffs' pending Motion, in the spirit of cooperation and to avoid burdening the Court, the parties agree as follows:

    a.  Defendants will file a First Amended Answer and Counterclaims in the form attached hereto as Exhibit A within two days of the entry of this Stipulation.

    b.  Plaintiffs hereby withdraw their pending Motion. As a result, the hearing on Plaintiffs' Motion currently scheduled for August 16, 2006 (per the Stipulation entered as Doc. No. 80) is canceled.

By his signature below, counsel for Defendants attests that counsel for all Plaintiffs concur in the filing of this stipulation.

Respectfully submitted,

Dated: July 21, 2006          MCANDREWS, HELD & MALLOY, LTD.

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: _____/s/_____
    Robert F. McCauley
    Attorneys for Defendants
    ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION

Dated: July 21, 2006          FOLEY & LARDNER LLP

By: _____/s/_____
    Cynthia J. Franecki
    Attorneys for Plaintiffs
    MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., and MEDTRONIC VASCULAR GALWAY, LTD.

Dated: July 21, 2006          KATTEN MUCHIN ROSENMAN LLP

KEKER & VAN NEST LLP

By: _____/s/_____
    Michael A. Dorfman
    Attorneys for Plaintiff
    EVYSIO MEDICAL DEVICES ULC

//
//
//
//

1         [~~PROPOSED~~] ORDER

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4   Dated:  7/25/06
            _____    _____
5                                 Phyllis J. Hamilton

