1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, 6TH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TEL: (415) 434-4484; FAX: (415) 434-4507
3  NANCY J. GEENEN, BAR NO. 135968
   ngeenen@foley.com
   DAVID B. MOYER, BAR NO. 197739
4  dmoyer@foley.com

5  **FOLEY & LARDNER LLP**
   777 EAST WISCONSIN AVENUE, SUITE. 3800
6  MILWAUKEE, WI 53202-5306
   TEL: (414) 271-2400; FAX: (414) 297-4900
7  RICHARD S. FLORSHEIM, *PRO HAC VICE*
   rflorsheim@foley.com
   BRIAN P. AKERS, *PRO HAC VICE*
8  bakers@foley.com

   ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

9  **KATTEN MUCHIN ROSENMAN LLP**
   525 WEST MONROE STREET
10 CHICAGO, IL 60661-3693
   TEL: (312) 902-5200; FAX: (312) 902-1061
11 TIMOTHY J. VEZEAU, *PRO HAC VICE*
   timothy.vezeau@kattenlaw.com
12 MICHAEL A. DORFMAN, *PRO HAC VICE*
   michael.dorfman@kattenlaw.com

13 **KEKER & VAN NEST LLP**
   710 SANSOME STREET
14 SAN FRANCISCO, CA 94111
   TEL: (415) 391-5400; FAX: (415) 397-7188
15 ROBERT A. VAN NEST, BAR NO. 84065
   rvannest@kvn.com
   LEO L. LAM, BAR NO. 181861
   llam@kvn.com

16 ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

17                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
18                  SAN FRANCISCO DIVISION

19 MEDTRONIC VASCULAR, INC.,              )  Case No. C-06-01066 (PJH)
   MEDTRONIC USA, INC., MEDTRONIC,        )
20 INC., MEDTRONIC VASCULAR               )  **STIPULATION GRANTING PLAINTIFFS**
   GALWAY, LTD., and EVYSIO MEDICAL       )  **A ONE WEEK EXTENSION TO SERVE**
21 DEVICES ULC,                           )  **PRELIMINARY INFRINGEMENT**
                                          )  **CONTENTIONS AND ACCOMPANYING**
22           Plaintiffs,                  )  **DOCUMENTS PURSUANT TO PATENT**
                                          )  **LOCAL RULE 3-1 AND 3-2**
23      v.                                )
                                          )
24 ADVANCED CARDIOVASCULAR                )
   SYSTEMS, INC., ABBOTT                  )
25 LABORATORIES, and ABBOTT XYZ           )
   CORPORATION,                           )
26                                        )
           Defendants.                    )
27                                        )
   _____)
28
                                          1
   **STIPULATION GRANTING PLAINTIFFS A ONE WEEK EXTENSION TO SERVE PRELIMINARY
   INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENTS PURSUANT TO PATENT
                         LOCAL RULE 3-1 AND 3-2**
                    CASE NO. C-06-01066 (PJH)

1  WHEREAS, Plaintiffs' Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and accompanying document production under Patent Local Rule 3-2 are due on July 27, 2006;

4  WHEREAS, Plaintiffs seek a one week extension to serve their Preliminary Infringement Contentions and accompanying document production until August 3, 2006;

6  WHEREAS, Defendants have no objection to the requested extension;

7  WHEREAS, the parties agree that the requested extension shall also extend by one week from September 11, 2006 to September 18, 2006 the deadline for Defendants' Preliminary Invalidity Contentions purusant to Patent Local Rule 3-3 and accompanying document production pursuant to Patent Local Rule 3-4;

11  IT IS HEREBY ORDERED that:

12  1)  Plaintiffs shall serve their Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and accompanying document production under Patent Local Rule 3-2 by no later than August 3, 2006.

15  2)  Defendants shall serve their Preliminary Invalidity Contentions pursuant to Patent Local Rule 3-3 and accompanying document production under Patent Local Rule 3-4 by no later than September 18, 2006.

19  By his signature below, counsel for Plaintiffs attests that counsel for all Defendants concur in the filing of this stipulation.

Respectfully submitted,

Dated: July 25, 2006                FOLEY & LARDNER LLP

                                    By:_____/s/_____

                                    David B. Moyer

                                    Attorneys for Plaintiffs

                                    MEDTRONIC VASCULAR, INC., MEDTRONIC

2

**STIPULATION GRANTING PLAINTIFFS A ONE WEEK EXTENSION TO SERVE PRELIMINARY INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENTS PURSUANT TO PATENT LOCAL RULE 3-1 AND 3-2**
CASE NO. C-06-01066 (PJH)

WASH_1656923.1

|   |   |
|---|---|
|   | USA, INC., MEDTRONIC, INC., and MEDTRONIC VASCULAR GALWAY, LTD. |
| Dated: July 25, 2006 | KATTEN MUCHIN ROSENMAN LLP |
|   | KEKER & VAN NEST LLP |
|   | By: _____/s/_____ |
|   | Leo L. Lam |
|   | Attorneys for Plaintiff |
|   | EVYSIO MEDICAL DEVICES ULC |
| Dated: July 25, 2006 | MCANDREWS, HELD & MALLOY, LTD. |
|   | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|   | By: _____/s/_____ |
|   | Robert F. McCauley |
|   | Attorneys for Defendants |
|   | ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION |

[P~~ROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/31/06 _____

Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signed seal, United States District Court, Northern District of California)*