| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409 |
| 2 | TEL: (415) 434-4484; FAX: (415) 434-4507<br>NANCY J. GEENEN, BAR NO. 135968 |
| 3 | ngeenen@foley.com<br>DAVID B. MOYER, BAR NO. 197739 |
| 4 | dmoyer@foley.com |
| 5 | **FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE. 3800<br>MILWAUKEE, WI 53202-5306 |
| 6 | TEL: (414) 271-2400; FAX: (414) 297-4900<br>RICHARD S. FLORSHEIM, *PRO HAC VICE* |
| 7 | rflorsheim@foley.com<br>BRIAN P. AKERS, *PRO HAC VICE*<br>bakers@foley.com |
| 8 | ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD. |
| 9 | **KATTEN MUCHIN ROSENMAN LLP** |
| 10 | 525 WEST MONROE STREET<br>CHICAGO, IL 60661-3693<br>TEL: (312) 902-5200; FAX: (312) 902-1061 |
| 11 | TIMOTHY J. VEZEAU, *PRO HAC VICE*<br>timothy.vezeau@kattenlaw.com |
| 12 | MICHAEL A. DORFMAN, *PRO HAC VICE*<br>michael.dorfman@kattenlaw.com |
| 13 | **KEKER & VAN NEST LLP**<br>710 SANSOME STREET |
| 14 | SAN FRANCISCO, CA 94111<br>TEL: (415) 391-5400; FAX: (415) 397-7188<br>ROBERT A. VAN NEST, BAR NO. 84065 |
| 15 | rvannest@kvn.com<br>LEO L. LAM, BAR NO. 181861<br>llam@kvn.com |
| 16 | ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants. | Case No. C-06-01066 (PJH)<br><br>**STIPULATION GRANTING PLAINTIFFS A ONE WEEK EXTENSION TO SERVE PRELIMINARY INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENTS PURSUANT TO PATENT LOCAL RULE 3-1 AND 3-2**   AND ORDER |

1     WHEREAS, Plaintiffs' Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and accompanying document production under Patent Local Rule 3-2 are, by Stipulation entered by the Court on July 31, 2006, due on August 3, 2006;

    WHEREAS, Plaintiffs seek a one week extension to serve their Preliminary Infringement Contentions and accompanying document production until August 10, 2006;

    WHEREAS, Defendants have no objection to the requested extension;

    WHEREAS, the parties agree that the requested extension shall also extend by one week from September 18, 2006 to September 25, 2006 the deadline for Defendants' Preliminary Invalidity Contentions purusant to Patent Local Rule 3-3 and accompanying document production pursuant to Patent Local Rule 3-4;

    IT IS HEREBY ORDERED that:

    1)    Plaintiffs shall serve their Preliminary Infringement Contentions pursuant to Patent Local Rule 3-1 and accompanying document production under Patent Local Rule 3-2 by no later than August 10, 2006.

    2)    Defendants shall serve their Preliminary Invalidity Contentions pursuant to Patent Local Rule 3-3 and accompanying document production under Patent Local Rule 3-4 by no later than September 25, 2006.

    By his signature below, counsel for Plaintiffs attests that counsel for all Defendants concur in the filing of this stipulation.

Respectfully submitted,

Dated: August 2, 2006        FOLEY & LARDNER LLP

                      By:_____/s/_____

                      David B. Moyer

                      Attorneys for Plaintiffs

                      MEDTRONIC VASCULAR, INC., MEDTRONIC

| | |
|---|---|
| 1 | USA, INC., MEDTRONIC, INC., and |
| 2 | MEDTRONIC VASCULAR GALWAY, LTD. |
| 3 | Dated: August 2, 2006    KATTEN MUCHIN ROSENMAN LLP |
| 4 | KEKER & VAN NEST LLP |
| 5 | By: _____/s/_____ |
| 6 | Leo L. Lam |
| 7 | Attorneys for Plaintiff |
| 8 | EVYSIO MEDICAL DEVICES ULC |
| 9 | Dated: August 2, 2006    MCANDREWS, HELD & MALLOY, LTD. |
| 10 | FINNEGAN, HENDERSON, FARABOW, |
| 11 | GARRETT & DUNNER, LLP |
| 12 | By: _____/s/_____ |
| 13 | Robert F. McCauley |
| 14 | Attorneys for Defendants |
| 15 | ADVANCED CARDIOVASCULAR SYSTEMS, |
| 16 | INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION |

[~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/4/06    _____

Phyllis J. [Hamilton]
United States [District Judge]

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

---

3
**STIPULATION GRANTING PLAINTIFFS A ONE WEEK EXTENSION TO SERVE PRELIMINARY INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENTS PURSUANT TO PATENT LOCAL RULE 3-1 AND 3-2**
CASE NO. C-06-01066 (PJH)

WASH_1662593.1