1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, 6TH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TEL: (415) 434-4484; FAX: (415) 434-4507
   NANCY J. GEENEN, BAR NO. 135968
3  ngeenen@foley.com
   DAVID B. MOYER, BAR NO. 197739
   dmoyer@foley.com
4
   **FOLEY & LARDNER LLP**
   777 EAST WISCONSIN AVENUE, SUITE. 3800
5  MILWAUKEE, WI 53202-5306
   TEL: (414) 271-2400; FAX: (414) 297-4900
6  RICHARD S. FLORSHEIM, *PRO HAC VICE*
   rflorsheim@foley.com
   BRIAN P. AKERS, *PRO HAC VICE*
7  bakers@foley.com

8  ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

9  **KATTEN MUCHIN ROSENMAN LLP**
   525 WEST MONROE STREET
10 CHICAGO, IL 60661-3693
   TEL: (312) 902-5200; FAX: (312) 902-1061
   TIMOTHY J. VEZEAU, *PRO HAC VICE*
11 timothy.vezeau@kattenlaw.com
   MICHAEL A. DORFMAN, *PRO HAC VICE*
12 michael.dorfman@kattenlaw.com

   **KEKER & VAN NEST LLP**
13 710 SANSOME STREET
   SAN FRANCISCO, CA 94111
   TEL: (415) 391-5400; FAX: (415) 397-7188
14 ROBERT A. VAN NEST, BAR NO. 84065
   rvannest@kvn.com
15 LEO L. LAM, BAR NO. 181861
   llam@kvn.com

16 ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

17                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
18                     SAN FRANCISCO DIVISION

19 | MEDTRONIC VASCULAR, INC., | ) Case No. C-06-01066 (PJH) |
   | MEDTRONIC USA, INC., MEDTRONIC, | ) |
20 | INC., MEDTRONIC VASCULAR | ) **STIPULATION DISMISSING CLAIMS** |
   | GALWAY, LTD., and EVYSIO MEDICAL | ) **AGAINST GUIDANT SALES** |
21 | DEVICES ULC, | ) **CORPORATION WITH PREJUDICE** |
   |  | ) AND ORDER |
22 | Plaintiffs, | ) |
   |  | ) |
23 | v. | ) |
   |  | ) |
24 | ADVANCED CARDIOVASCULAR | ) |
   | SYSTEMS, INC., ABBOTT | ) |
25 | LABORATORIES, and ABBOTT XYZ | ) |
   | CORPORATION, | ) |
26 |  | ) |
   | Defendants. | ) |
27 |  | ) |
28 | _____ | ) |

                                    1
          **STIPULATION DISMISSING CLAIMS AGAINST GUIDANT SALES CORPORATION WITH
                                   PREJUDICE**
                            CASE NO. C-06-01066 (PJH)

WASH_1668549.1
WASH_1672835.1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Civil Local Rule 6-1(a), Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd. and Evysio Medical Devices ULC, by each of their respective undersigned attorneys, Abbott Laboratories, Abbott XYZ Corporation (a fictitious entity), and Advanced Cardiovascular Systems, Inc. (collectively "Abbott"), by their undersigned attorneys, and Guidant Sales Corporation ("GSC") and Boston Scientific Corporation ("BSC"), by their undersigned attorneys, have all agreed and stipulate as follows:

1. GSC was dismissed as a defendant from this action without prejudice on June 2, 2006 [Dkt. No. 63].

2. All claims against GSC in Plaintiffs' First Amended and Supplemental Complaint are now dismissed with prejudice.

3. Consistent with the Court's June 2, 2006 Order, the dismissal with prejudice of GSC, while releasing GSC from any liabilities with respect to any direct or indirect infringement of the patents in suit, it does so only in recognition of the fact that Abbott has assumed and agreed to pay all such liabilities, if any, of GSC constituting direct or indirect infringement of the patents in suit, but only to the extent such liabilities are based on activities on or before April 21, 2006 (i.e., the closing of the Boston Scientific Corporation-Guidant merger).

4. GSC and BSC represent and warrant that since April 21, 2006, GSC has not made, used, sold, offered for sale, or imported stents or catheters, including, but not limited to stents and catheters that are the subject of this suit.

5. Abbott, GSC and Boston Scientific Corporation acknowledge and agree that a dismissal with prejudice of GSC will not and does not release (a) any claim, demand, or liability, whether fixed or unfixed, known or unknown, asserted or unasserted, liquidated or unliquidated, or secured or unsecured, that the Plaintiffs have or may have against BSC, Guidant, or any affiliate (other than GSC) of BSC or Guidant, or (b) any claim, demand, or liability, whether fixed or unfixed, known or unknown, asserted or unasserted, liquidated or unliquidated, or

2

**STIPULATION DISMISSING CLAIMS AGAINST GUIDANT SALES CORPORATION WITH PREJUDICE**
CASE NO. C-06-01066 (PJH)

WASH_1672835.1

1  secured or unsecured, that the Plaintiffs have or may have against GSC other than those claims
2  actually made in this action.
3       6.    GSC agrees to cooperate as a third party with all reasonable discovery served on it
4  in this suit.
5       By his signature below, counsel for Plaintiffs attests that counsel for all Defendants and
6  interested parties concur in the filing of this stipulation.
7  Respectfully submitted,

8  Dated:  August 21, 2006         FOLEY & LARDNER LLP

9                                       By:_____/s/_____
10                                         David B. Moyer
                                        Attorneys for Plaintiffs
11                                         MEDTRONIC VASCULAR, INC., MEDTRONIC
                                        USA, INC., MEDTRONIC, INC., and
12                                         MEDTRONIC VASCULAR GALWAY, LTD.

13
14 Dated:  August 21, 2006         KATTEN MUCHIN ROSENMAN LLP

15                                        KEKER & VAN NEST LLP

16                                      By:_____/s/_____
                                         Leo L. Lam
17                                         Attorneys for Plaintiff
                                        EVYSIO MEDICAL DEVICES ULC
18
19 Dated:  August 21, 2006         MCANDREWS, HELD & MALLOY, LTD.
20
                                         FINNEGAN, HENDERSON, FARABOW,
21                                         GARRETT & DUNNER, LLP

22                                      By:_____/s/_____
                                        Robert F. McCauley
23                                         Attorneys for Defendants
                                        ADVANCED CARDIOVASCULAR SYSTEMS,
24                                         INC., ABBOTT LABORATORIES, and ABBOTT
25                                         XYZ CORPORATION
26
27
28                                             3

**STIPULATION DISMISSING CLAIMS AGAINST GUIDANT SALES CORPORATION WITH PREJUDICE**
CASE NO.  C-06-01066 (PJH)

WASH_1672835.1

| | | |
|---|---|---|
| 1 | Dated: August, 21, 2006 | HOWREY LLP |
| 2 | | By:_____/s/_____ |
| 3 | | Matthew Wolf |
| | | Attorneys for |
| 4 | | GUIDANT SALES CORPORATION |
| | | BOSTON SCIENTIFIC CORPORATION |

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/22/06    _____
Phyllis J. Hamilton
United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

4

**STIPULATION DISMISSING CLAIMS AGAINST GUIDANT SALES CORPORATION WITH PREJUDICE**
CASE NO. C-06-01066 (PJH)

WASH_1672835.1