| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409 |
| 2 | TEL: (415) 434-4484; FAX: (415) 434-4507<br>NANCY J. GEENEN, BAR NO. 135968 |
| 3 | ngeenen@foley.com<br>DAVID B. MOYER, BAR NO. 197739<br>dmoyer@foley.com |

1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, 6TH FLOOR
   SAN FRANCISCO, CA 94111-3409
2  TEL: (415) 434-4484; FAX: (415) 434-4507
   NANCY J. GEENEN, BAR NO. 135968
3  ngeenen@foley.com
   DAVID B. MOYER, BAR NO. 197739
   dmoyer@foley.com
4
   **FOLEY & LARDNER LLP**
5  777 EAST WISCONSIN AVENUE, SUITE 3800
   MILWAUKEE, WI 53202-5306
   TEL: (414) 271-2400; FAX: (414) 297-4900
6  RICHARD S. FLORSHEIM, *PRO HAC VICE*
   rflorsheim@foley.com
   BRIAN P. AKERS, *PRO HAC VICE*
7  bakers@foley.com

8  ATTORNEYS FOR PLAINTFFS, MEDTRONIC VASCULAR,
   INC.; MEDTRONIC USA, INC.; MEDTRONIC, INC., AND
   MEDTRONIC VASCULAR GALWAY, LTD.

9  **KATTEN MUCHIN ROSENMAN LLP**
   525 WEST MONROE STREET
10 CHICAGO, IL 60661-3693
   TEL: (312) 902-5200; FAX: (312) 902-1061
   TIMOTHY J. VEZEAU, *PRO HAC VICE*
11 timothy.vezeau@kattenlaw.com
   MICHAEL A. DORFMAN, *PRO HAC VICE*
12 michael.dorfman@kattenlaw.com

13 **KEKER & VAN NEST LLP**
   710 SANSOME STREET
   SAN FRANCISCO, CA 94111
14 TEL: (415) 391-5400; FAX: (415) 397-7188
   ROBERT A. VAN NEST, BAR NO. 84065
   rvannest@kvn.com
15 LEO L. LAM, BAR NO. 181861
   llam@kvn.com

16 ATTORNEYS FOR PLAINTFF, EVYSIO MEDICAL
   DEVICES ULC

17            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
18                SAN FRANCISCO DIVISION

19

20 MEDTRONIC VASCULAR, INC.,                 ) Case No. C-06-01066 (PJH)
   MEDTRONIC USA, INC., MEDTRONIC,           )
   INC., MEDTRONIC VASCULAR                  ) **STIPULATION AND [~~PROPOSED~~]**
21 GALWAY, LTD., and EVYSIO MEDICAL          ) **ORDER GRANTING LEAVE TO FILE**
   DEVICES ULC,                              ) **SECOND AMENDED AND**
22                                           ) **SUPPLEMENTAL COMPLAINT FOR**
              Plaintiffs,                    ) **PATENT INFRINGEMENT**
23                                           )
        v.                                   )
24                                           )
   ADVANCED CARDIOVASCULAR                   )
25 SYSTEMS, INC., ABBOTT                     )
   LABORATORIES, and ABBOTT XYZ              )
26 CORPORATION,                              )
                                             )
27            Defendants.                    )
   _____)
28

Pursuant to Civil L.R. 7-12 and Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd. and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively, "Defendants"), as follows:

1. Plaintiffs filed their Complaint against Advanced Cardiovascular Systems, Inc. and Guidant Sales Corporation (collectively, "ACS") in this action on February 15, 2006. In their Complaint, Plaintiffs alleged infringement of three patents. ACS filed its Answer and Counterclaim on March 23, 2006 (Doc. No. 45).

2. Pursuant to stipulation, Plaintiffs filed their First Amended and Supplemental Complaint for Patent Infringement and Declaratory Judgment Relief against Defendants on April 5, 2006 (Doc. No. 52). In their First Amended and Supplemental Complaint, Plaintiffs alleged infringement of four patents and sought a declaration of infringement by the Defendants of the same. The parties subsequently stipulated to dismissal without prejudice of one count of infringement against all Defendants, and dismissal with prejudice of all counts against Guidant Sales Corporation. Defendants answered the First Amended Supplemental Complaint on June 2, 2006 (Doc. No. 62), and later, upon stipulation of the parties, filed an amended answer on July 26, 2006 (Doc. No. 84). A further stipulation of the parties postponed the deadline to August 29, 2006 for Plaintiffs to file a response to Defendants' counterclaims.

3. At Plaintiffs' request, Defendants have stipulated to the filing of Plaintiffs' proposed Second Amended and Supplemental Complaint for Patent Infringement ("Second Amended Complaint") a copy of which is attached as Exhibit A.

4. In their proposed Second Amended Complaint, Plaintiffs seek to assert an additional patent that issued on August 22, 2006, U.S. Patent No. 7,094,255 ("the '255 Patent") and name additional accused products.

5. By agreeing to this stipulation, Defendants are not agreeing in any way to the

1   STIPULATION AND [PROPOSED]
ORDER GRANTING LEAVE TO FILE
SECOND AMENDED AND SUPPLEMENTAL
COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. C-06-01066 (PJH)

WASH_1673638.1

1  merits of any allegations set forth in Plaintiffs' Second Amended Complaint. Defendants
2  expressly reserve any and all responses that they may have to Plaintiffs' Second Amended
3  Complaint. The parties agree that any reply or other pleading by Plaintiffs in response to
4  Defendants' counterclaims in Defendants' Amended Answer and Counterclaims is now mooted
5  and unnecessary.

6.  Plaintiffs' Second Amended Complaint will be deemed filed and served upon notice of the Court's entry of the order proposed by this stipulation. Defendants' response to Plaintiffs' Second Amended Complaint shall be filed within twenty days thereafter.

DATE: AUGUST 22, 2006            **FOLEY & LARDNER LLP**

                                 BY: _____/s/_____
                                     Larry L. Shatzer

                                 Attorneys for Plaintiffs Medtronic
                                 Vascular, Inc., Medtronic USA, Inc.,
                                 Medtronic, Inc., and Medtronic Vascular
                                 Galway, Ltd.

DATE: AUGUST 22, 2006            **KATTEN MUCHIN & ROSENMAN LLP**

                                 BY: _____/s/_____
                                     Timothy J. Vezeau

                                 Attorneys for Plaintiff Evysio Medical
                                 Devices ULC

DATE: AUGUST 22, 2006            **MCANDREWS, HELD & MALLOY, LTD**

                                 BY: _____/s/_____
                                     Edward A. Mas II

                                 Attorneys for Defendants, Advanced
                                 Cardiovascular Systems, Inc., Abbott
                                 Laboratories, and Abbott XYZ
                                 Corporation

2    STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT CASE NO. C-06-01066 (PJH)

WASH_1673638.1

1  Concurrence in the filing of this document has been obtained from Timothy J. Vezeau
2  and Edward A. Mas II, the signatories listed above.

3  DATE: AUGUST 22, 2006                                    FOLEY & LARDNER LLP

6                                                    BY:  _____/s/_____
                                                          David B. Moyer

7                                                    Attorneys for Plaintiffs Medtronic
                                                     Vascular, Inc., Medtronic USA, Inc.,
8                                                    Medtronic, Inc., and Medtronic Vascular
                                                     Galway, Ltd.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: August 29, 2006

Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED / Judge Phyllis J. Hamilton* (stamp)

3   STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT CASE NO. C-06-01066 (PJH)

WASH_1673638.1