**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
BRIAN P. AKERS, *PRO HAC VICE*
bakers@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>　　　　Defendants. | Case No. C-06-01066 (PJH)<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER REGARDING EFFECT OF THE CERTIFICATE OF CORRECTION FOR U.S. PATENT NO. 7,094,255 B2 IN THIS ACTION** |

STIPULATION AND (PROPOSED) ORDER REGARDING EFFECT OF THE CERTIFICATE OF
CORRECTION FOR U.S. PATENT NO. 7,094,255 B2 IN THIS ACTION
CASE NO. C-06-01066 (PJH)

MILW_2151122.1

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical Devices ULC (collectively, "Plaintiffs"), by each of their respective undersigned attorneys, and Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively, "Defendants"), by their undersigned attorneys, have all agreed and stipulate as follows:

1.  On October 10, 2006, a Certificate of Correction issued for U.S. Patent No. 7,094,255 B2 ("the '255 patent"), entitled "Expandable Stent and Method for Delivery of Same."

2.  A copy of this Certificate of Correction is attached hereto as Exhibit A.

3.  The statute dealing with certificates of correction provides that the corrections effected by such certificates are effective <u>with respect to actions "for causes thereafter arising</u> as if the patent had been originally issued in such corrected form." 35 U.S.C. § 254 (emphasis added).

4.  For purposes of this action, the parties have stipulated, and the Court hereby orders, that (a) Plaintiffs' claims of infringement with respect to the '255 patent shall be deemed to be causes arising after the October 10, 2006 issuance of the certificate of correction of that patent; and (b) the Certificate of Correction for the '255 patent is deemed effective in this action, as if it had issued before Plaintiffs first asserted any claim against Defendants for infringement of the '255 patent; provided, however, that: (c) Plaintiffs will not seek, and shall not be permitted to recover, damages for infringement of the '255 patent based on any alleged act occurring during the period between the original date of issuance of the '255 patent (August 22, 2006) and the date that the Certificate of Correction issued (October 10, 2006) and (d) Plaintiffs will not assert infringement of the '255 patent based on any alleged act occurring prior to October 10, 2006.

5.  By entering into this stipulation, Defendants are not acknowledging that the Certificate of Correction was properly obtained or issued.

6.  This stipulation further does not affect or limit Defendants' right to challenge the

1
STIPULATION AND (PROPOSED) ORDER REGARDING EFFECT OF THE CERTIFICATE OF CORRECTION FOR U.S. PATENT NO. 7,094,255 B2 IN THIS ACTION
CASE NO. C-06-01066 (PJH)

MILW_2151122.1

construction, infringement, validity, and/or enforceability of any claims of the '255 patent for any reason other than on the basis that the Certificate of Correction issued after the filing date of the Second Amended and Supplemental Complaint.

DATE: DECEMBER 7, 2006                                      **FOLEY & LARDNER LLP**

                                                            BY:        /s/
                                                                Richard S. Florsheim

                                                            Attorneys for Plaintiffs Medtronic
                                                            Vascular, Inc., Medtronic USA, Inc.,
                                                            Medtronic, Inc., and Medtronic Vascular
                                                            Galway, Ltd.

DATE: DECEMBER 7, 2006                                      **KATTEN MUCHIN & ROSENMAN LLP**

                                                            BY:        /s/
                                                                Timothy J. Vezeau

                                                            Attorneys for Plaintiff Evysio Medical
                                                            Devices ULC

DATE: DECEMBER 7, 2006                                      **FINNEGAN, HENDERSON, FARABOW,
                                                            GARRETT & DUNNER, LLP**

                                                            BY:        /s/
                                                                Michael A. Morin

                                                            Attorneys for Defendants, Advanced
                                                            Cardiovascular Systems, Inc., Abbott
                                                            Laboratories, and Abbott XYZ
                                                            Corporation

   Concurrence in the filing of this document has been obtained from Timothy J. Vezeau, Michael A. Morin and Richard S. Florsheim, the signatories listed above.

DATE: DECEMBER 18, 2006                                     **FOLEY & LARDNER LLP**

                                                            BY:        /s/
                                                                David B. Moyer

                                                            Attorneys for Plaintiffs Medtronic
                                                            Vascular, Inc., Medtronic USA, Inc.,
                                                            Medtronic, Inc., and Medtronic Vascular
                                                            Galway, Ltd.

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATE:  DECEMBER 21, 2006



Phyllis J. Hamilton
United States District Judge

3
STIPULATION AND (PROPOSED) ORDER REGARDING EFFECT OF THE CERTIFICATE OF
CORRECTION FOR U.S. PATENT NO. 7,094,255 B2 IN THIS ACTION
CASE NO. C-06-01066 (PJH)

MILW_2151122.1