**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507

NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900

RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
BRIAN P. AKERS, *PRO HAC VICE*
bakers@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061

TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188

ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**MCANDREWS, HELD & MALLOY, LTD.**
500 WEST MADISON STREET, 34TH FLOOR
CHICAGO, IL 60661
TEL: (312) 775-8000; FAX: (312) 775-8100

EDWARD A. MAS II, *PRO HAC VICE*
emas@mhmlaw.com
JAMES M HAFERTEPE, *PRO HAC VICE*
jhafertepe@mhmlaw.com
MERLE S. ELLIOTT, *PRO HAC VICE*
melliott@mhmlaw.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001
TEL: (202) 408-4000; FAX: (202) 408-4400

J. MICHAEL JAKES, *PRO HAC VICE*
mike.jakes@finnegan.com
CHRISTINE E. LEHMAN, *PRO HAC VICE*
christine.lehman@finnegan.com
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304
TEL:  (650) 849-6600; FAX:  (650) 849-6666

ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

Attorneys for DEFENDANTS, ADVANCED
CARDIOVASCULAR SYSTEMS, INC., ABBOTT
LABORATORIES, and ABBOTT XYZ CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants. | Case No.  C-06-01066 (PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DATES THROUGH TRIAL** |

WHEREAS, certain patents have been dismissed from this litigation, IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd. and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively, "Defendants"), as follows:

1. That the current schedule, stipulated between the parties on September 5, 2006, is amended as set forth on the attached document.

2. **Fact Depositions:**  Absent good cause shown, the parties agree to an unlimited number of fact depositions, but only if the total time for depositions is limited to 70 hours of actual deposition time (i.e., running tape time) per side (excluding expert depositions).

1  3. **Expert Depositions:** Absent good cause shown, the parties agree that expert
2  depositions will be limited to 7 hours of actual deposition time for each expert, with the
3  combined expert time not counting toward the 70 hour deposition time limit.

4  4. **Depositions of Witnesses On Trial Witness List:** The parties also agree that
5  each party is entitled to depose, at least four weeks before trial, any witness listed on the other
6  party's trial witness list that (1) has not been previously deposed in this case, or (2) was
7  previously deposed as a 30(b)(6) in this case, but whose areas of expected testimony, as
8  described in the party's witness list, are different than the areas for which the witness was
9  designated as a 30(b)(6) witness. Such depositions shall be conducted efficiently and shall be
10 limited to 5 hours of actual deposition time each. Such depositions, however, would not count
11 towards or be restricted by the 70-hour time limitation set forth above.

13 DATE: JANUARY 5, 2007                          **FOLEY & LARDNER LLP**

                                                 BY: _____s/Cynthia J. Franecki_____
                                                        Cynthia J. Franecki

                                                 Attorneys for Plaintiffs Medtronic
                                                 Vascular, Inc., Medtronic USA, Inc.,
                                                 Medtronic, Inc., and Medtronic Vascular
                                                 Galway, Ltd.

19 DATE: JANUARY 5, 2007                          **KATTEN MUCHIN & ROSENMAN LLP**

                                                 BY: _____s/Timothy J. Vezeau_____
                                                        Timothy J. Vezeau

                                                 Attorneys for Plaintiff Evysio Medical
                                                 Devices ULC

| | |
|---|---|
| DATE: JANUARY 5, 2007 | **MCANDREWS, HELD & MALLOY, LTD** |
| | BY: ____s/Edward A. Mas II_____ |
| | Edward A. Mas II |
| | Attorneys for Defendants, Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation |

Concurrence in the filing of this document has been obtained from Timothy J. Vezeau and Edward A. Mas II, the signatories listed above.

| | |
|---|---|
| DATE: JANUARY 5, 2007 | **FOLEY & LARDNER LLP** |
| | BY: _____s/Cynthia J. Franecki_____ |
| | Cynthia J. Franecki |
| | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: January 8, 2007                     _____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

### STIPULATED DATES THROUGH TRIAL

| EVENT | NEW STENT SCHEDULE | CURRENT PENN/RICCI SCHEDULE |
|---|---|---|
| Plaintiffs' Preliminary Infringement Contentions and Accompanying Document Production re '255 Patent [Patent L.R. 3-1 and 3-2] | ---- | 11/03/06 |
| Defendants' Document Production Pursuant to Patent Local Rule 3-4 (a) as to Products Identified in 1st Amended Complaint | ---- | |
| Defendants' Document Production Pursuant to Patent Local Rule 3-4 (a) as to Additional Products Identified in 2nd Amended Complaint | ---- | |
| Defendants' Preliminary Invalidity Contentions and Accompanying Document Production [Patent L.R. 3-3, 3-4] | ---- | 12/18/06 |
| Exchange of Proposed Terms and Claim Elements for Construction [Patent L.R. 4-1] | 03/16/07 | 03/16/07 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence [Patent L.R. 4-2] | 04/6/07 | 04/06/07 |
| Joint Claim Construction and Pre-hearing Statement [Patent L.R. 4-3] | 05/4/07 | 05/04/07 |
| Completion of Claim Construction Discovery [Patent L.R. 4-4] | 06/01/07 | 06/01/07 |
| Commence Damages Discovery (parties will respond to any outstanding requests and exchange, on June 15, 2007, those damages documents that have been requested in previous discovery requests; parties may also serve new damages-related discovery requests and begin to take damages-related fact depositions) | 06/15/07 | 6/15/07 |
| Plaintiffs' Claim Construction Opening Brief and Supporting Evidence | 06/15/07 | 06/15/07 |

| | | | |
|---|---|---|---|
| 1 | [Patent L.R. 4-5] | | |
| 2 | Defendants' Responsive Claim Construction Brief and Supporting Evidence | 07/06/07 | 07/06/07 |
| 3 | [Patent L.R. 4-5] | | |
| 4 | Plaintiffs' Reply Claim Construction Brief and Rebuttal Evidence | 07/13/07 | 07/13/07 |
| 5 | [Patent L.R. 4-5] | | |
| 6 | Tutorial | 07/27/07 | 07/27/07 |
| 7 | Claim Construction Hearing | 08/15/07 | 08/15/07 |
| 8 | [Patent L.R 4-6] | | |
| 9 | Final Infringement Contentions of Plaintiffs [Patent L.R. 3-6(a)] | 30 days after Court's Claim Construction Ruling ("CCCR") | |
| 10 | Final Invalidity Contentions of Defendants [Patent L.R. 3-6(b)] | 50 days after CCCR | |
| 11 | Willfulness: Defendants to Serve Those Documents Required by Patent L.R. 3-8 | 50 days after CCCR | |
| 12 | Commencement of Willfulness Discovery | 50 days after CCCR | |
| 13 | Identify Any Witness Who Has Not Been Deposed But Who Will Be Relied On by Expert | 50 days after CCCR | |
| 14 | Close of Fact Discovery (except willfulness fact discovery) | 70 days after CCCR | |
| 15 | Beginning of Expert Discovery | 80 days after CCCR | |
| 16 | Expert Reports Regarding Issues on Which Party Bears the Burden of Proof (except for willfulness issues) | 80 days after CCCR | |
| 17 | Expert Reports Regarding Issues on Which Party Does not Bear the Burden of Proof | 110 days after CCCR | |
| 18 | Close of Willfulness Fact Discovery | 110 days after CCCR | |
| 19 | Close of Expert Discovery (except willfulness discovery) | 140 days after CCCR | |

| | | |
|---|---|---|
| Plaintiffs' Willfulness Expert Reports[1] | 140 days after CCCR | |
| Dispositive Motion Due Date | 160 days after CCCR | |
| Defendants' Willfulness Expert Reports | 170 days after CCCR | |
| Response to Dispositive Motions | 190 days after CCCR | |
| Close of Willfulness Expert Discovery | 200 days after CCCR | |
| Reply to Dispositive Motions | 205 days after CCCR | |
| Oral Argument on Dispositive Motions | 230 days after CCCR | |
| Pretrial disclosures [FRCP 26(a)(3)] | 290 days after CCCR | |
| Objections Relating to Final Pretrial Disclosures [FRCP 26(a)(3)] | 320 days after CCCR | |
| Final pretrial conference | 330 days after CCCR | |
| Trial | 340 days after CCCR | |

---

[1] While Defendants have agreed to set dates for willfulness expert reports and discovery, Defendants do not concede that such expert testimony is appropriate, and reserve the right to challenge the appropriateness of expert reports and/or testimony on the subject of willfulness.