| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409 |
| 2 | TEL:  (415) 434-4484; FAX:  (415) 434-4507 |
| 3 | NANCY J. GEENEN, BAR NO. 135968<br>ngeenen@foley.com |
| 4 | **FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE 3800<br>MILWAUKEE, WI 53202-5306 |
| 5 | TEL:  (414) 271-2400; FAX:  (414) 297-4900 |
| 6 | RICHARD S. FLORSHEIM, *PRO HAC VICE*<br>rflorsheim@foley.com<br>BRIAN P. AKERS, *PRO HAC VICE* |
| 7 | bakers@foley.com |
| 8 | ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD. |
| 9 | **KATTEN MUCHIN ROSENMAN LLP**<br>525 WEST MONROE STREET |
| 10 | CHICAGO, IL 60661-3693<br>TEL:  (312) 902-5200; FAX:  (312) 902-1061 |
| 11 | TIMOTHY J. VEZEAU, *PRO HAC VICE*<br>timothy.vezeau@kattenlaw.com |
| 12 | **KEKER & VAN NEST LLP**<br>710 SANSOME STREET |
| 13 | SAN FRANCISCO, CA 94111<br>TEL:  (415) 391-5400; FAX:  (415) 397-7188 |
| 14 | ROBERT A. VAN NEST, BAR NO. 84065<br>rvannest@kvn.com |
| 15 | LEO L. LAM, BAR NO. 181861<br>llam@kvn.com |
| 16 | ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC |
| 17 | **MCANDREWS, HELD & MALLOY, LTD.**<br>500 WEST MADISON STREET, 34TH FLOOR |
| 18 | CHICAGO, IL 60661<br>TEL:  (312) 775-8000; FAX:  (312) 775-8100 |
| 19 | EDWARD A. MAS II, *PRO HAC VICE*<br>emas@mhmlaw.com |
| 20 | JAMES M HAFERTEPE, *PRO HAC VICE*<br>jhafertepe@mhmlaw.com<br>MERLE S. ELLIOTT, *PRO HAC VICE* |
| 21 | melliott@mhmlaw.com |
| 22 | **FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>901 NEW YORK AVENUE, N.W. |
| 23 | WASHINGTON, D.C. 20001<br>TEL:  (202) 408-4000; FAX:  (202) 408-4400 |
| 24 | J. MICHAEL JAKES, *PRO HAC VICE*<br>mike.jakes@finnegan.com |
| 25 | CHRISTINE E. LEHMAN, *PRO HAC VICE*<br>christine.lehman@finnegan.com<br>MICHAEL A. MORIN, *PRO HAC VICE* |
| 26 | michael.morin@finnegan.com |
| 27 | |
| 28 | |

1
STIPULATION OF DISMISSAL OF COUNTS I AND II
AGAINST ALL DEFENDANTS AND [PROPOSED] ORDER
CASE NO. 06-01066 PJH

**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304
TEL:  (650) 849-6600; FAX:  (650) 849-6666

ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

ATTORNEYS FOR DEFENDANTS, ADVANCED
CARDIOVASCULAR SYSTEMS, INC., ABBOTT
LABORATORIES, AND ABBOTT XYZ CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants. | Case No. 06-1066 PJH<br><br>**STIPULATION OF DISMISSAL OF COUNTS I AND II AGAINST ALL DEFENDANTS AND [~~PROPOSED~~] ORDER** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Civil Local Rule 7-12, Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway (collectively, "Medtronic"), by each of their respective undersigned attorneys, and Defendants Abbott Laboratories, Advanced Cardiovascular Systems, Inc., and Abbott XYZ Corporation (collectively, "Abbott"), by each of their undersigned attorneys, have all agreed and stipulate as follows:

1. Count I of the Second Amended and Supplemental Complaint, alleging infringement of U.S. Patent No. 6,605,057 B2 ("the '057 Patent"), entitled "Reinforced Monorail Balloon Catheter," is dismissed without prejudice against all defendants.

2. Count II of the Second Amended and Supplemental Complaint, alleging

infringement of U.S. Patent No. 6,190,358 B1 ("the '358 Patent"), entitled "Reinforced Rapid Exchange Balloon Catheter," is dismissed without prejudice against all defendants.

    3.    All counterclaims directed to the '057 and '358 patents in Abbott's Answer and Counterclaims to Plaintiffs' Second Amended and Supplemental Complaint are dismissed without prejudice.

    4.    Each party shall bear its own fees and costs incurred in connection with the dismissed claims.

DATE:  JANUARY 5, 2007                                           **FOLEY & LARDNER LLP**

BY: _____s/Cynthia J. Franecki_____
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

DATE:  JANUARY 5, 2007                                           **MCANDREWS, HELD & MALLOY, LTD.**

BY: _____s/Edward A. Mas II_____
Edward A. Mas II

Attorneys for Defendants, Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation

Concurrence in the filing of this document has been obtained from Edward A. Mas II, the signatory listed above.

1 | DATE: JANUARY 5, 2007                    **FOLEY & LARDNER LLP**

BY: _____s/Cynthia J. Franecki_____
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: JANUARY  8 , 2007

Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / signature / Judge Phyllis J. Hamilton]*