**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
BRIAN P. AKERS, *PRO HAC VICE*
bakers@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTFF, EVYSIO MEDICAL DEVICES ULC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants. | Civil Action No. C-06-01066 (PJH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE COURT'S SCHEDULING ORDER** |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC (collectively, "Plaintiffs"), by each of their respective undersigned attorneys, and Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively, "Defendants"), through their respective counsel, do affirmatively state, agree, and stipulate as follows:

1. An unexpected conflict led the Plaintiffs to seek a change in the dates for the tutorial, currently scheduled for July 27, 2007 and, necessarily, the claim construction hearing of August 15, 2007, since the parties understand that it is the Court's preference to schedule those two events to occur with a specific amount of time between them.

2. The Defendants provided, as their next available dates, October 5, 2007 for the tutorial and October 24, 2007 for the claim construction hearing. In view of prior commitments, Plaintiffs were not available on these dates and suggested October 12, 2007 for the tutorial and October 31, 2007 for the claim construction hearing. Those dates are acceptable to Defendants.

3. The parties therefore ask that the Court reschedule the tutorial and claim construction hearings for October 12 and October 31, 2007, respectively, or on the Court's next available dates thereafter.

4. The parties have not previously requested any modifications to the tutorial or claim construction hearing dates.

5. After receiving the Court's Order rescheduling the tutorial and claim construction hearing, the parties will submit a joint proposed schedule for the intervening events, such as submission of claim construction briefs.

| | | |
|---|---|---|
| 1 | Dated:  April 24, 2007 | **FOLEY & LARDNER LLP** |
| 2 | | |
| 3 | | |
| 4 | | BY: s/ Cynthia J. Franecki_____<br>          Cynthia J. Franecki |
| 5 | | Attorneys for Plaintiffs Medtronic<br>Vascular, Inc., Medtronic USA, Inc., |
| 6 | | Medtronic, Inc., and Medtronic Vascular<br>Galway, Ltd. |
| 7 | | |
| 8 | Dated:  April 24, 2007 | **KATTEN MUCHIN & ROSENMAN LLP** |
| 9 | | |
| 10 | | BY: s/ Timothy J. Vezeau_____<br>          Timothy J. Vezeau |
| 11 | | |
| 12 | | Attorneys for Plaintiff evYsio Medical<br>Devices ULC |
| 13 | Dated:  April 24, 2007 | **FINNEGAN, HENDERSON, FARABOW,**<br>**GARRETT & DUNNER, LLP** |
| 14 | | |
| 15 | | |
| 16 | | BY: s/ Robert F. McCauley III_____<br>          Robert F. McCauley III |
| 17 | | |
| 18 | | Attorneys for Defendants, Advanced<br>Cardiovascular Systems, Inc., Abbott |
| 19 | | Laboratories, and Abbott XYZ<br>Corporation |
| 20 | | |

        Concurrence in the filing of this document has been obtained from Timothy J. Vezeau and Robert F. McCauley III, the signatories listed above.

1 | Dated: April 24, 2007  **FOLEY & LARDNER LLP**

BY: s/ Cynthia J. Franecki
      Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

**[PROPOSED] ORDER**

It is Ordered that the Claim Construction Tutorial shall be held on 10/12/07 at 9:00 A.M.; and the Claim Construction Hearing shall be held on 10/31/07 at 9:00 A.M. The claims construction hearing may need to be moved one week.

Dated: 4/27/07

Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton