J. Michael Jakes (*pro hac vice*)
mike.jakes@finnegan.com
Christine E. Lehman (*pro hac vice*)
christine.lehman@finnegan.com
Michael A. Morin (*pro hac vice*)
michael.morin@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001-4413
Tel: (202) 408-4000; Fax: (202) 408-4400

Robert F. McCauley III (State Bar No. 162056)
robert.mccauley@finnegan.com
Lily Lim (State Bar No. 214536)
lily.lim@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Stanford Research Park, 3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600; Fax: (650) 849-6666

Attorneys for Defendants,
ADVANCED CARDIOVASCULAR SYSTEMS,
INC., ABBOTT LABORATORIES, and ABBOTT
XYZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No. 06-1066 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING DEFENDANTS TO FILE AN AMENDED ANSWER AND COUNTERCLAIMS TO PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL COMPLAINT |

Pursuant to Civil L.R. 7-12 and Rule 15(a) of the Federal Rules of Civil Procedure, IT IS

HEREBY STIPULATED AND AGREED, by and between Plaintiffs Medtronic Vascular, Inc.,

Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical

Devices ULC ("Plaintiffs") and Defendants Advanced Cardiovascular Systems, Inc., Abbott

1  Laboratories, and Abbott XYZ Corporation ("Defendants"), through their respective counsel, that
2  Defendants may file an Amended Complaint and Counterclaims in the form attached hereto as
3  Exhibit A, and that said Amended Complaint and Counterclaims will be deemed filed on the date
4  that this Court signs and files the Proposed Order below.

5  On a separate point, in Plaintiffs' Disclosure of Asserted Claims and Preliminary
6  Infringement Contentions, Plaintiffs identified all sizes and models of Multi-Link Xience V
7  Coronary Stent System.  The parties have agreed that this disclosure includes the Promus Stent
8  System.

9  By his signature below, counsel for Defendants attests that counsel for all Plaintiffs concur in
10 the filing of this stipulation.

Respectfully submitted,

Dated: May 8, 2007         FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By:_____/s/_____
     Robert F. McCauley III
     Attorneys for Defendants
     ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION


Respectfully submitted,

Dated: May 8, 2007         FOLEY & LARDNER LLP

By:_____/s/_____
     Cynthia J. Franecki
     Attorneys for Plaintiffs
     MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., and MEDTRONIC VASCULAR GALWAY, LTD.

| | | |
|---|---|---|
| 1 | Dated:  May 8, 2007 | KATTEN MUCHIN ROSEMAN LLP |
| 2 | | KEKER & VAN NEST LLP |
| 3 | | By:_____/s/_____ |
| 4 | |     Michael A. Dorfman |
| | |     Attorneys for Plaintiff |
| 5 | |     EVYSIO MEDICAL DEVICES ULC |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 05/09/07



Phyllis J. Hamilton
United States District Judge