**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com
DAVID B. MOYER, BAR NO. 197739
dmoyer@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
BRIAN P. AKERS, *PRO HAC VICE*
bakers@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants. | Civil Action No. C-06-01066 (PJH)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING PRE-HEARING DATES THROUGH SECOND MARKMAN HEARING** |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC (collectively, "Plaintiffs"), by each of their respective undersigned attorneys, and Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively, "Defendants"), through their respective counsel, do affirmatively state, agree, and stipulate as follows:

1. On April 27, 2007, per the parties' request, the Court Ordered that the "Claim Construction Tutorial shall be held on October 12, 2007," and that the "Claim Construction Hearing shall be held on October 31, 2007."

2. The Court noted in its April 27, 2007 Order that the "claims construction hearing may need to be moved one week." Moving the Claim Construction Hearing by one week, until November 7, 2007, is preferable to Defendants for scheduling reasons, and Plaintiffs do not object to that date. For this reason, and to avoid uncertainty as to the hearing date, the parties request that the Claim Construction Hearing be held on November 7, 2007.

3. As indicated by the April 27, 2007 Stipulation and Order Modifying the Court's Scheduling Order, the parties have conferred regarding a joint proposed schedule and now stipulate and agree on proposed dates as set forth in the final column of the attached document. The parties ask that the Court enter an order confirming that schedule.

Dated: May 16, 2007                                     **FOLEY & LARDNER LLP**


                                                        BY: s/ Cynthia J. Franecki
                                                            Cynthia J. Franecki

                                                        Attorneys for Plaintiffs Medtronic
                                                        Vascular, Inc., Medtronic USA, Inc.,
                                                        Medtronic, Inc., and Medtronic Vascular
                                                        Galway, Ltd.

| | | |
|---|---|---|
| 1 | Dated: May 16, 2007 | **KATTEN MUCHIN & ROSENMAN LLP** |

BY: <u>s/ Timothy J. Vezeau</u>
Timothy J. Vezeau

Attorneys for Plaintiff evYsio Medical Devices ULC

Dated: May 16, 2007        **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

BY: <u>s/ Michael A. Morin</u>
Michael A. Morin

Attorneys for Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation

Concurrence in the filing of this document has been obtained from Timothy J. Vezeau and Michael A. Morin, the signatories listed above.

Dated: May 16, 2007        **FOLEY & LARDNER LLP**

BY: <u>s/ Cynthia J. Franecki</u>
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  5/18/07

_____
Phyllis J. Hamilton
United States District Judge



**STIPULATED PRE-HEARING DATES THROUGH SECOND MARKMAN HEARING**

| EVENT | CURRENT SCHEDULE | REVISED SCHEDULE |
|---|---|---|
| Plaintiffs' Preliminary Infringement Contentions and Accompanying Document Production re '255 Patent<br><br>[Patent L.R. 3-1 and 3-2] | 11/03/06 | |
| Defendants' Document Production Pursuant to Patent Local Rule 3-4 (a) as to Products Identified in 1st Amended Complaint | | |
| Defendants' Document Production Pursuant to Patent Local Rule 3-4 (a) as to Additional Products Identified in 2nd Amended Complaint | | |
| Defendants' Preliminary Invalidity Contentions and Accompanying Document Production<br><br>[Patent L.R. 3-3, 3-4] | 12/18/06 | |
| Exchange of Proposed Terms and Claim Elements for Construction<br><br>[Patent L.R. 4-1] | 03/16/07 | |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence<br><br>[Patent L.R. 4-2] | 04/06/07 | 06/01/07 |
| Joint Claim Construction and Pre-hearing Statement<br><br>[Patent L.R. 4-3] | 05/04/07 | 07/20/07 |
| Completion of Claim Construction Discovery<br><br>[Patent L.R. 4-4] | 06/01/07 | 08/17/07 |
| Plaintiffs' Claim Construction Opening Brief and Supporting Evidence<br><br>[Patent L.R. 4-5] | 06/15/07 | 08/31/07 |
| Defendants' Responsive Claim Construction Brief and Supporting Evidence<br><br>[Patent L.R. 4-5] | 07/06/07 | 9/21/07 |

| EVENT | CURRENT SCHEDULE | REVISED SCHEDULE |
|---|---|---|
| Plaintiffs' Reply Claim Construction Brief and Rebuttal Evidence [Patent L.R. 4-5] | 07/13/07 | 9/28/07 |
| Tutorial | 10/12/07 | 10/12/07 |
| Claim Construction Hearing [Patent L.R 4-6] | 10/31/07 | 11/07/07 |
| Commence Damages Discovery On All Patents | 6/15/07 | 8/24/07 |