| | |
|---|---|
| **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>TEL: (415) 434-4484; FAX: (415) 434-4507<br>NANCY J. GEENEN, BAR NO. 135968<br>ngeenen@foley.com<br>**David B. Moyer, Bar No. 197739**<br>dmoyer@foley.com<br><br>**FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE 3800<br>MILWAUKEE, WI 53202-5306<br>TEL: (414) 271-2400; FAX: (414) 297-4900<br>RICHARD S. FLORSHEIM, *PRO HAC VICE*<br>rflorsheim@foley.com<br>BRIAN P. AKERS, *PRO HAC VICE*<br>bakers@foley.com<br><br>ATTORNEYS FOR PLAINTFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 WEST MONROE STREET<br>CHICAGO, IL 60661-3693<br>TEL: (312) 902-5200; FAX: (312) 902-1061<br>TIMOTHY J. VEZEAU, *PRO HAC VICE*<br>timothy.vezeau@kattenlaw.com<br>MICHAEL A. DORFMAN, *PRO HAC VICE*<br>michael.dorfman@kattenlaw.com<br><br>**KEKER & VAN NEST LLP**<br>710 SANSOME STREET<br>SAN FRANCISCO, CA 94111<br>TEL: (415) 391-5400; FAX: (415) 397-7188<br>ROBERT A. VAN NEST, BAR NO. 84065<br>rvannest@kvn.com<br>LEO L. LAM, BAR NO. 181861<br>llam@kvn.com<br><br>ATTORNEYS FOR PLAINTFF, EVYSIO MEDICAL DEVICES ULC | **FISH & RICHARDSON P.C.**<br>500 ARGUELLO STREET, SUITE 500<br>REDWOOD CITY, CA 94063<br>TEL: (650) 839-5070  FAX: (650) 839-5071<br>JOHN M. FARRELL BAR NO. 99649<br><br>**FISH & RICHARDSON P.C.**<br>225 FRANKLIN STREET<br>BOSTON, MA 02110-2804<br>TEL: (617) 542-5070 FAX: (617) 542-8906<br>FRANK E. SCHERKENBACH BAR NO. 142549<br>KURT L. GLITZENSTEIN<br>ELIZABETH A. BROWN BAR NO. 193540<br>ADAM J. KESSEL<br>ATTORNEYS FOR COUNTERCLAIM PLAINTIFF BOSTON SCIENTIFIC CORP. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>        Plaintiffs,<br><br>    v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>        Defendants. | Civil Action No.  C-06-01066 (PJH)<br><br>**STIPULATION MODIFYING THE COURT'S SCHEDULING ORDER; [PROPOSED] ORDER** |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical Devices ULC (collectively, "Plaintiffs"), by each of their respective undersigned attorneys, and Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively, "Defendants"), through their respective counsel, and Counterclaim Plaintiff Boston Scientific Corp., by its undersigned attorney, do affirmatively state, agree and stipulate as follows:

1. Due to the intervention today of Boston Scientific in this matter, the parties respectfully ask the Court to vacate the current due date for the filing of the parties' joint claim construction statement, scheduled for today, July 25, 2007.

2. The parties respectfully ask the Court to reset the due date for the filing of the joint claim construction statement for July 31, 2007.

Dated: July 25, 2007                    **FOLEY & LARDNER LLP**

                                         BY: _____/S/_____
                                               Cynthia J. Franecki

                                         Attorneys for Plaintiffs Medtronic
                                         Vascular, Inc., Medtronic USA, Inc.,
                                         Medtronic, Inc., and Medtronic Vascular
                                         Galway, Ltd.

Dated: July 25, 2007                    **KATTEN MUCHIN & ROSENMAN LLP**

                                         BY: _____/S/_____
                                               Timothy J. Vezeau

                                         Attorneys for Plaintiff Evysio Medical
                                         Devices ULC

| | | |
|---|---|---|
| 1 | Dated: July 25, 2007 | **FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP** |
| 2 | | |
| 3 | | |
| 4 | | BY: _____/s/_____ |
| 5 | | Robert F. McCauley III |
| 6 | | Attorneys for Defendants, Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation |
| 7 | | |
| 8 | | |
| 9 | Dated: July 25, 2007 | **FISH & RICHARDSON P.C.** |
| 10 | | |
| 11 | | BY: ____/s/_____ |
| 12 | | Elizabeth A. Brown |
| 13 | | Attorneys for Counterclaim Plaintiff, Boston Scientific Corp. |
| 14 | | |

Concurrence in the filing of this document has been obtained from Cynthia Franecki, Timothy J. Vezeau and John M Farrell, the signatories listed above.

| | | |
|---|---|---|
| 17 | Dated:  July 25, 2007 | **FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP** |
| 18 | | |
| 19 | | |
| 20 | | BY: ____/s/_____ |
| | | Robert F. McCauley III |
| 21 | | |
| 22 | | Attorneys for Defendants, Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation |
| 23 | | |

# [~~PROPOSED~~] ORDER

UPON STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS ORDERED that the Parties' Joint Claim Construction Statement is due on July 31, 2007.

Dated: 7/30/07



Phyllis J. Hamilton
United States District Judge

4

STIPULATION AND ORDER MODIFYING
THE COURT'S SCHEDULING ORDER
CASE NO. C-06-01066 (PJH)

MILW_2292696.1