1  J. Michael Jakes (*pro hac vice*)
   mike.jakes@finnegan.com
2  Christine E. Lehman (*pro hac vice*)
   christine.lehman@finnegan.com
3  Michael A. Morin (*pro hac vice*)
   michael.morin@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
5  901 New York Ave., NW
   Washington, DC 20001-4413
6  Tel: (202) 408-4000; Fax: (202) 408-4400

7  Robert F. McCauley III (State Bar No. 162056)
   robert.mccauley@finnegan.com
   Lily Lim (State Bar No. 214536)
8  lily.lim@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
9    GARRETT & DUNNER, LLP
   Stanford Research Park, 3300 Hillview Avenue
10 Palo Alto, CA 94304-1203
   Tel: (650) 849-6600; Fax: (650) 849-6666

11 Attorneys for Defendants,
   ADVANCED CARDIOVASCULAR
12 SYSTEMS, INC., ABBOTT
   LABORATORIES, AND ABBOTT XYZ
   CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT XYZ CORPORATION,<br><br>Defendants.<br><br>and<br><br>ADVANCED CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT XYZ CORPORATION, and BOSTON SCIENTIFIC CORPORATION, | Civil Action No. C-06-01066 (PJH)<br><br>**STIPULATION REGARDING RENAMING AND SUBSTITUTION OF DEFENDANTS; [~~PROPOSED~~] ORDER** |

1

|   |   |
|---|---|
| 1 | Counterclaim-Plaintiffs, ) |
| 2 | v. ) |
| 3 | MEDTRONIC VASCULAR, INC., ) |
| 4 | MEDTRONIC USA, INC., MEDTRONIC, ) INC., MEDTRONIC VASCULAR ) |
| 5 | GALWAY, LTD., and EVYSIO MEDICAL ) DEVICES ULC, ) |
| 6 | Counterclaim-Defendants. ) |

Pursuant to Civil L.R. 7-12, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC, and Defendants Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation (collectively "Defendants"), and Counterclaim Plaintiff Boston Scientific Corporation, through their respective counsel, that:

1. Defendant Advanced Cardiovascular Systems, Inc. has changed its name to Abbott Cardiovascular Systems Inc.;

2. Defendant Abbott Vascular, Inc. is substituted for the fictitiously named Defendant Abbott XYZ Corporation; and

3. All future captions and filings in this action will, consistent with this Stipulation, identify the Defendants as Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.

By his signature below, counsel for all Defendants attests that the undersigned counsel concur in the filing of this stipulation.

| | | |
|---|---|---|
| 1 | Dated:  September 11, 2007 | **FOLEY & LARDNER LLP** |
| 2 | | |
| 3 | | |
| 4 | | BY:    /s/_____<br>         Cynthia J. Franecki |
| 5 | | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |
| 6 | | |
| 7 | | |
| 8 | Dated: September 11, 2007 | **KATTEN MUCHIN & ROSENMAN LLP** |
| 9 | | |
| 10 | | BY:    /s/_____<br>         Timothy J. Vezeau |
| 11 | | |
| 12 | | Attorneys for Plaintiff evYsio Medical Devices ULC |
| 13 | Dated: September 11, 2007 | **FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP** |
| 14 | | |
| 15 | | |
| 16 | | BY:    /s/_____<br>         Robert F. McCauley III |
| 17 | | |
| 18 | | Attorneys for Defendants, Advanced Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott XYZ Corporation |
| 19 | | |
| 20 | | |
| 21 | Dated: September 11, 2007 | **FISH & RICHARDSON P.C.** |
| 22 | | |
| 23 | | BY:    /s/_____<br>         Elizabeth A. Brown |
| 24 | | |
| 25 | | Attorneys for Counterclaim Plaintiff, Boston Scientific Corporation |
| 26 | | |
| 27 | | |
| 28 | | |

3

STIPULATION
CASE NO. C-06-01066 (PJH)

|     |                                                    |
| --- | -------------------------------------------------- |
| 1   | **[PROPOSED] ORDER**                               |
| 2   | Pursuant to stipulation, IT IS SO ORDERED.         |

Dated:  9/17/07



Phyllis J. Hamilton
United States District Judge

STIPULATION
CASE NO. C-06-01066 (PJH)