1  J. Michael Jakes (*pro hac vice*)
   mike.jakes@finnegan.com
2  Christine E. Lehman (*pro hac vice*)
   christine.lehman@finnegan.com
3  Michael A. Morin (*pro hac vice*)
   michael.morin@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
5  901 New York Ave., NW
   Washington, DC 20001-4413
6  Tel: (202) 408-4000; Fax: (202) 408-4400

7  Robert F. McCauley III (State Bar No. 162056)
   robert.mccauley@finnegan.com
   Lily Lim (State Bar No. 214536)
8  lily.lim@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
9    GARRETT & DUNNER, LLP
   Stanford Research Park, 3300 Hillview Avenue
10 Palo Alto, CA 94304-1203
   Tel: (650) 849-6600; Fax: (650) 849-6666

11 Attorneys for Defendants,
   ABBOTT CARDIOVASCULAR
12 SYSTEMS, INC., ABBOTT
   LABORATORIES, AND ABBOTT
   VASCULAR INC.

13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>Defendants.<br><br>and<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION, | Civil Action No. C-06-01066 (PJH)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANTS TO FILE SECOND AMENDED ANSWER AND COUNTERCLAIMS TO PLAINTIFFS' SECOND AMENDED AND SUPPLEMENTAL COMPLAINT** |

1

| | |
|---|---|
| 1 | Counterclaim-Plaintiffs, ) |
| 2 | v. ) |
| 3 | MEDTRONIC VASCULAR, INC., ) |
| 4 | MEDTRONIC USA, INC., MEDTRONIC, ) INC., MEDTRONIC VASCULAR ) |
| 5 | GALWAY, LTD., and EVYSIO MEDICAL ) DEVICES ULC, ) |
| 6 | Counterclaim-Defendants. ) |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC (collectively, "Plaintiffs"), by each of their respective undersigned attorneys, and Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Defendants"), through their respective counsel, and Counterclaim Plaintiff Boston Scientific Corporation, by its undersigned attorney, stipulate that Defendants may file a Second Amended Answer and Counterclaims to Plaintiffs' Second Amended and Supplemental Complaint in the form attached hereto as Exhibit A, and that said Second Amended Answer and Counterclaims will be deemed filed and served on the date that this Court signs and files the Proposed Order below.

By his signature below, counsel for Defendants attests that counsel for all parties concur in the filing of this stipulation.

Dated: September 14, 2007                                        **FOLEY & LARDNER LLP**

BY: _____/S/_____
         Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

| | | |
|---|---|---|
| 1 | Dated: September 14, 2007 | **KATTEN MUCHIN & ROSENMAN LLP** |
| 2 | | |
| 3 | | |
| 4 | | BY: _____/s/_____<br>Timothy J. Vezeau |
| 5 | | Attorneys for Plaintiff Evysio Medical Devices ULC |
| 6 | | |
| 7 | Dated: September 14, 2007 | **FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP** |
| 8 | | |
| 9 | | |
| 10 | | BY: _____/s/_____<br>Robert F. McCauley III |
| 11 | | Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. |
| 12 | | |
| 13 | | |
| 14 | Dated: September 14, 2007 | **FISH & RICHARDSON P.C.** |
| 15 | | |
| 16 | | BY: _____/s/_____<br>Elizabeth A. Brown |
| 17 | | |
| 18 | | Attorneys for Counterclaim Plaintiff, Boston Scientific Corporation |

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/21/07

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)