UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC VASCULAR INC., et al.

    Plaintiffs,

    v.

ADVANCED CARDIOVASCULAR SYSTEMS, INC., et al.,

    Defendants.
_____/

No. C 06-1066 PJH

**ORDER RE UNOPPOSED MOTION TO FILE COMBINED REPLY BRIEF**

    Before the court is plaintiffs' unopposed motion for an order allowing plaintiffs to file a combined reply brief to defendants' counterclaim-plaintiffs' answering claim construction briefs and supporting evidence. Plaintiffs seek leave to filed a combined reply brief of no more than thirty pages.

    Plaintiffs' request is GRANTED in part and DENIED in part. Specifically, plaintiffs' request to file a combined reply brief is granted, but insofar as plaintiffs seek to file a reply brief that totals thirty pages in length, the request is denied. Plaintiffs may file a combined reply brief of no more than twenty (20) pages in length. Alternatively, plaintiffs may file two separate reply briefs, pursuant to the normal page limitations set forth in Civil Local Rule 7-4(b).

**IT IS SO ORDERED.**

Dated: September 28, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge