1  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
2  3300 Hillview Avenue
   Palo Alto, California  94304
3  Tel:  (650) 849-6600; Fax:  (650) 849-6666
   Robert F. McCauley III (Bar No. 162056)
4  robert.mccauley@finnegan.com

5  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
6  901 New York Avenue, NW
   Washington, DC  20001
7  Tel:  (202) 408-4000; Fax: (202) 408-4400
   J. Michael Jakes (pro hac vice)
8  mike.jakes@finnegan.com
   Gerald F. Ivey (pro hac vice)
9  gerald.ivey@finnegan.com
   Christine E. Lehman (pro hac vice)
10 christine.lehman@finnegan.com
   Michael A. Morin (pro hac vice)
11 michael.morin@finnegan.com
   James R. Barney (pro hac vice)
12 james.barney@finnegan.com

13 Attorneys for Defendants
   Abbott Cardiovascular Systems Inc.,
14 Abbott Laboratories, and Abbott Vascular, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br>    Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br>    Defendants/Counterclaim-Plaintiffs<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION<br>    Counterclaim-Plaintiff | CASE NO. 06-01066-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM**<br><br>TUTORIAL:  October 12, 2007<br>MARKMAN:  November 7, 2007<br>Time:  9:00 a.m.<br>Judge:  Hon. Phyllis J. Hamilton<br>Courtroom:  3 |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Defendants Advanced Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Defendants"), and Counterclaim Plaintiff Boston Scientific Corporation, by their undersigned attorneys, stipulate that, with the Court's permission, the following equipment be allowed into the courtroom for use during the Tutorial set for Friday, October 12, 2007, at 9:00 a.m., and for the Markman set for Wednesday, November 7, at 9:00 a.m.:

1. Six (6) Laptop Computers
2. One (1) Projection Screen
3. One (1) Projector
4. Several cords, connections and demonstrative exhibit boards.

By his signature below, counsel for Defendants attests that counsel for all parties concur in the filing of this stipulation.

Dated:  October 5, 2007                     **FOLEY & LARDNER LLP**


BY: ____/S/_____
       Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Dated: October 5, 2007                      **KATTEN MUCHIN & ROSENMAN LLP**


BY: _____/S/_____
       Timothy J. Vezeau

Attorneys for Plaintiff Evysio Medical Devices ULC

1

STIPULATION ALLOWING
EQUIPMENT IN THE COURTROOM
Case No. 06-01066-PJH

Dated: October 5, 2007

**FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP**

BY: _____/s/_____
           Robert F. McCauley III

Attorneys for Defendants Advanced Cardiovascular Systems Inc., Abbott Laboratories, and Abbott XYZ Corporation

Dated: October 5, 2007

**FISH & RICHARDSON P.C.**

BY: ____/s/_____
           Elizabeth A. Brown

Attorneys for Counterclaim Plaintiff Boston Scientific Corporation

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The parties may bring the equipment identified above into Court at a reasonable time or date, as the parties may arrange with the Deputy Clerk, to set up the equipment in advance of the hearings on October 12 and November 7, 2007.

Dated: __10/10/07_____

_____
Phyllis J. Hamilton
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*