**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL:  (415) 434-4484; FAX:  (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL:  (414) 271-2400; FAX:  (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL:  (312) 902-5200; FAX:  (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL:  (415) 391-5400; FAX:  (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001
TEL:  (202) 408-4000; FAX:  (202) 408-4400
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304
TEL:  (650) 849-6600; FAX:  (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

**FISH & RICHARDSON PC**
225 FRANKLIN STREET
BOSTON, MA 02110-2804
TEL:  (617) 542-5070; FAX:  (617) 542-8906
FRANK E. SCHERKENBACH, BAR NO. 142549
scherkenbach@fr.com

ATTORNEYS FOR COUNTERCLAIM-PLAINTIFF, BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>    Defendants,<br><br>and<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION,<br><br>    Counterclaim-Plaintiffs,<br><br>    v.<br><br>MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC,<br><br>    Counterclaim-Defendants. | Case No.  C-06-01066-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING DEPOSITION TIME LIMITS** |

1        IT IS HEREBY STIPULATED AND AGREED, by and between Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC (collectively, "Plaintiffs"), Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Abbott Defendants"), and Boston Scientific Corporation ("BSC"), that paragraphs 2-4 of the January 8, 2007 Stipulation and Order Setting Dates Through Trial, signed by Plaintiffs and the Abbott Defendants, shall be modified as follows:

1.   **Fact Depositions:**  Absent good cause shown, the parties agree to an unlimited number of fact depositions, but only if the total time for depositions is limited to 100 hours of actual deposition time (i.e., running tape time) for Plaintiffs (excluding expert depositions) and 100 hours of actual deposition time (i.e., running tape time) for the Abbott Defendants and BSC, collectively (excluding expert depositions).

2.   **Expert Depositions:**  Absent good cause shown, the parties agree that expert depositions will be limited to 7 hours of actual deposition time for each expert, with the combined expert time not counting toward the 100 hour deposition time limit.

3.   **Depositions of Witnesses On Trial Witness List:**  The parties also agree that each party is entitled to depose, at least four weeks before trial, any witness listed on another party's trial witness list that (1) has not been previously deposed in this case, or (2) was previously deposed as a 30(b)(6) witness in this case, but whose areas of expected testimony, as described in the party's witness list, are different than the areas for which the witness was designated as a 30(b)(6) witness.  Such depositions shall be conducted efficiently and shall be limited to 5 hours of actual deposition time each.  Such depositions, however, would not count towards or be restricted by the 100 hour time limitation set forth above.

1 | Dated:  October 11, 2007     **FOLEY & LARDNER LLP**

BY: s/ Cynthia J. Franecki
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Dated:  October 11, 2007     **KATTEN MUCHIN ROSENMAN LLP**

BY: s/ Timothy J. Vezeau
Timothy J. Vezeau

Attorneys for Plaintiff evYsio Medical Devices ULC

Dated:  October 11, 2007     **FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP**

BY: s/ Michael A. Morin
Michael A. Morin

Attorneys for Defendants, Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

Dated:  October 11, 2007     **FISH & RICHARDSON P.C.**

BY: s/ Elizabeth A. Brown
Elizabeth A. Brown

Attorneys for Counterclaim-Plaintiff Boston Scientific Corporation

1  Concurrence in the filing of this document has been obtained from Timothy J. Vezeau,
2  Michael A. Morin, and Elizabeth A. Brown, the signatories listed above.

3  Dated:  October 11, 2007  **FOLEY & LARDNER LLP**

BY: s/ Cynthia J. Franecki
    Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 16, 2007

_____
Phyllis J. Hamilton
United S...

