FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600; Fax:  (650) 849-6666
Robert F. McCauley III (Bar No. 162056)
robert.mccauley@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001
Tel:  (202) 408-4000; Fax: (202) 408-4400
J. Michael Jakes (pro hac vice)
mike.jakes@finnegan.com
Gerald F. Ivey (pro hac vice)
gerald.ivey@finnegan.com
Christine E. Lehman (pro hac vice)
christine.lehman@finnegan.com
Michael A. Morin (pro hac vice)
michael.morin@finnegan.com
James R. Barney (pro hac vice)
james.barney@finnegan.com

Attorneys for Defendants
Abbott Cardiovascular Systems Inc.,
Abbott Laboratories, and Abbott Vascular, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br>         Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br>         Defendants/Counterclaim-Plaintiffs<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION<br>         Counterclaim-Plaintiff | CASE NO. 06-01066-PJH<br><br>**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL BY DEFENDANTS ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.'S;**<br><br>**SUPPORTING DECLARATION OF ROBERT F. MCCAULEY;**<br><br>**[PROPOSED] ORDER** DENYING REQUEST TO SEAL |

**1.     Papers Submitted For Filing Under Seal in Their Entireties**

Pursuant to Civil Local Rules 7-11 and 79-5(b), Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, And Abbott Vascular, Inc. (collectively "Abbott") hereby request leave of Court to file under seal in their entireties the following documents being lodged with the Clerk:

- Exhibits to Abbott's Answering Claim Construction Brief

Exhibits 1, 2, 3, 4, 29, 30, 31, and 32 to Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.'s Answering Claim Construction Brief are documents that have been designated as Confidential or Highly Confidential by Plaintiffs.  In addition, Exhibits 16 and 39 were designated as Confidential or Highly Confidential by the defendants in the Isostent, LLC v. LPL Sys, Inc., No. 1-02-CV-804863 (Cal. Super. Ct. Sept. 1, 2004) matter.  Abbott does not contend that these documents are confidential, but is submitting these documents for possible filing under seal pursuant to its obligations under the Protective Order and Civil L.R. 79-5(d) and (e).

**2.     Papers Submitted for Partial Filing Under Seal**

Abbott is not asserting that any portion of Abbott's Answering Claim Construction Brief is confidential.  However, Abbott's brief at page 26 cites to Ex. 29, which Plaintiffs have designated as Highly Confidential.

Accordingly, and pursuant to its obligations under the Protective Order and Civil L.R. 79-5(d), Abbott respectfully requests leave of Court to file under seal the portion of the HIGHLIGHTED, CONFIDENTIAL version of its brief that, at page 26, reveals information that has been designated confidential.

As required by Civil Local Rule 79-5(c), Defendants are lodging with the Clerk highlighted and redacted copies of said brief, as follows:

- HIGHLIGHTED, CONFIDENTIAL versions of Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.'s Answering Claim Construction Brief in which the asserted confidential information at page 26 is highlighted for filing under seal and for Judge Hamilton's chambers; and

- REDACTED, PUBLIC versions of Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, And Abbott Vascular, Inc.'s Answering Claim Construction Brief in which the asserted confidential information at page 26 has been redacted (for public filing).

**SUPPORTING DECLARATION OF ROBERT F. MCCAULEY**

I, ROBERT F. MCCAULEY, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a member of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel for Abbott in the above-entitled action. I submit this declaration in support of Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.'s Answering Claim Construction Brief and Supporting Evidence.

2. The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to the following statements.

3. The representations made above in this Administrative Motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this 21st day of September, 2007, at Palo Alto, California.

                                       /s/
                                       Robert F. McCauley

///

///

///

///

///

**{PROPOSED] ORDER**

Upon good cause shown, **IT IS HEREBY ORDERED** that (a) Exhibits 1, 2, 3, 4, 16, 29, 30, 31, 32, and 39 to the Declaration of Robert F. McCauley in Support of Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.'s Answering Claim Construction Brief, and (b) the HIGHLIGHTED, CONFIDENTIAL versions of Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.'s Answering Claim Construction Brief be filed under seal by the Clerk.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
United States Court District Judge

*DENIED — Judge Phyllis J. Hamilton* [stamp, United States District Court, Northern District of California]