FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600; Fax: (650) 849-6666
Robert F. McCauley III (Bar No. 162056)
robert.mccauley@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 408-4000; Fax: (202) 408-4400
J. Michael Jakes (pro hac vice)
mike.jakes@finnegan.com
Gerald F. Ivey (pro hac vice)
gerald.ivey@finnegan.com
Christine E. Lehman (pro hac vice)
christine.lehman@finnegan.com
Michael A. Morin (pro hac vice)
michael.morin@finnegan.com
James R. Barney (pro hac vice)
james.barney@finnegan.com

Attorneys for Defendants
Abbott Cardiovascular Systems Inc.,
Abbott Laboratories, and Abbott Vascular, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br>　　　Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br>　　　Defendants/Counterclaim-Plaintiffs<br><br>　　　and<br><br>BOSTON SCIENTIFIC CORPORATION<br>　　　Counterclaim-Plaintiff | CASE NO. 06-01066-PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE ONE WEEK; [~~PROPOSED~~] ORDER** |

In the Court's Order Construing Claims (Dkt. No. 283), the Court set a Case Management Conference ("CMC") for January 24, 2008 at 2:30 p.m. Unfortunately, three attorneys for Defendants Advanced Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Abbott Defendants") who plan to attend the CMC are not available that day. Specifically, both Michael Morin (outside counsel) and Dr. Gary Schneiderman (in-house counsel) will be in a week-long arbitration during the week of January 21, 2008, including January 24, 2008. And Robert McCauley (outside counsel) has a prepaid and long-planned family vacation scheduled for that same week.

As a result, the Abbott Defendants requested that the other parties to this action stipulate, with the Court's permission, to continue the CMC in this matter by one week, and all parties agreed.

Accordingly, as shown by their signatures below, all parties to this action hereby stipulate, with the Court's permission, to continue the January 24, 2008 CMC to **January 31, 2008, at 2:30 p.m.** (or to a later date and time convenient to the Court).

By his signature below, counsel for the Abbott Defendants attests that counsel for all parties concur in the filing of this stipulation.

Dated: January 4, 2008                      **FOLEY & LARDNER LLP**

BY: \_\_\_\_/s/_____
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Dated: January 4, 2008                      **KATTEN MUCHIN & ROSENMAN LLP**

BY: \_\_\_\_\_/s/_____
Timothy J. Vezeau

Attorneys for Plaintiff Evysio Medical Devices ULC

| | | |
|---|---|---|
| Dated: January 4, 2008 | | **FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP** |

BY: _____/s/_____
       Robert F. McCauley III

Attorneys for Defendants Advanced Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.

Dated: January 4, 2008                   **FISH & RICHARDSON P.C.**

BY: _____/s/_____
       Elizabeth A. Brown

Attorneys for Counterclaim Plaintiff Boston Scientific Corporation

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 7, 2008              _____
                                            Phyllis J. Hamilton
                                            United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)*