UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC VASCULAR INC., et al.,

        Plaintiffs,

        v.

ADVANCED CARDIOVASCULAR SYSTEMS, INC., et al.,

        Defendants.
_____/

No. C 06-1066 PJH

**ORDER GRANTING MOTION FOR LEAVE TO SEEK RECONSIDERATION**

Before the court is plaintiffs' request for leave to file a motion for reconsideration regarding the court's December 21, 2007 order construing claims. Specifically, plaintiffs seek to have the court reconsider its construction of the term "polygon."

Plaintiffs' request for leave to seek reconsideration is GRANTED. Construing the instant request for leave as plaintiffs' actual motion for reconsideration, and pursuant to Civil Local Rule 7-9(d), the court hereby instructs defendants to file an opposition to plaintiffs' motion for reconsideration no later than **January 14, 2008**. Any reply brief shall be filed by plaintiffs no later than **January 18, 2008**. Neither the opposition brief nor the reply brief may exceed 5 pages in length.

The court will thereafter take the matter under submission, and issue a ruling on the papers.

**IT IS SO ORDERED.**

Dated: January 7, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge