| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409 |
| 2 | TEL: (415) 434-4484; FAX: (415) 434-4507<br>NANCY J. GEENEN, BAR NO. 135968 |
| 3 | ngeenen@foley.com |
| 4 | **FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE 3800<br>MILWAUKEE, WI 53202-5306 |
| 5 | TEL: (414) 271-2400; FAX: (414) 297-4900<br>RICHARD S. FLORSHEIM, *PRO HAC VICE* |
| | rflorsheim@foley.com |
| 6 | ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, |
| 7 | INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND<br>MEDTRONIC VASCULAR GALWAY, LTD. |
| 8 | **KATTEN MUCHIN ROSENMAN LLP**<br>525 WEST MONROE STREET |
| | CHICAGO, IL 60661-3693 |
| 9 | TEL: (312) 902-5200; FAX: (312) 902-1061<br>TIMOTHY J. VEZEAU, *PRO HAC VICE* |
| 10 | timothy.vezeau@kattenlaw.com |
| 11 | **KEKER & VAN NEST LLP**<br>710 SANSOME STREET<br>SAN FRANCISCO, CA 94111 |
| 12 | TEL: (415) 391-5400; FAX: (415) 397-7188<br>ROBERT A. VAN NEST, BAR NO. 84065<br>rvannest@kvn.com |
| 13 | ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL<br>DEVICES ULC |
| 14 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**<br>STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE |
| 15 | PALO ALTO, CA 94304-1203<br>TEL: (650) 849-6600; FAX: (650) 849-6666<br>ROBERT F. MCCAULEY III, BAR NO. 162056 |
| 16 | robert.mccauley@finnegan.com |
| 17 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**<br>901 NEW YORK AVENUE, N.W.<br>WASHINGTON, D.C. 20001-4413 |
| 18 | TEL: (202) 408-4000; FAX: (202) 408-4400<br>J. MICHAEL JAKES, *PRO HAC VICE* |
| | mike.jakes@finnegan.com |
| 19 | |
| 20 | ATTORNEYS FOR DEFENDANTS, ABBOTT<br>CARDIOVASCULAR SYSTEMS, INC., ABBOTT<br>LABORATORIES, AND ABBOTT VASCULAR, INC. |
| 21 | **FISH & RICHARDSON PC**<br>225 FRANKLIN STREET |
| 22 | BOSTON, MA 02110-2804<br>TEL: (617) 542-5070; FAX: (617) 542-8906<br>FRANK E. SCHERKENBACH, BAR NO. 142549 |
| 23 | scherkenbach@fr.com |
| 24 | ATTORNEYS FOR COUNTERCLAIM-PLAINTIFF,<br>BOSTON SCIENTIFIC CORPORATION |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1
STIPULATION AND [PROPOSED] ORDER MOVING DEADLINES TO
SERVE FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS
CASE NO. 06-01066-PJH

|   |   |
|---|---|
| 1<br>2 | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br><br>    Defendants,<br><br>and<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC, and BOSTON SCIENTIFIC CORPORATION,<br><br>    Counterclaim-Plaintiffs,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>    Counterclaim-Defendants. | Case No. 06-01066-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MOVING DEADLINES TO SERVE FINAL INFRINGEMENT AND INVALIDITY CONTENTIONS** |

Plaintiffs and Counterclaim-Defendants, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC ("Plaintiffs"), and Defendants and Counterclaim-Plaintiffs, Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc., and Counterclaim-Plaintiff Boston Scientific Corporation (collectively, "Abbott Defendants/BSC") have agreed and stipulate as follows:

1. Under the Court's January 8, 2007 Stipulation and Order Setting Dates Through Trial and Patent Local Rule 3-6, Plaintiffs must serve any Final Infringement Contentions and Abbott Defendants/BSC must serve any Final Invalidity Contentions no later than 30 and 50

days after the Court's Claim Construction Ruling, respectively. With the Court's December 21, 2007 Order Construing Claims, these contentions are thus due no later than January 20, 2008 and February 9, 2008.

2. On January 7, 2008, the Court granted Plaintiffs' Motion for Leave to File a Motion for Reconsideration of the Court's Construction of the term "polygon." Abbott Defendants/BSC oppose the request for reconsideration, but as a courtesy have agreed to Plaintiffs' request that, subject to the Court's approval, the parties stipulate that Plaintiffs may serve any Final Infringement Contentions and Abbott Defendants/BSC may serve any Final Invalidity Contentions no later than 30 and 50 days respectively after the Court announces its decision on the Motion for Reconsideration.

Dated: January 17, 2008

**FOLEY & LARDNER LLP**

BY: /s/
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Dated: January 17, 2008

**KATTEN MUCHIN ROSENMAN LLP**

BY: /s/
Timothy J. Vezeau

Attorneys for Plaintiff evYsio Medical Devices ULC

| | |
|---|---|
| 1   Dated: January 17, 2008 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

Dated: January 17, 2008

BY: _____/s/_____
Michael A. Morin

Attorneys for Defendants Abbott Cardiovascular Systems, Inc. Abbott Laboratories, and Abbott Vascular, Inc.

Dated: January 17, 2008

**FISH & RICHARDSON P.C.**

BY: _____/s/_____
Elizabeth A. Brown

Attorneys for Counterclaim-Plaintiff Boston Scientific Corporation

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: January 18, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Phyllis
United