| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>TEL: (415) 434-4484; FAX: (415) 434-4507 |
| 2 | NANCY J. GEENEN, BAR NO. 135968<br>ngeenen@foley.com |
| 3 | **FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE 3800 |
| 4 | MILWAUKEE, WI 53202-5306<br>TEL: (414) 271-2400; FAX: (414) 297-4900<br>RICHARD S. FLORSHEIM, *PRO HAC VICE* |
| 5 | rflorsheim@foley.com |
| 6 | ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD. |
| 7 | **KATTEN MUCHIN ROSENMAN LLP**<br>525 WEST MONROE STREET |
| 8 | CHICAGO, IL 60661-3693<br>TEL: (312) 902-5200; FAX: (312) 902-1061<br>TIMOTHY J. VEZEAU, *PRO HAC VICE* |
| 9 | timothy.vezeau@kattenlaw.com |
| 10 | **KEKER & VAN NEST LLP**<br>710 SANSOME STREET<br>SAN FRANCISCO, CA 94111 |
| 11 | TEL: (415) 391-5400; FAX: (415) 397-7188<br>ROBERT A. VAN NEST, BAR NO. 84065 |
| 12 | rvannest@kvn.com |
| 13 | ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, | Case No. 06-1066-PJH |
| Plaintiffs, | **NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** |
| v. | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC., | |
| Defendants, | |
| and | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION, | |
| Counterclaim-Plaintiffs, | |
| v. | |

| | |
|---|---|
| 1 | MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, |
| 2 | |
| 3 | |
| 4 | Counterclaim-Defendants. |

Pursuant to Civil Local Rule 11-5(a), please take notice that David B. Moyer has resigned from his employment by the law firm of Foley & Lardner LLP and hereby withdraws as counsel for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. ("Medtronic Plaintiffs") in this action. Nancy J. Geenen of Foley & Lardner LLP, One Maritime Plaza, Sixth Floor, San Francisco, California 94111-3409, and Richard S. Florsheim of Foley & Lardner LLP, 777 East Wisconsin Avenue, Milwaukee, Wisconsin 53202-5306 will continue as counsel of record for Medtronic Plaintiffs.

DATED: January 17, 2008

By: ___/s/___
David B. Moyer

DATED: January 17, 2008          **FOLEY & LARDNER LLP**

By: ___/s/___
Kadie M. Jelenchick

## ORDER

IT IS SO ORDERED.

DATED: JAN 1 8 2008

_____
Phyllis J. Hamilton
United States District Judge

2

NOTICE OF WITHDRAWAL BY DAVID B. MOYER AND
[PROPOSED] ORDER PERMITTING WITHDRAWAL
Case No. 06-1066-PJH