| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| MEDTRONIC VASCULAR, INC., *et al.*, | No. C-06-1066 PHJ (EMC) |
| Plaintiffs, | |
| v. | **ORDER DENYING THIRD PARTIES' MOTION FOR A PROTECTIVE ORDER** |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., *et al.*, | **(Docket No. 290)** |
| Defendants. | |
| _____/ | |

Nonparty witnesses David Fischell, Robert Fischell, and Tim Fischell have asked for a telephone conference with the Court to resolve a dispute with Plaintiffs regarding the Fischells' depositions. The Court has received letters from both the Fischells as well as Plaintiffs' regarding the dispute. In essence, the Fischells ask the Court to issue a protective order barring Plaintiffs from subjecting them to separate depositions in this case and in a related case in the Eastern District of Texas.

The Court has reviewed both letters and deems a telephone conference unnecessary. As Plaintiffs point out, this Court has no authority to limit discovery in the Texas case. As to discovery in this case, the Fischells have not demonstrated that there is good cause to bar their depositions from going forward or to delay their depositions pending the decision of the Texas district court regarding Cordis's motion to transfer. *See* Fed. R. Civ. P. 26(c) (providing that "[a] court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense"). Given the scheduling of the case at bar and the length of its pendency before this Court, there is no substantial reason to delay the depositions herein.

To be sure, should Plaintiffs decline to coordinate unified depositions, they risk facing an argument of undue burden if and when the depositions are noticed in Judge Ward's case. But that would be a matter for Judge Ward to decide.

Accordingly, the Fischells' motion for a protective order is hereby **DENIED**.

This order disposes of Docket No. 290.

IT IS SO ORDERED.

Dated: January 22, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge