| | |
|---|---|
| 1 | FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. |
| 2 | 3300 Hillview Avenue <br> Palo Alto, California 94304 |
| 3 | Tel: (650) 849-6600; Fax: (650) 849-6666 <br> Robert F. McCauley III (Bar No. 162056) |
| 4 | robert.mccauley@finnegan.com |
| 5 | FINNEGAN, HENDERSON, FARABOW, <br>   GARRETT & DUNNER, L.L.P. |
| 6 | 901 New York Avenue, NW <br> Washington, DC 20001 |
| 7 | Tel: (202) 408-4000; Fax: (202) 408-4400 <br> J. Michael Jakes (pro hac vice) |
| 8 | mike.jakes@finnegan.com <br> Gerald F. Ivey (pro hac vice) |
| 9 | gerald.ivey@finnegan.com <br> Christine E. Lehman (pro hac vice) |
| 10 | christine.lehman@finnegan.com <br> Michael A. Morin (pro hac vice) |
| 11 | michael.morin@finnegan.com <br> James R. Barney (pro hac vice) |
| 12 | james.barney@finnegan.com |
| 13 | Attorneys for Defendants <br> Abbott Cardiovascular Systems Inc., |
| 14 | Abbott Laboratories, and Abbott Vascular, Inc. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC <br>     Plaintiffs/Counterclaim-Defendants <br><br> v. <br><br> ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC. <br>     Defendants/Counterclaim-Plaintiffs <br><br> and <br><br> BOSTON SCIENTIFIC CORPORATION <br>     Counterclaim-Plaintiff | CASE NO. 06-01066-PJH (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES THROUGH TRIAL** |

Following the Case Management Conference of January 31, 2008, Plaintiffs and Counterclaim-Defendants MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC ("Plaintiffs"), Defendants and Counterclaim-Plaintiffs ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC. ("Abbott") and Counterclaim-Plaintiff BOSTON SCIENTIFIC CORPORATION ("BSC") have agreed and stipulate to a case schedule through trial as follows:

| EVENT[1] | PROPOSED DEADLINE |
|---|---|
| Final Infringement Contentions | 3/3/2008 |
| Final Invalidity Contentions | 3/21/2008 |
| Willfulness: Defendants to Serve Those Documents Required by Patent L.R. 3-8 | 3/21/2008 |
| Commencement of Willfulness Discovery | 2/9/2008 |
| Close of Fact Discovery (except willfulness and damages fact discovery) | 5/9/2008 |
| Beginning of Expert Discovery[2] | 5/12/2008 |
| Expert Reports Regarding Issues on Which Party Bears the Burden of Proof (except willfulness and damages issues) | 5/12/2008 |
| Expert Reports Regarding Issues on Which Party Does NOT Bear the Burden of Proof | 6/9/2008 |
| Close of Expert Discovery (except willfulness and damages discovery) | 7/18/2008 |
| Close of Willfulness and Damages Fact Discovery | 7/18/2008 |
| Plaintiffs' Willfulness and Damages Expert Reports | 8/22/2008 |

---

[1] With the exception of the dispositive motion hearing date, asterisked dates have already been set by Court at the January 31, 2008 Conference. As for that hearing date, the Court indicated only that it would be held "by" the stated date. By this stipulation, the parties seek to have the hearing on the date indicated, and at the stated time.

[2] Expert discovery includes depositions of any fact witnesses relied upon by the experts, unless the witness is relied upon for information that was the subject of the witness' prior deposition

| EVENT[1] | PROPOSED DEADLINE |
|---|---|
| Defendants' <u>Willfulness and Damages</u> Expert Reports | 9/19/2008 |
| Close of <u>Willfulness and Damages</u> Expert Discovery | 10/15/2008 |
| Dispositive Motion Due Date | 7/18/2008 |
| Response to Dispositive Motions | 8/8/2008 |
| Reply to Dispositive Motions | 8/22/2008 |
| Oral Argument on Dispositive Motions | ~~9/10/2008~~* 9/17/2008 9:00 a.m. |
| Pretrial disclosures [FRCP 26(a)(3)] | 11/18/2008 |
| Objections Relating to Final Pretrial Disclosures [FRCP 26(a)(3)] | 12/3/2008 |
| Final pretrial conference | 12/18/2008 2:30 p.m.* |
| Trial (10 days) | 1/26/2009 8:30 a.m.* |

On February 12, 2008, Abbott filed a motion for leave to file a motion for reconsideration of the Court's claim construction. In the event the Court modifies its construction, Abbott may seek a reasonable modification to the above schedule that will not impact the trial date. Plaintiffs do not agree that any reconsideration or schedule modification is warranted and reserve their right to contest any future motion Abbott may make in that regard.

By his signature below, counsel for the Abbott Defendants attests that counsel for all parties concur in the filing of this stipulation.

| | | |
|---|---|---|
| Dated: February 14, 2008 | | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. |

By:     /s/
    Robert F. McCauley
    Attorneys for Defendants
    Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

Dated: February 14, 2008    FOLEY & LARDNER LLP

By:     /s/
    Cynthia J. Franecki
    Attorneys for Plaintiffs
    Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Dated: February 14, 2008    KATTEN MUCHIN ROSENMAN LLP

By:     /s/
    Timothy J. Vezeau
    Attorneys for Plaintiff
    evYsio Medical Devices ULC

Dated: February 14, 2008    FISH & RICHARDSON P.C.

By:     /s/
    Elizabeth A. Brown
    Attorneys for Counterclaim-Plaintiff
    Boston Scientific Corporation

**IT IS SO ORDERED**:

Dated: February 20, 2008

    Phyllis J. Hamilton
    United States District Judge

SEE CHANGED HEARING DATE.

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)*