**United States District Court**

For the Northern District of California

1

2

3                         UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8   MEDTRONIC VASCULAR INC,
    et al.,
9
                    Plaintiffs,                    No. C 06-1066 PJH
10
11          v.                                     **ORDER GRANTING SECOND
                                                   MOTION FOR LEAVE TO SEEK
    ADVANCED CARDIOVASCULAR                        RECONSIDERATION**
12  SYSTEMS, INC., et al.,

13                  Defendants.
    _____/
14

15          Before the court is defendants' request for leave to file a motion for reconsideration

16  – the second such motion received by the court regarding the court's December 21, 2007

17  order construing claims.  Defendants' motion seeks to have the court reconsider its

18  construction of the term "the polygon further comprises a first wall having a concave shape

19  and a second wall having a convex shape."

20          Having reviewed defendants' request, and in view of the court's recent order

21  granting plaintiffs' motion for reconsideration, the court hereby GRANTS defendants leave

22  to seek reconsideration.  The court furthermore construes defendants' request for leave as

23  stating an adequate basis for seeking reconsideration.  Pursuant to Civil Local Rule 7-9(d),

24  the court therefore instructs plaintiffs to file an opposition to defendants' request no later

25  than **March 3, 2008**.  Any reply brief shall be filed by defendants no later than **March 10,**

26  **2008**.  The opposition brief shall not exceed 10 pages, and the reply brief may not exceed 5

27  pages in length.

28          The court will thereafter take the matter under submission, and issue a ruling on the

papers.  No dates shall be stayed pending the court's consideration of the matter.

**IT IS SO ORDERED.**

Dated: February 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge