**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL: (650) 849-6600; FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL: (202) 408-4000; FAX: (202) 408-4400
J. MICHAEL JAKES, *PRO HAC VICE*
mike.jakes@finnegan.com
CHRISTINE E. LEHMAN, *PRO HAC VICE*
christine.lehman@finnegan.com
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>Defendants, | Case No. 06-01066-PJH (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT LETTER** |

and

ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION,

    Counterclaim-Plaintiffs,

v.

MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,

    Counterclaim-Defendants.

    Plaintiffs and Counterclaim-Defendants, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. ("Plaintiffs"), and Defendants and Counterclaim-Plaintiffs, Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. ("Defendants") have agreed and stipulate as follows, subject to approval by the Court:

    1.    In the Order dated April 24, 2008 (Docket No. 356), the Court instructed the parties to meet and confer regarding a possible agreement and resolution of Plaintiffs' motion for a protective order relating to communications with Dr. Ulrich Sigwart. The Court instructed the parties to meet and confer and to submit a joint letter regarding this issue no later than May 9, 2008. The parties have met and conferred in good faith and need additional time to discuss the issue further as an agreement has not yet been reached. In light of a pressing May 9, 2008, fact discovery deadline, and a May 21, 2008, due date for expert reports, the parties jointly request a two week extension of time so that they may continue to meet and confer regarding this matter. Accordingly, the parties seek an order permitting the joint letter to be submitted on or before May 23, 2008.

| | | |
|---|---|---|
| 1 | DATE: MAY 8, 2008 | **FOLEY & LARDNER LLP** |
| 2 | | |
| 3 | | BY: ____s/Rebecca Jan Pirozzolo-Mellowes____ |
| 4 | | Rebecca Jan Pirozzolo-Mellowes |
| 5 | | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |

DATE: MAY 8, 2008                                     **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**

BY:   ____s/Robert F. McCauley____
              Robert F. McCauley

Attorneys for Defendants
Abbott Cardiovascular Systems, Inc.,
Abbott Laboratories, and Abbott Vascular, Inc.

Concurrence in the filing of this document has been obtained from Robert F. McCauley, the signatory listed above.

DATE: MAY 8, 2008                                     **FOLEY & LARDNER LLP**

BY:   ____s/Rebecca Jan Pirozzolo-Mellowes____
              Rebecca Jan Pirozzolo-Mellowes

Attorneys for Plaintiffs Medtronic
Vascular, Inc., Medtronic USA, Inc.,
Medtronic, Inc., and Medtronic Vascular
Galway, Ltd.

1
2                              [PROPOSED] ORDER

3        PURSUAL TO STIPULATION, IT IS SO ORDERED.

4
   DATE:     May 12          , 2008
5                                           _____
                                            Edward M. Chen
6                                           United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*