**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR,
INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND
MEDTRONIC VASCULAR GALWAY, LTD.

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL: (650) 849-6600; FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL: (202) 408-4000; FAX: (202) 408-4400
J. MICHAEL JAKES, *PRO HAC VICE*
mike.jakes@finnegan.com
CHRISTINE E. LEHMAN, *PRO HAC VICE*
christine.lehman@finnegan.com
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT
CARDIOVASCULAR SYSTEMS, INC., ABBOTT
LABORATORIES, AND ABBOTT VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>            Plaintiffs,<br><br>      v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>            Defendants, | Case No. 06-01066-PJH (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT LETTER** |

MILW_6960292.1

and

ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION,

        Counterclaim-Plaintiffs,

    v.

MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,

        Counterclaim-Defendants.

Plaintiffs and Counterclaim-Defendants, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. ("Plaintiffs"), and Defendants and Counterclaim-Plaintiffs, Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. ("Defendants") have agreed and stipulate as follows, subject to approval by the Court:

In the Order dated April 24, 2008 (Docket No. 356), the Court instructed the parties to meet and confer regarding a possible agreement and resolution of Plaintiffs' motion for a protective order relating to communications with Dr. Ulrich Sigwart. The Court instructed the parties to meet and confer and to submit a joint letter regarding this issue no later than May 9, 2008. The parties met and conferred in good faith, and by stipulation requested that the Court continue the deadline for the joint letter to May 23, 2008, which the Court entered (Docket No. 363), and again to May 30, 2008. The parties have continued their negotiations in good faith, now have an agreed upon monitor checking conflicts, and request an additional week to further meet and confer in good faith in hopes of finalizing, if possible, an agreement. Accordingly, the parties seek an order permitting the joint letter to be submitted on or before June 6, 2008.

DATE: MAY 30, 2008                           **FOLEY & LARDNER LLP**

1

2

3                                            BY: _____s/ _____
                                                    Cynthia J. Franecki
4

5                                            Attorneys for Plaintiffs Medtronic
                                             Vascular, Inc., Medtronic USA, Inc.,
6                                            Medtronic, Inc., and Medtronic Vascular
                                             Galway, Ltd.
7

8  DATE: MAY 30, 2008                        **FINNEGAN, HENDERSON, FARABOW,**
                                             **GARRETT & DUNNER, L.L.P.**
9

10

11                                           BY: _____s/ _____
                                                    Robert F. McCauley
12

13                                           Attorneys for Defendants
                                             Abbott Cardiovascular Systems, Inc.,
                                             Abbott Laboratories, and Abbott Vascular,
14                                           Inc.

15

16      Concurrence in the filing of this document has been obtained from Robert F. McCauley,

17  the signatory listed above.

18  DATE: MAY 30, 2008                        **FOLEY & LARDNER LLP**

19

20

21                                           BY: _____s/ _____
                                                    Cynthia J. Franecki
22

23                                           Attorneys for Plaintiffs Medtronic
                                             Vascular, Inc., Medtronic USA, Inc.,
24                                           Medtronic, Inc., and Medtronic Vascular
                                             Galway, Ltd.

25

26

27

28

MILW_6960292.1

1

2 **[PROPOSED] ORDER**

3 PURSUANT TO STIPULATION, IT IS SO ORDERED

4

5 DATE: June 2          , 2008

6 _____
Edward M.
United Sta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4          STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE JOINT LETTER
CASE NO. C-06-01066-PJH (EMC)