**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR,
INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND
MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL
DEVICES ULC

(Additional counsel listed on last page)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, | Case No. 06-01066-PJH |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| v. | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC., | |
| Defendants, | |
| and | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION, | |
| Counterclaim-Plaintiffs, | |

v.

MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC., MEDTRONIC,
INC., MEDTRONIC VASCULAR GALWAY,
LTD., and EVYSIO MEDICAL DEVICES
ULC,

Counterclaim-Defendants.

Pursuant to Civil L.R. 6-1(b) and the Court's Case Management and Pretrial Order of February 21, 2008 ("Pretrial Order"), Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC (collectively "Plaintiffs"), and Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc., (collectively "Abbott Defendants") and Counterclaim-Plaintiff Boston Scientific Corporation ("BSC"), file this Stipulation and Proposed Order to Enlarge Dispositive Motion Briefing Schedule.  Specifically, the parties seek to extend the deadlines (1) for the Dispositive Motion Due Date from July 18, 2008, to July 31, 2008, (2) for the Response to Dispositive Motions from August 8, 2008, to August 20, 2008, and (3) for the Reply to Dispositive Motions from August 22, 2008, to September 3, 2008.

Plaintiffs and Abbott Defendants also seek to extend the date for the close of damages discovery between them from July 18, 2008 to August 1, 2008.

## I.      PRIOR MODIFICATIONS TO THE PRETRIAL ORDER AND REASONS FOR REQUESTED ENLARGEMENT

The parties presented scheduling proposals leading to the Pretrial Order, entered February 21, 2008.  Since that time the parties have worked cooperatively with regard to minor modifications to that Order, not otherwise affecting the trial date.

Under the Pretrial Order, the parties were to complete Expert Discovery (except on topics of willfulness and damages) by July 18, 2008.  Dispositive Motions were then due to be filed on

2

MILW_7228665.1

that same date, on July 18, 2008, with Responses and Replies to be filed on August 8 and August 22, 2008, respectively.  The parties have recently exchanged expert reports and are in the process of finalizing dates for 12 expert depositions.  However, given the narrow time frame and the experts' other obligations and limited availability, the parties will not be able to complete all expert depositions before July 18, 2008.  For example, and as explained in detail to Abbott Defendants and BSC, Plaintiffs' expert Professor Martin Rothman is not available to sit for deposition before July 28, 2008 due to his obligations to offer testimony in another matter in another country, as well as his obligations to his patients and the boards that he sits on.  Abbott Defendants and BSC assert a need to complete Professor Rothman's deposition before they can complete their dispositive motions.  Thus, all parties have stipulated and agreed to enlarge the dispositive motion briefing schedule as set forth herein, subject to the approval of this Court. Accordingly, the parties respectfully request that the Court enlarge the times set forth in the Pretrial Order to permit the following briefing schedule:

> Dispositive Motion Due Date -- July 31, 2008
>
> Response to Dispositive Motions -- August 20, 2008
>
> Reply to Dispositive Motions -- September 3, 2008.

## II.   EFFECT OF THE TIME MODIFICATION ON THE REMAINING SCHEDULE FOR THE CASE

The parties do not believe that the proposed change to the dispositive motion briefing schedule would require any change to the case schedule except possibly in relation to the Oral Argument on Dispositive Motions, presently scheduled for September 17, 2008 at 9:00 a.m. Under the proposed schedule, there would be 14 days between the date the replies are submitted and the hearing.  If the Court would prefer additional time to review the papers in advance of the hearing, the parties are amenable to moving the hearing to September 24, 2008 (21 days after reply and 124 days before trial).

The next scheduled event is November 18, 2008 (Pretrial disclosures).  The parties seek

3

MILW_7228665.1

no modification to the trial date.

## III.    EXTENSION OF DAMAGES DISCOVERY

Plaintiffs and the Abbott Defendants have agreed, subject to the Court's approval, to extend damages discovery from July 18, 2008 until August 1, 2008.  This will not affect any of the deadlines that involve the Court's participation, nor will it affect any of the current damages expert due dates.  Intervenor BSC has not agreed to and is not participating in this aspect of the extension.

## IV.    CONCLUSIONS

For the reasons stated herein, the parties respectfully request that the Court enter an Order pursuant to the foregoing stipulation.


DATE:  June 27, 2008                    **FOLEY & LARDNER LLP**


                                        By:  */s/ Cynthia J. Franecki* _____
                                             Cynthia J. Franecki

                                        Attorneys for Plaintiffs Medtronic Vascular, Inc.,
                                        Medtronic USA, Inc., Medtronic, Inc., and
                                        Medtronic Vascular Galway, Ltd.




DATE:  June 27, 2008                    **KATTEN MUCHIN ROSENMAN LLP**


                                        By:  */s/ Timothy J. Vezeau* _____
                                             Timothy J. Vezeau

                                        Attorneys for Plaintiff evYsio Medical Devices
                                        ULC

4

MILW_7228665.1

DATE:  June 27, 2008

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**


By: */s/ Robert F. McCauley* _____
      Robert F. McCauley

Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.


DATE:  June 27, 2008

**FISH & RICHARDSON P.C.**


By: */s/ Elizabeth A. Brown* _____
      Elizabeth A. Brown

Attorneys for Counterclaim-Plaintiff Boston Scientific Corporation

**Additional Counsel:**

Frank E. Scherkenbach (#142549/scherkenbach@fr.com)
Kurt L. Glitzenstein (pro hac vice/glitzenstein@fr.com)
Elizabeth A. Brown (#193540/brown@fr.com)
Adam J. Kessel (pro hac vice/kessel@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Phone: (617) 542-5070;  Fax: (617) 542-8906

Attorneys for Counterclaim-Plaintiff
BOSTON SCIENTIFIC CORPORATION

5

MILW_7228665.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:  7/3/08 _____

Phyllis J. Hamilton
United States

IT IS SO ORDERED

Judge Phyllis J. Hamilton

DISPOSITIVE MOTIONS HEARING
DATE IS MOVED TO 9/24/08 AT
9:00 A.M.

6

STIPULATION AND [PROPOSED] ORDER TO ENLARGE DISPOSITIVE
MOTION BRIEFING SCHEDULE
CASE NO. 06-01066-PJH

MILW_7228665.1

I hereby attest that concurrence in the filing of this document has been obtained from Cynthia J. Franecki, Timothy J. Vezeau, Robert F. McCauley, and Elizabeth A. Brown, the signatories listed above.

DATE:  June 27, 2008

By: */s/ Limin Zheng*
Limin Zheng (SBN 226875, zheng@fr.com)

FISH & RICHARDSON P.C.
500 Arguello Street
Redwood City, CA 94063
Tel: (650) 839-5107
Fax: (650) 839-5071

7

MILW_7228665.1