**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL:  (415) 434-4484; FAX:  (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL:  (414) 271-2400; FAX:  (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, COUNTERCLAIM-
DEFENDANTS, AND DEFENDANTS TO
COMPLAINT-IN-INTERVENTION, MEDTRONIC
VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC,
INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL:  (312) 902-5200; FAX:  (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL:  (415) 391-5400; FAX:  (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, COUNTERCLAIM
DEFENDANT AND DEFENDANT TO COMPLAINT-IN-
INTERVENTION, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL:  (650) 849-6600; FAX:  (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL:  (202) 408-4000; FAX:  (202) 408-4400
J. MICHAEL JAKES, *PRO HAC VICE*
mike.jakes@finnegan.com
CHRISTINE E. LEHMAN, *PRO HAC VICE*
christine.lehman@finnegan.com
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM
PLAINTIFFS, ADVANCED CARDIOVASCULAR
SYSTEMS, INC., ABBOTT LABORATORIES, AND
ABBOTT XYZ CORPORATION

1

**STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS ON MSJ**

MILW_2616473.1

1

**FISH & RICHARDSON PC**
225 FRANKLIN STREET
BOSTON, MA 02110-2804
TEL:  (617) 542-5070; FAX:  (617) 542-8906

2

FRANK E. SCHERKENBACH, BAR NO. 142549
scherkenbach@fr.com

3

ATTORNEYS FOR PLAINTIFF-INTERVENOR BOSTON
SCIENTIFIC CORPORATION

4

5

6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| 7  MEDTRONIC VASCULAR, INC.,<br>    MEDTRONIC USA, INC., MEDTRONIC,<br>8  INC., MEDTRONIC VASCULAR GALWAY,<br>    LTD., and EVYSIO MEDICAL DEVICES,<br>9  ULC,<br><br>10          Plaintiffs, Counterclaim<br>            Defendants, and Defendants to<br>11          Complaint-in-Intervention<br><br>12      v.<br><br>13 ABBOTT CARDIOVASCULAR SYSTEMS,<br>    INC., ABBOTT LABORATORIES, and<br>14 ABBOTT VASCULAR, INC.<br><br>15          Defendants and Counterclaim<br>            Plaintiffs<br>16 and<br><br>17 BOSTON SCIENTIFIC CORPORATION,<br>18          Plaintiff-Intervenor | Case No. 06-01066-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~]**<br>**ORDER REGARDING PAGE LIMITS ON**<br>**MOTIONS FOR SUMMARY JUDGMENT**<br> AS MODIFIED |

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS ON MSJ**

MILW_2616473.1

1        This is a patent case, involving numerous asserted claims from two patents and

2   numerous prior art references.  There are many issues for potential summary judgment that could

3   be case dispositive and/or that could substantially narrow the trial.  To avoid overlap and to

4   streamline the briefing, the parties believe that the Court and parties will benefit from each <u>side</u>

5   filing one joint motion for summary judgment.

6        For that reason, subject to Court approval, Plaintiffs and Counterclaim-

7   Defendants Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular

8   Galway, Ltd., and evYsio Medical Devices ULC ("Plaintiffs"), and Defendants and

9   Counterclaim-Plaintiffs Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott

10  Vascular, Inc. (collectively "Abbott"), and Plaintiff-Intervenor Boston Scientific Corporation

11  ("BSC") have agreed and stipulate as follows:

12       Abbott and BSC will file a joint motion for summary judgment of no more than

13  ~~40~~ 35 pages, and the Medtronic and Evysio Plaintiffs will similarly file a joint motion for summary

14  judgment of no more than ~~40~~ 35 pages.  Joint oppositions to those motions will be no more than ~~40~~ 35

15  pages, and joint replies will be no more than 20 pages.

16       Respectfully submitted,

17

18  DATED:  June 16, 2008                                       **FOLEY & LARDNER LLP**

19

20                                                        BY: _____s/ Cynthia J. Franecki_____
                                                             Cynthia J. Franecki
21
                                                             *Attorneys for Plaintiffs Medtronic*
22                                                           *Vascular, Inc., Medtronic USA, Inc.,*
                                                             *Medtronic, Inc., and Medtronic Vascular*
23                                                           *Galway, Ltd.*

24

25

26

27

28
                                        3
                                                        **STIPULATION AND [PROPOSED] ORDER**
                                                        **REGARDING PAGE LIMITS ON MSJ**

DATED:  June 16, 2008                          **KATTEN MUCHIN & ROSENMAN LLP**

BY: _____s/ Timothy J. Vezeau_____
              Timothy J. Vezeau

*Attorneys for Plaintiff evYsio Medical*
*Devices ULC*

DATED:  June 16, 2008                          **FINNEGAN, HENDERSON, FARABOW,**
                                                **GARRETT & DUNNER, LLP**

BY: _____s/ Robert F. McCauley_____
              Robert F. McCauley

*Attorneys for Defendants Abbott*
*Cardiovascular Systems, Inc. Abbott*
*Laboratories, and Abbott Vascular, Inc.*

DATED:  June 16, 2008                          **FISH & RICHARDSON P.C.**

BY: _____s/ Elizabeth A. Brown_____
              Elizabeth A. Brown

*Attorneys for Plaintiff Intervenor Boston*
*Scientific Corporation*

4

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING PAGE LIMITS ON MSJ**

MILW_2616473.1

1

## [~~PROPOSED~~] ORDER

2

3          PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO

ORDERED.   AS MODIFIED.

4

5

6    DATE: ___July 21_____, 2008

7                                                        

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        5
                              **STIPULATION AND [PROPOSED] ORDER**
                              **REGARDING PAGE LIMITS ON MSJ**