FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600; Fax:  (650) 849-6666
Robert F. McCauley III (Bar No. 162056)
robert.mccauley@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001
Tel:  (202) 408-4000; Fax: (202) 408-4400
Gerald F. Ivey (pro hac vice)
gerald.ivey@finnegan.com
Michael A. Morin (pro hac vice)
michael.morin@finnegan.com
James R. Barney (pro hac vice)
james.barney@finnegan.com

Attorneys for Defendants
Abbott Cardiovascular Systems Inc.,
Abbott Laboratories, and Abbott Vascular, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br>    Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br>    Defendants/Counterclaim-Plaintiffs<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION<br>    Counterclaim-Plaintiff | CASE NO. 06-01066 PJH (EMC)<br><br>**DECLARATION OF ROBERT F. MCCAULEY SUPPORTING ABBOTT AND BSC'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**<br><br>**Date: September 24, 2008**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 3**<br>**Judge: Honorable Phyllis J. Hamilton** |

I, ROBERT F. MCCAULEY, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a member of Finnegan, Henderson, Farabow, Garrett & Dunner L.L.P., counsel for Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc. in the above-entitled action. I am over the age of 18 years and if called as a witness, I would and could testify regarding the matters stated herein.

2. To the best of my knowledge and belief, attached hereto are true and correct copies of the following exhibits, which are being filed in support of Abbott And BSC's Motion For Summary Judgment Of Invalidity:

Ex. 1 - Excerpts from Fed. Trade Comm'n, *To Promote Innovation: The Proper Balance of Competition and Patent Law and Policy* (Oct. 2003)

Ex. 2 - Excerpts from the deposition of Roy Weinstein, Jul. 17, 2008 [designated HIGHLY CONFIDENTIAL by Plaintiffs]

Ex. 3 - Excerpts from lab notebook of Brian Brown [designated HIGHLY CONFIDENTIAL by Plaintiffs]

Ex. 4 - Plaintiffs' Second Supplemental Response to Defendants' Second Set of Interrogatories (NO. 6)

Ex. 5 - Peter N. Ruygrok, et al., *Intracoronary Stenting From Concept to Custom*, Circulation Vol. 94, No. 5 Sept. 1, 1996: 882-890

Ex. 6 - Ulrich Sigwart, M.D., *Ten Years of Stenting: What Next?*, Journal of Interventional Cardiology, Vol. 10, No. 3 1997: 195-205

Ex. 7 - John R. Allison and Mark A. Lemley, *Empirical Evidence on the Validity of Litigated Patents*, 26 AIPLA Q.J. 185, 205 (1998)

Ex. 8 - Stephen J. D. Brecker and Martin T. Rothman, *Implant Complications and Management*, Endoluminal Stenting (1996): Chapter 42, 296-305

Ex. 9 - US Patent No. 4,739,762

Ex. 10 - Excerpts from Handbook of Coronary Stents, 1st Edition (1997)

Ex. 11 - US Patent No. 4,800,882

1   MCCAULEY DECL. ISO DEFENDANTS' MTN FOR SUMMARY JUDGMENT OF INVALIDITY

Case No. 06-01066 PJH (PJH)

| | |
|---|---|
| 1 | Ex. 12 - K.A. Priestley, et al., *First Clinical Experience with a New Flexible Low Profile* |
| 2 | *Metallic Stent and Delivery System*, <u>European Heart Journal</u> 17 (1996): 438-444 |
| 3 | Ex. 13 - Excerpts from the deposition of Ian Penn, August 20 and 21, 2007 [designated |
| 4 | HIGHLY CONFIDENTIAL by Plaintiffs] |
| 5 | Ex. 14 - Excerpts from the deposition of Jeff Allen, May 7, 2008 [designated HIGHLY |
| 6 | CONFIDENTIAL by Plaintiffs] |
| 7 | Ex. 15 - US Patent No. 5,421,955 |
| 8 | Ex. 16 - Donald S. Baim, et al., "Final Results of a Randomized Trial Comparing the Multi- |
| 9 | Link Stent With the Palmaz-Schatz Stent for Narrowings in Native Coronary |
| 10 | Arteries." <u>The American Journal of Cardiology</u> 87 (2001): 157-162 |
| 11 | Ex. 17 - Richard R. Heuser, "The Multi-Link Stent: Another Good Idea." <u>Catheterization</u> |
| 12 | <u>and Cardiovascular Diagnosis</u>, 39 (1996): 420 |
| 13 | Ex. 18 - Excerpts from the deposition of Diem Ta, May 30, 2007 |
| 14 | Ex. 19 - US Patent No. 5,733,303 |
| 15 | Ex. 20 - US Patent No. 6,053,940 |
| 16 | Ex. 21 - US Patent No. 5,607,442 |
| 17 | Ex. 22 - Fischell Balloon Expandable Stent Design II (EVY060057 - EVY060058) |
| 18 | [designated OUTSIDE COUNSEL EYES ONLY by Plaintiffs] |
| 19 | Ex. 23 - Excerpts from the deposition of Donald Ricci, Aug. 16 and 17, 2007 [designated |
| 20 | HIGHLY CONFIDENTIAL by Plaintiffs] |
| 21 | Ex. 24 - Deposition Exhibit 36 from the deposition of Ian Penn, Aug. 21, 2007 |
| 22 | [designated HIGHLY CONFIDENTIAL by Plaintiffs] |
| 23 | Ex. 25 - US Patent No. 5,643,312 |
| 24 | Ex. 26 - US Patent No. 5,776,161 |
| 25 | Ex. 27 - US Patent No. 6,858,037 |
| 26 | Ex. 28 - Donald Ricci's Responses to Isostent's First Set of Form Interrogatories |
| 27 | from <u>Isostent, LLC v LPL Sys. Inc.</u>, No. 1-02-CV-804863 (Cal. Super. Ct.) |
| 28 | |

| | |
|---|---|
| 1 | Ex. 29 - Ian Penn's Responses to Isostent's First Set of Form Interrogatories from |
| 2 | <u>Isostent, LLC v LPL Sys. Inc.</u>, No. 1-02-CV-804863 (Cal. Super. Ct.) |
| 3 | Ex. 30 - Excerpts from the deposition of Gary S. Roubin, Jul. 23, 2004 [designated |
| 4 | CONFIDENTIAL by the defendants (LPL Sys, Divysio (now Evysio), |
| 5 | Biocompatibles Int'l, Biocompatibles Ireland in <u>Isostent, LLC v LPL Sys. Inc.</u>, No. |
| 6 | 1-02-CV-804863 (Cal. Super. Ct.))] |
| 7 | Ex. 31 - Request for *Ex Parte* Reexamination of US Patent No. 6,547,817, filed Dec. 22, |
| 8 | 2004 |
| 9 | Ex. 32 - Excerpts from the prosecution history of US Patent No. 6,858,037 |
| 10 | Ex. 33 - Excerpts from the trial transcript <u>Abbott Labs. Ltd., v. Evysio Med. Devices ULC</u>, |
| 11 | HC 06 C02439, Royal Courts of Justice, Strand, London (J. Kitchin) |
| 12 | Ex. 34 - Excerpts from the deposition of Professor Martin T. Rothman, Jul. 28, 2008 |
| 13 | [designated HIGHLY CONFIDENTIAL by Plaintiffs] |
| 14 | Ex. 35 - Plaintiffs' Responses to Abbott Defendants' Second Set of Requests for Admission |
| 15 | (Nos. 57 -390) |
| 16 | Ex. 36 - Excerpts from the American Heritage Dictionary (3d ed. 1993) |
| 17 | Ex. 37 - Excerpts from the Random House Webster's College Dictionary (2d. ed. 2000) |
| 18 | Ex. 38 - Excerpts from Merriam-Webster's Dictionary of English Usage (1994) |
| 19 | Ex. 39 - Excerpts from the Second Expert Report of Professor Martin T. Rothman |
| 20 | [designated CONFIDENTIAL by Plaintiffs] |
| 21 | Ex. 40 - Plaintiffs' Supplemental Responses to Interrogatory Nos. 16 and 17 as Amended by |
| 22 | Abbott Defendants |
| 23 | Ex. 41 - Excerpts from the expert deposition of Ian Penn, Jul. 24, 2008 |
| 24 | Ex. 42 - Excerpts from the prosecution history of US Patent No. 7,094,255 |
| 25 | Ex. 43 - Deposition Exhibit 51 from the deposition of Donald Ricci, Aug. 16, 2007 |
| 26 | [designated HIGHLY CONFIDENTIAL by Plaintiffs] |
| 27 | Ex. 44 - Errata sheet and signature page from the deposition of Donald Ricci, Aug. 16 and |
| 28 | 17, 2007 [designated HIGHLY CONFIDENTIAL by Plaintiffs] |

3  MCCAULEY DECL. ISO DEFENDANTS' MTN
FOR SUMMARY JUDGMENT OF INVALIDITY
Case No. 06-01066 PJH (PJH)

| | |
|---|---|
| 1 | Ex. 45 - Anoop Chauhan et al., *Trials of Angioplasty and Stents in Canada (TASC 1): Is stent |
| 2 | mania justified? A sobering insight from TASC 1*, in <u>Supplement to Circulation</u>, Vol. |
| 3 | 94, No. 8 (Oct. 15, 1996) |

Ex. 45 - Anoop Chauhan et al., *Trials of Angioplasty and Stents in Canada (TASC 1): Is stent mania justified? A sobering insight from TASC 1*, in <u>Supplement to Circulation</u>, Vol. 94, No. 8 (Oct. 15, 1996)

Ex. 46 - Excerpts from the deposition of Robert C. Eberhart, Jul. 16, 2008 [designated CONFIDENTIAL by Plaintiffs]

Ex. 47 - Excerpts from the deposition of Ian Sheffield, Jul. 15, 2008 [designated OUTSIDE COUNSEL EYES ONLY by Plaintiffs]

Ex. 48 - Excerpts from Expert Report of Dr. Robert Eberhart on Validity [designated CONFIDENTIAL by Plaintiffs]

Ex. 49 - Excerpts from the deposition of Richard Bauer, Aug. 8, 2007 [designated CONFIDENTIAL by Plaintiffs]

Ex. 50 - US Patent No. 7,094,255

Ex. 51 - Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories to Plaintiffs (Nos. 1-5)

Ex. 52 - Excerpts from First Expert Report of Professor Martin T. Rothman [designated HIGHLY CONFIDENTIAL by Plaintiffs]

Ex. 53 - Excerpts from the deposition of Andreina Gomez, May 31, 2007

Ex. 54 - Excerpts from Eric J. Topol, M.D., <u>Textbook of Interventional Cardiology</u> (2nd ed. 1994)

Ex. 55 - Plaintiffs' Supplemental Responses to Interrogatory Nos. 16 and 17 as Amended by Abbott Defendants

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed this 31st day of July, 2008, at Palo Alto, California.

                                                  /s/

                                           Robert F. McCauley