FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600; Fax:  (650) 849-6666
Robert F. McCauley III (Bar No. 162056)
robert.mccauley@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001
Tel:  (202) 408-4000; Fax: (202) 408-4400
J. Michael Jakes (pro hac vice)
mike.jakes@finnegan.com
Gerald F. Ivey (pro hac vice)
gerald.ivey@finnegan.com
Christine E. Lehman (pro hac vice)
christine.lehman@finnegan.com
Michael A. Morin (pro hac vice)
michael.morin@finnegan.com
James R. Barney (pro hac vice)
james.barney@finnegan.com

Attorneys for Defendants
Abbott Cardiovascular Systems Inc.,
Abbott Laboratories, and Abbott Vascular, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br>        Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br>        Defendants/Counterclaim-Plaintiffs<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION<br>        Counterclaim-Plaintiff | CASE NO. 06-01066-PJH (EMC)<br><br>**ABBOTT DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE UNDER SEAL, AND NONOPPOSITION TO PUBLICLY FILING EXS. 24-26 AND 36 TO MALANEY DECLARATION; [PROPOSED] ORDER** |

In response to Docket No. 399, Plaintiffs' administrative motion to file certain documents under seal in support of Plaintiffs' motion for summary judgment, Defendants Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc. do not oppose the public filing of Exhibits 24-26 and 36 of Docket No. 407, the Declaration of Kevin J. Malaney in Support of Plaintiffs' Motion for Summary Judgment.   These are the only exhibits previously designated as confidential by the Abbott Defendants that are at issue in Plaintiffs' motion to file under seal.

Dated:  August 5, 2008                                      Respectfully submitted,

                                          FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.

By:     /s/
      Robert F. McCauley

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. Michael Jakes (*pro hac vice*)
Christine E. Lehman (*pro hac vice*)
Michael A. Morin (*pro hac vice*)
James R. Barney (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Defendants,
 Abbott Cardiovascular Systems, Inc., Abbott
 Laboratories, And Abbott Vascular, Inc.

**[PROPOSED] ORDER**

Plaintiffs are ordered to publicly file Exhibits 24-26 and 36 of the Malaney Declaration in support of Plaintiffs' motion for summary judgment.

Dated: _____, 2008

_____
Phyllis J. Hamilton
United States Court District Judge