**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001
TEL: (202) 408-4000; FAX: (202) 408-4400
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304
TEL: (650) 849-6600; FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>        Plaintiffs,<br><br>   v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>        Defendants,<br><br>and<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, ABBOTT VASCULAR, INC., and BOSTON SCIENTIFIC CORPORATION,<br><br>        Counterclaim-Plaintiffs,<br><br>   v.<br><br>MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC,<br><br>        Counterclaim-Defendants. | Case No.  C-06-01066-PJH (EMC)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO EXTEND DAMAGES DISCOVERY** |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC (collectively, "Plaintiffs") and Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Abbott Defendants") have been diligently providing discovery related to alleged damages in this case.  As a result of the unavailability of several witnesses needed to testify regarding Plaintiffs' allegations of damages, however, Plaintiffs and the Abbott Defendants respectfully stipulate that, with the Court's permission, fact and expert discovery related to damages be extended between Plaintiffs and the Abbott Defendants as stated below, recognizing that **none of these proposed changes will affect the filing of dispositive motions (which were already filed on July 31, 2008), the trial date, or any other deadline ordered by the Court:**

The close of damages fact discovery be continued from August 1 to August 22, 2008;

The deadline for Plaintiffs' expert report on alleged damages be continued from August 22 to September 5, 2008;

The deadline for Abbott Defendants' responsive expert report on alleged damages be continued from September 19 to October 3, 2008;

The close of expert damages discovery will be continued from October 15 to October 29, 2008.

Respectfully submitted,

Dated:  August 6, 2008                                              **FOLEY & LARDNER LLP**

BY: s/ Linda E.B. Hansen
Linda E. B. Hansen

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

| | |
|---|---|
| Dated:  August 6, 2008 | **KATTEN MUCHIN ROSENMAN LLP** |
| | BY: s/ Timothy J. Vezeau_____<br>Timothy J. Vezeau |
| | Attorneys for Plaintiff evYsio Medical Devices ULC |
| Dated:  August 6, 2008 | **FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP** |
| | BY: s/ Robert F. McCauley_____<br>Robert F. McCauley |
| | Attorneys for Defendants, Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. |

Concurrence in the filing of this document has been obtained from Timothy J. Vezeau and Robert F. McCauley, the signatories listed above.

| | |
|---|---|
| Dated:  August 6, 2008 | **FOLEY & LARDNER LLP** |
| | BY: s/ Linda E. B. Hansen_____<br>Linda E. B. Hansen |
| | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:   AUGUST 11   , 2008

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)