**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, COUNTERCLAIM DEFENDANTS, AND DEFENDANTS TO COMPLAINT-IN-INTERVENTION, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF, COUNTERCLAIM DEFENDANT, AND DEFENDANT TO COMPLAINT-IN-INTERVENTION, EVYSIO MEDICAL DEVICES ULC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC,<br><br>  Plaintiffs, Counterclaim Defendants, and Defendants to Complaint-in-Intervention,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>  Defendants and Counterclaim Plaintiffs,<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>  Plaintiff-Intervenor. | Case No. 06-01066-PJH<br><br>**DECLARATION OF JAMES T. CARMICHAEL** |

1

1  I, James T. Carmichael, do hereby declare as follows:

2  1. I am the same James Carmichael who signed the Expert Report of James A. Carmichael dated June 20, 2008 ("Carmichael Report") in this action. I hereby incorporate the Carmichael Report and its corresponding exhibits by reference and attach them hereto as Exhibit 1. If called to testify at trial, I would testify in accordance with the contents of that report.

2. My background and qualifications are described in the curriculum vitae attached as Exhibit 3 to the Carmichael Report.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 19, 2008

James T. Carmichael

DECLARATION OF JAMES T. CARMICHAEL
CASE NO. 06-01066-PJH