UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., *et al.*, | No. C-06-1066 PJH (EMC) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART PLAINTIFFS' MOTION TO FILE UNDER SEAL** |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., *et al.*, | |
| Defendants. | **(Docket No. 487)** |
| _____/ | |

Medtronic has filed a motion asking that it be allowed to file under seal certain documents which have been designated highly confidential by Abbott. More specifically, Medtronic asks that the following documents be filed under seal: (1) Medtronic's motion to de-designate and (2) Exhibits A and D attached to the supporting Franecki declaration.

In response to Medtronic's motion, Abbott states that it has no opposition to Exhibit D being publicly filed. The Court therefore orders that Medtronic publicly file Exhibit D to the Franecki declaration within three days of this order.

As for Medtronic's motion and Exhibit A, the Court concludes that Abbott has sufficiently established good cause for purposes of filing under seal. Accordingly, the Court **GRANTS** in part Medtronic's motion to file under seal. The Clerk of the Court is directed to place under seal Medtronic's motion to de-designate as well as Exhibit A to the Franecki declaration. The Court notes that, in so ruling, it is not making any conclusion as to whether the document at issue in the

motion to de-designate (which is part of Exhibit A to the Franecki declaration) should ultimately be de-designated as requested by Medtronic.

IT IS SO ORDERED.

Dated: September 9, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge