FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304
Tel:  (650) 849-6600; Fax:  (650) 849-6666
Robert F. McCauley III (Bar No. 162056)
robert.mccauley@finnegan.com

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001
Tel:  (202) 408-4000; Fax: (202) 408-4400
J. Michael Jakes (pro hac vice)
mike.jakes@finnegan.com
Gerald F. Ivey (pro hac vice)
gerald.ivey@finnegan.com
Christine E. Lehman (pro hac vice)
christine.lehman@finnegan.com
Michael A. Morin (pro hac vice)
michael.morin@finnegan.com
James R. Barney (pro hac vice)
james.barney@finnegan.com

Attorneys for Defendants
Abbott Cardiovascular Systems Inc.,
Abbott Laboratories, and Abbott Vascular, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br><br>Defendants/Counterclaim-Plaintiffs<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION<br>Counterclaim-Plaintiff | CASE NO. 06-01066 PJH (EMC)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION TO MODIFY DATE AND TIME OF HEARING ON ABBOTT AND BSC'S MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL EXPERT REPORT OF DR. ROBERT EBERHART AND [P~~RO~~OPOSED] ORDER**<br><br>**Hearing Date:  September 24, 2008**<br>**Time:  10:30 a.m.**<br>**Place:  Courtroom C, 15th Floor**<br>**Judge:  Hon. Edward M. Chen** |

STIPULATION TO MODIFY HEARING DATE AND TIME
Case No. 06-01066 PJH (EMC)

v_7681020.1

1.      Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Defendants Advanced Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Defendants"), and Counterclaim Plaintiff Boston Scientific Corporation, by their undersigned attorneys, stipulate that, with the Court's permission, the date and time of the hearing on Defendants' and BSC's Motion to Strike Plaintiffs' Supplemental Expert Report of Dr. Robert Eberhart be moved back by two weeks to coincide with Plaintiffs' Plaintiffs' Motion to De-Designate AB0727117-122, currently scheduled for October 8, 2008 at 10:30 am. The briefing on this motion has been completed, and the move is requested as a matter of convenience to the parties, to minimize travel costs and to avoid a conflict presented by the summary judgment motion hearing, scheduled to occur in Judge Hamilton's court at 9:00 am on September 24, 2008.

By his signature below, counsel for Defendants attests that counsel for all parties concur in the filing of this stipulation.

Dated:  September 15, 2008                    **FOLEY & LARDNER LLP**

BY: _____/s/_____
       Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic
Vascular, Inc., Medtronic USA, Inc.,
Medtronic, Inc., and Medtronic Vascular
Galway, Ltd.

Dated: September 15, 2008                     **KATTEN MUCHIN & ROSENMAN LLP**

BY: _____/s/_____
       Timothy J. Vezeau

Attorneys for Plaintiff Evysio Medical
Devices ULC

1                    STIPULATION ALLOWING
                     EQUIPMENT IN THE COURTROOM
                     Case No. 06-01066-PJH

| | |
|---|---|
| Dated: September 15, 2008 | **FINNEGAN, HENDERSON, FARABOW, GARRETTT & DUNNER, LLP** |
| | BY: ____/s/_____<br>Robert F. McCauley III |
| | Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. |
| Dated: September 15, 2008 | **FISH & RICHARDSON P.C.** |
| | BY: ____/s/_____<br>Christopher Dillon |
| | Attorneys for Counterclaim Plaintiff Boston Scientific Corporation |

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The hearing on Defendants' and BSC's Motion to Strike Plaintiffs' Supplemental Expert Report of Dr. Robert Eberhart shall be heard on October 8, 2008 at 10:30 am, in Courtroom C, 15th Floor.

Dated: September 16, 2008

_____
United States Magistrate Judge Edward M. Chen