1  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
2  3300 Hillview Avenue
   Palo Alto, California  94304
3  Tel:  (650) 849-6600; Fax:  (650) 849-6666
   Robert F. McCauley III (Bar No. 162056)
4  robert.mccauley@finnegan.com

5  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
6  901 New York Avenue, NW
   Washington, DC  20001
7  Tel:  (202) 408-4000; Fax: (202) 408-4400
   J. Michael Jakes (pro hac vice)
8  mike.jakes@finnegan.com
   Gerald F. Ivey (pro hac vice)
9  gerald.ivey@finnegan.com
   Christine E. Lehman (pro hac vice)
10 christine.lehman@finnegan.com
   Michael A. Morin (pro hac vice)
11 michael.morin@finnegan.com
   James R. Barney (pro hac vice)
12 james.barney@finnegan.com

13 Attorneys for Defendants
   Abbott Cardiovascular Systems Inc.,
14 Abbott Laboratories, and Abbott Vascular, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br>        Plaintiffs/Counterclaim-Defendants<br><br>        v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br>        Defendants/Counterclaim-Plaintiffs<br><br>        and<br><br>BOSTON SCIENTIFIC CORPORATION<br>        Counterclaim-Plaintiff | CASE NO. 06-01066 PJH (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM**<br><br>Date:  September 24, 2008<br>Time:  9:00 a.m.<br>Judge:  Hon. Phyllis J. Hamilton<br>Courtroom:  3 |

STIPULATION ALLOWING
EQUIPMENT IN THE COURTROOM
Case No. 06-01066 PJH (EMC)

1  Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and Evysio Medical Devices ULC (collectively, "Plaintiffs"), and Defendants Advanced Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively, "Defendants"), and Counterclaim Plaintiff Boston Scientific Corporation, by their undersigned attorneys, stipulate that, with the Court's permission, the following equipment be allowed into the courtroom on September 23 (for set up) and 24, 2008 (for the hearing on the parties' motions for summary judgment):

1. Laptop Computers
2. One (1) Projector
3. Several cords, connections and demonstrative exhibit boards.

By his signature below, counsel for Defendants attests that counsel for all parties concur in the filing of this stipulation.

Dated:  September 15, 2008           **FOLEY & LARDNER LLP**


                                      BY: ____/s/_____
                                              Cynthia J. Franecki

                                      Attorneys for Plaintiffs Medtronic
                                      Vascular, Inc., Medtronic USA, Inc.,
                                      Medtronic, Inc., and Medtronic Vascular
                                      Galway, Ltd.

Dated: September 15, 2008            **KATTEN MUCHIN & ROSENMAN LLP**


                                      BY: _____/s/_____
                                              Timothy J. Vezeau

                                      Attorneys for Plaintiff Evysio Medical
                                      Devices ULC

| | | |
|---|---|---|
| 1 | Dated: September 15, 2008 | **FINNEGAN, HENDERSON, FARABOW,** |
| 2 | | **GARRETTT & DUNNER, LLP** |

BY: _____/s/_____
   Robert F. McCauley III

Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

Dated: September 15, 2008            **FISH & RICHARDSON P.C.**

BY: ____/s/_____
   Christopher Dillon

Attorneys for Counterclaim Plaintiff Boston Scientific Corporation

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The parties may bring the equipment identified above into Court on September 23, 2008, at a reasonable time as the parties may arrange with the Deputy Clerk, to set up the equipment in advance of and use at the hearing on September 24, 2008.

Dated:  9/16/08  _____

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*