1  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, 6TH FLOOR
2  SAN FRANCISCO, CA 94111-3409
   TEL:  (415) 434-4484; FAX:  (415) 434-4507
   NANCY J. GEENEN, BAR NO. 135968
3  ngeenen@foley.com

4  **FOLEY & LARDNER LLP**
   777 EAST WISCONSIN AVENUE, SUITE 3800
   MILWAUKEE, WI 53202-5306
5  TEL:  (414) 271-2400; FAX:  (414) 297-4900
   RICHARD S. FLORSHEIM, *PRO HAC VICE*
   rflorsheim@foley.com
6
   ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC.,
7  MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC
   VASCULAR GALWAY, LTD.

8  **KATTEN MUCHIN ROSENMAN LLP**
   525 WEST MONROE STREET
   CHICAGO, IL 60661-3693
9  TEL:  (312) 902-5200; FAX:  (312) 902-1061
   TIMOTHY J. VEZEAU, *PRO HAC VICE*
   timothy.vezeau@kattenlaw.com
10 MICHAEL A. DORFMAN, *PRO HAC VICE*
   michael.dorfman@kattenlaw.com

11 **KEKER & VAN NEST LLP**
   710 SANSOME STREET
12 SAN FRANCISCO, CA 94111
   TEL:  (415) 391-5400; FAX:  (415) 397-7188
   ROBERT A. VAN NEST, BAR NO. 84065
13 rvannest@kvn.com
   LEO L. LAM, BAR NO. 181861
14 llam@kvn.com

15 ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES
   ULC

16 **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
   STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
   PALO ALTO, CA 94304-1203
17 TEL:  (650) 849-6600; FAX:  (650) 849-6666
   ROBERT F. MCCAULEY III, BAR NO. 162056
   robert.mccauley@finnegan.com
18 LILY LIM, BAR NO. 214536
   lily.lim@finnegan.com

19 **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
   901 NEW YORK AVENUE, N.W.
   WASHINGTON, D.C. 20001-4413
20 TEL:  (202) 408-4000; FAX:  (202) 408-4400
   J. MICHAEL JAKES, *PRO HAC VICE*
21 mike.jakes@finnegan.com
   CHRISTINE E. LEHMAN, *PRO HAC VICE*
   christine.lehman@finnegan.com
22 MICHAEL A. MORIN, *PRO HAC VICE*
   michael.morin@finnegan.com

23 ATTORNEYS FOR DEFENDANTS, ABBOTT
   CARDIOVASCULAR SYSTEMS, INC., ABBOTT
24 LABORATORIES, AND ABBOTT VASCULAR, INC.

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br><br>Plaintiffs, Counterclaim Defendants, and Defendants to Complaint-in-Intervention<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br><br>Defendants and Counterclaim Plaintiffs<br><br>and<br><br>BOSTON SCIENTIFIC CORPORATION<br><br>Plaintiff-Intervenor | CASE NO. 06-01066-PJH (EMC)<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO FILE UNDER SEAL; [P~~ROPOSED~~] ORDER** |

Under Civil L.R. 79-5, today is the date for responses to Plaintiffs' Motion For Administrative Relief Pursuant To L.R. 7-11 And 79-5 To File Under Seal Certain Portions Of Plaintiffs' Response To Abbott And BSC's Motion For Summary Judgment Of Invalidity And Exhibits To The Declarations Regarding The Same (Dkt. No. 465, "Plaintiffs' Motion to Seal"). **The Abbott Defendants hereby request an additional week (until September 3, 2008) for the Abbott Defendants (and affected third parties) to review and potentially de-designate the more than 40 exhibits and documents previously designated confidential by Abbott and third parties and now at issue in Plaintiffs' Motion to Seal**. The Abbott Defendants believe that this will ultimately simplify and streamline matters for the Court and parties, and Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. ("Plaintiffs") have agreed to Abbott's request, subject to this Court's approval. The requested extension will not otherwise affect the schedule for this case.

By his signature below, counsel for the Abbott Defendants affirms under penalty of perjury that counsel for Plaintiffs concurred in the filing of this document.

DATE: August 27, 2008                                           **FOLEY & LARDNER LLP**

                                                  BY: _____s/_____
                                                         Kadie M. Jelenchick

                                                  Attorneys for Plaintiffs Medtronic
                                                  Vascular, Inc., Medtronic USA, Inc.,
                                                  Medtronic, Inc., and Medtronic Vascular
                                                  Galway, Ltd.

DATE: August 27, 2008                             **FINNEGAN, HENDERSON, FARABOW,**
                                                  **GARRETT & DUNNER, L.L.P.**

                                                  BY: _____s/_____
                                                         Robert F. McCauley

                                                  Attorneys for Defendants
                                                  Abbott Cardiovascular Systems, Inc.,
                                                  Abbott Laboratories, and Abbott Vascular,
                                                  Inc.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: September 17, 2008

                                                  _____
                                                  Phyllis J. Hamilton
                                                  United States

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

491619_1.DOC                       2                STIPULATION TO EXTEND TIME TO RESPOND TO
                                                    PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
                                                    Case No. C-06-01066 PJH (EMC)