1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL:  (415) 434-4484; FAX:  (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL:  (414) 271-2400; FAX:  (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR,
INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND
MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL:  (312) 902-5200; FAX:  (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL:  (415) 391-5400; FAX:  (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com
ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL
DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL:  (650) 849-6600; FAX:  (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL:  (202) 408-4000; FAX:  (202) 408-4400
J. MICHAEL JAKES, *PRO HAC VICE*
mike.jakes@finnegan.com
CHRISTINE E. LEHMAN, *PRO HAC VICE*
christine.lehman@finnegan.com
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com
ATTORNEYS FOR DEFENDANTS, ADVANCED
CARDIOVASCULAR SYSTEMS, INC., ABBOTT
LABORATORIES, AND ABBOTT XYZ CORPORATION

**FISH & RICHARDSON PC**
225 FRANKLIN STREET
BOSTON, MA 02110-2804
TEL:  (617) 542-5070; FAX:  (617) 542-8906
FRANK E. SCHERKENBACH, BAR NO. 142549
scherkenbach@fr.com
ATTORNEYS FOR PLAINTIFF-INTERVENOR AND
DEFENDANT, BOSTON SCIENTIFIC CORPORATION

1

STIPULATION AND [PROPOSED] ORDER
SETTING FORTH SCHEDULE

MILW_7747113.3

1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

3
4
5

MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC., MEDTRONIC,
INC., MEDTRONIC VASCULAR GALWAY,
LTD., and EVYSIO MEDICAL DEVICES,
ULC,

Case No. 06-01066-PJH (EMC)

**STIPULATION AND [~~PROPOSED~~]**
**ORDER SETTING FORTH SCHEDULE**

6
7

Plaintiffs, Counterclaim
Defendants, and Defendants to
Complaint-in-Intervention,

8

v.

9
10

ABBOTT CARDIOVASCULAR SYSTEMS,
INC., ABBOTT LABORATORIES, and
ABBOTT VASCULAR, INC.,

11
12

Defendants and Counterclaim
Plaintiffs,

13

and

14

BOSTON SCIENTIFIC CORPORATION,

15

Plaintiff-Intervenor. and
Defendant

16
17
18
19
20
21
22

Plaintiffs and Counterclaim-Defendants, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC ("Plaintiffs"), and Defendants and Counterclaim-Plaintiffs, Abbott Cardiovascular Systems, Inc., Abbott Laboratories, Abbott Vascular, Inc., and Boston Scientific Corporation ("Defendants") have agreed and stipulate to the schedule set forth below, which includes dates set by the Amended Case Management and Pretrial Order, dated September 4, 2008.

23
24
25

By her signature below, counsel for Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. attests that counsel for all parties concur in the filing of this stipulation.

| | |
|---|---|
| Close of damages fact discovery | November 21, 2008 |
| Plaintiffs' Damages Expert Report | December 19, 2008 |

26
27
28

2

MILW_7747113.3

| | |
|---|---|
| Defendants' Damages Expert Reports | January 30, 2009 |
| Close of Damages Expert Discovery | February 20, 2009 |
| Damages Dispositive Motion Filing | March 4, 2009 |
| Response to Damages Dispositive Motions | March 18, 2009 |
| Reply to Damages Dispositive Motions | March 25, 2009 |
| Hearing on Damages Dispositive Motions | April 8, 2009 (Previously ordered by Court) |
| Supplementation of Unit Sales and Revenue Data Through March, 2009 | April 17, 2009 |
| Supplementation of Exhibits to Expert Damage Reports with New Sales Data | May 8, 2009 |
| Pretrial Disclosures | June 9, 2009 |
| Objections to Pretrial Disclosures | June 23, 2009 |
| Final Pretrial Conference | July 9, 2009 (Previously ordered by Court) |
| Trial | July 27, 2009 (Previously ordered by Court) |

DATED:  October 15, 2008                             FOLEY & LARDNER LLP


                                                  BY: s/Linda E.B. Hansen
                                                      Linda E.B. Hansen

                                                  *Attorneys for Plaintiffs Medtronic
                                                  Vascular, Inc., Medtronic USA, Inc.,
                                                  Medtronic, Inc., and Medtronic Vascular
                                                  Galway, Ltd.*

3

MILW_7747113.3

1  DATED:  October 15, 2008                                KATTEN MUCHIN & ROSENMAN LLP

2

3

4                                         BY: s/Timothy J. Vezeau
                                              Timothy J. Vezeau

5                                         Attorneys for Plaintiff evYsio Medical
6                                         Devices ULC

7  DATED:  October 15, 2008                                FINNEGAN, HENDERSON, FARABOW,
                                                           GARRETT & DUNNER, LLP
8

9

10                                        BY: s/Robert McCauley
                                              Robert McCauley
11

12                                        Attorneys for Defendants Abbott
                                          Cardiovascular Systems, Inc., Abbott
                                          Laboratories, and Abbott Vascular, Inc.
13

DATED:  October 15, 2008                                FISH & RICHARDSON P.C.
14

15

16                                        BY: s/Christopher Dillon
                                              Christopher Dillon
17

18                                        Attorneys for Defendant Boston Scientific
                                          Corporation
19

20

21                                   **[~~PROPOSED~~] ORDER**

22               Pursuant to the stipulation of the parties, it is SO ORDERED.

23

24  DATE:  10/22/08               _____
                                   Phyllis J. Hamilton
25                                 United States District Judge

26

27

28                                                                    4