| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409 |
| 2 | TEL: (415) 434-4484; FAX: (415) 434-4507<br>NANCY J. GEENEN, BAR NO. 135968 |
| 3 | ngeenen@foley.com |
| 4 | **FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE 3800<br>MILWAUKEE, WI 53202-5306 |
| 5 | TEL: (414) 271-2400; FAX: (414) 297-4900<br>RICHARD S. FLORSHEIM, *PRO HAC VICE* |
| 6 | rflorsheim@foley.com |
| 7 | ATTORNEYS FOR PLAINTIFFS, COUNTERCLAIM<br>DEFENDANTS, AND DEFENDANTS TO COMPLAINT-IN-<br>INTERVENTION, MEDTRONIC VASCULAR, INC.,<br>MEDTRONIC USA, INC., MEDTRONIC, INC., AND |
| 8 | MEDTRONIC VASCULAR GALWAY, LTD. |
| 9 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**<br>STANFORD RESEARCH PARK, 3300 HILLVIEW AVENUE<br>PALO ALTO, CA 94304-1203 |
| 10 | TEL: (650) 849-6600; FAX: (650) 849-6666<br>ROBERT F. MCCAULEY III, BAR NO. 162056<br>robert.mccauley@finnegan.com |
| 11 | LILY LIM, BAR NO. 214536<br>lily.lim@finnegan.com |
| 12 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**<br>901 NEW YORK AVENUE, N.W.<br>WASHINGTON, D.C. 20001-4413 |
| 13 | TEL: (202) 408-4000; FAX: (202) 408-4400<br>J. MICHAEL JAKES, *PRO HAC VICE* |
| 14 | mike.jakes@finnegan.com<br>CHRISTINE E. LEHMAN, *PRO HAC VICE*<br>christine.lehman@finnegan.com |
| 15 | MICHAEL A. MORIN, *PRO HAC VICE*<br>michael.morin@finnegan.com |
| 16 | ATTORNEYS FOR DEFENDANTS AND COUNTERCLAIM<br>PLAINTIFFS, ABBOTT CARDIOVASCULAR<br>SYSTEMS, INC., ABBOTT LABORATORIES, AND<br>ABBOTT VASCULAR, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC, | Case No. 06-01066-PJH (EMC)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME** |
| Plaintiffs, Counterclaim Defendants, and Defendants to Complaint-in-Intervention, | |
| v. | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC., | |
| Defendants and Counterclaim Plaintiffs, | |

1
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME
CASE NO. 06-01066-PJH (EMC)

MILW_7825633.1

| | |
|---|---|
| 1 | and |
| 2 | BOSTON SCIENTIFIC CORPORATION, |
| 3 | Plaintiff-Intervenor. and Counterclaim Defendant. |
| 4 | |

On October 31, 2008, Plaintiffs, Counterclaim Defendants, and Defendants to Complaint-in-Intervention, Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. (collectively "Medtronic Plaintiffs") moved for an order compelling Defendants and Counterclaim Plaintiffs Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively "Abbott Defendants") to respond to damages fact discovery served by Medtronic Plaintiffs. (Dkt. # 554.) The hearing on this motion is noticed for December 10, 2008, allowing Abbott Defendants until November 19, 2008, to file and serve any opposition under the Local Rules, and Medtronic Plaintiffs until November 26, 2008, to file and serve a reply.

There is a dispute between Medtronic Plaintiffs and Abbott Defendants as to whether damages fact discovery between those parties is closed. Abbott Defendants believe that it closed on August 22, 2008 (Dkt. # 426), while Medtronic Plaintiffs believe that it is open until November 21, 2008 (Dkt. # 550). Given Medtronic Plaintiffs' position that the close of damages fact discovery is set for November 21, 2008, twenty days before the noticed motion date, Medtronic Plaintiffs requested that Abbott Defendants agree to an expedited hearing and an accelerated briefing time-table in an effort to minimize possible modifications to the Court's current schedule. Abbott Defendants do not believe that there is good cause to shorten time or that such measures are necessary, but have agreed to Medtronic Plaintiffs' request as a professional courtesy (and provided the Court agrees).

There have been no previous time modifications related to this motion.

Accordingly, as shown by their signatures below, Medtronic Plaintiffs and Abbott Defendants hereby stipulate, with the Court's permission, to shorten time as follows:

|   | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Abbott Defendants' Opposition | November 19, 2008 | November 12, 2008 |
| Medtronic Plaintiffs' Reply | November 26, 2008 | November 14, 2008, by 12 p.m. (PST) |
| Hearing | December 10, 2008 | November 19, 2008 |

By her signature below, counsel for Medtronic Plaintiffs attests that counsel for Abbott Defendants concurs in the filing of this stipulation.

Dated: November 5, 2008

**FOLEY & LARDNER LLP**

By: <u>s/Kadie M. Jelenchick</u>
Kadie M. Jelenchick

Attorneys for Plaintiffs, Counterclaim Defendants, and Defendants to Complaint-in-Intervention Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Dated: November 5, 2008

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

By: <u>s/Robert F. McCauley</u>
Robert F. McCauley

Attorneys for Defendants and Counterclaim Plaintiffs Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 5, 2008

_____
Edward M. Chen
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen