**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, COUNTERCLAIM DEFENDANTS,
DEFENDANTS TO COMPLAINT-IN-INTERVENTION, AND
COUNTERCLAIM PLAINTIFFS MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC
VASCULAR, GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF, COUNTERCLAIM DEFENDANT,
DEFENDANT TO COMPLAINT-IN-INTERVENTION, AND
COUNTERCLAIM PLAINTIFF evYsio MEDICAL DEVICES ULC

**FISH & RICHARDSON P.C.**
225 FRANKLIN STREET
BOSTON, MA 02110-2804
TEL: (617) 542-5070; FAX: (617) 542-8906
FRANK E. SCHERKENBACH, BAR NO. 142549
scherkenbach@fr.com
KURT L. GLITZENSTEIN, *PRO HAC VICE*
glitzenstein@fr.com
ELIZABETH A. BROWN, BAR NO. 193540
Elizabeth.brown@fr.com
CHRISTOPHER R. DILLON, *PRO HAC VICE*
Dillon@fr.com
ADAM J. KESSEL, *PRO HAC VICE*
kessel@fr.com

**FISH & RICHARDSON P.C.**
500 ARGUELLO STREET, SUITE 500
REDWOOD CITY, CA 94063
TEL: (650) 839-5070; FAX: (650) 839-5071
LIMIN ZHENG
zheng@fr.com

ATTORNEYS FOR PLAINTIFF-INTERVENOR AND COUNTERCLAIM
DEFENDANT BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC, | Case No. 06-01066-PJH |
| Plaintiffs, Counterclaim Defendants, Defendants to Complaint-In-Intervention, and Counterclaim Plaintiffs, | **STIPULATED DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC., | |
| Defendants and Counterclaim Plaintiffs, | |
| and | |

1  BOSTON SCIENTIFIC CORPORATION,

2       Plaintiff-Intervenor and
        Counterclaim Defendant.
3

4          WHEREAS, the parties hereto, Plaintiffs/Counterclaim Defendants/Defendants to

5  Complaint-In-Intervention/Counterclaim Plaintiffs Medtronic Vascular, Inc., Medtronic USA,

6  Inc., Medtronic, Inc., Medtronic Vascular, Galway, Ltd., and evYsio Medical Devices ULC,

7  (collectively, "Plaintiffs") and Plaintiff-Intervenor/Counterclaim Defendant Boston Scientific

8  Corporation ("BSC"), have agreed to stipulate to the dismissal without prejudice of the claims and

9  counterclaims relating to the allegations by and against BSC;

10         WHEREAS, the stipulation in no way limits the Plaintiffs' freedom to bring or continue an

11  action or to assert claims with respect to products made or sold by any party other than BSC and,

12  specifically, does not limit in any way the Plaintiffs' freedom to bring or continue this action

13  asserting claims against the Abbott defendants for infringement of the patents-in-suit by making,

14  providing, transferring or selling the Promus stent to or for the benefit of BSC;

15         NOW, THEREFORE, Plaintiffs and BSC hereby stipulate, through their respective

16  undersigned counsel, that all claims and counterclaims by and against BSC in this action,

17  including any counterclaims against BSC and claims asserted by BSC in this action, shall be

18  dismissed without prejudice.  Each party shall bear its own costs and fees.

19                                          Respectfully submitted,

20
21  Date:  January 29, 2009                 **FOLEY & LARDNER LLP**

22                                          By:  s/ Jeffrey N. Costakos
23                                               Jeffrey N. Costakos

24                                          Attorneys for Plaintiffs, Counterclaim
                                            Defendants, Defendants to Complaint-In-
25                                          Intervention, and Counterclaim Plaintiffs
                                            Medtronic Vascular, Inc., Medtronic USA,
26                                          Inc., Medtronic, Inc., and Medtronic Vascular
                                            Galway, Ltd.
27

28

                                    2

Date:  January 29, 2009

**KATTEN MUCHIN ROSENMAN LLP**


By:  s/ Timothy J. Vezeau
     Timothy J. Vezeau


Attorneys for Attorneys for Plaintiff,
Counterclaim Defendant, Defendant to
Complaint-In-Intervention, and Counterclaim
Plaintiff evYsio Medical Devices ULC


Date:  January 29, 2009

**FISH AND RICHARDSON P.C.**


By:  s/ Christopher R. Dillon
     Christopher R. Dillon


Attorneys for Plaintiff-Intervenor and
Counterclaim Defendant Boston Scientific
Corporation


Concurrence in the filing of this document has been obtained from Christopher R. Dillon, the signatory listed above.


Date:  January 29, 2009

**FOLEY & LARDNER LLP**


By:  s/ Jeffrey N. Costakos
     Jeffrey N. Costakos


Attorneys for Plaintiffs, Counterclaim
Defendants, Defendants to Complaint-In-
Intervention, and Counterclaim Plaintiffs
Medtronic Vascular, Inc., Medtronic USA,
Inc., Medtronic, Inc., and Medtronic Vascular
Galway, Ltd.

3

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Date: __1/30/09_____

6

Honorabl̶e̶
United̶

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



STIPULATED DISMISSAL AND [PROPOSED] ORDER
CASE NO. 06-01066-PJH