UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC VASCULAR INC., et al.,

    Plaintiffs,

    v.

ADVANCED CARDIOVASCULAR SYSTEMS, INC., et al.,

    Defendants.
_____/

No. C 06-1066 PJH

**NOTICE OF CORRECTION**

The court hereby corrects and amends its February 6, 2009 order granting summary judgment in part and denying summary judgment in part, as follows:

Page 40, lines 4-5 should read "Declaration of Kadie M. Jelenchick ISO Plaintiffs' Response to Defendants' Motions, Exs. 2, 5, 10, 16, 18, 27 at AB0546158-AB0546173" in lieu of "Declaration of Kadie M. Jelenchick ISO Plaintiffs' Response to Defendants' Motions, Exs. 2, 5, 10, 16, 18, 58 at AB0546158-AB0546173."

**IT IS SO ORDERED.**

Dated: February 6, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge