| | |
|---|---|
| **FOLEY & LARDNER LLP**<br>ONE MARITIME PLAZA, 6TH FLOOR<br>SAN FRANCISCO, CA 94111-3409<br>TEL: (415) 434-4484; FAX: (415) 434-4507<br>NANCY J. GEENEN, BAR NO. 135968<br>ngeenen@foley.com<br><br>**FOLEY & LARDNER LLP**<br>777 EAST WISCONSIN AVENUE, SUITE 3800<br>MILWAUKEE, WI 53202-5306<br>TEL: (414) 271-2400; FAX: (414) 297-4900<br>RICHARD S. FLORSHEIM, *PRO HAC VICE*<br>rflorsheim@foley.com<br><br>ATTORNEYS FOR PLAINTIFFS MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 WEST MONROE STREET<br>CHICAGO, IL 60661-3693<br>TEL: (312) 902-5200; FAX: (312) 902-1061<br>TIMOTHY J. VEZEAU, *PRO HAC VICE*<br>timothy.vezeau@kattenlaw.com<br><br>**KEKER & VAN NEST LLP**<br>710 SANSOME STREET<br>SAN FRANCISCO, CA 94111-1704<br>TEL: (415) 391-5400; FAX: (415) 397-7188<br>ROBERT A. VAN NEST, BAR NO. 84065<br>rvannest@kvn.com<br><br>ATTORNEYS FOR PLAINTIFF EVYSIO MEDICAL DEVICES ULC | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**<br>STANFORD RESEARCH PARK<br>3300 HILLVIEW AVENUE<br>PALO ALTO, CA 94304-1203<br>TEL: (650) 849-6600; FAX: (650) 849-6666<br>ROBERT F. MCCAULEY III, BAR NO. 162056<br>robert.mccauley@finnegan.com<br><br>**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**<br>901 NEW YORK AVENUE, N.W.<br>WASHINGTON, D.C. 2001-4413<br>TEL: (202) 408-4000; FAX: (202) 408-4400<br>MICHAEL A. MORIN, *PRO HAC VICE*<br>michael.morin@finnegan.com<br><br>ATTORNEYS FOR DEFENDANTS ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>Defendants. | Case No. 06-01066-PJH (EMC)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING THE TIME TO FILE AN OPPOSITION AND REPLY TO ABBOTT DEFENDANTS' MOTION FOR RECONSIDERATION** |

Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC ("Plaintiffs") and Defendants Abbott

Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. ("Defendants") have agreed and stipulate as follows, subject to approval by the Court:

In the Order dated February 24, 2009 (Dkt. # 713), the Court instructed Plaintiffs to file an opposition to Defendants' request for reconsideration no later than March 6, 2009. In this same Order, the Court also instructed Defendants to file any reply brief no later than March 13, 2009. (*Id.* at 2.)

Given the press of other activities, including the March 4, 2009 damages dispositive motion deadline, and subject to the Court's approval, Plaintiffs requested and Defendants agreed to a one-week extension of these deadlines. Accordingly, the parties seek an order permitting the opposition to be filed no later than March 13, 2009, and any reply to be filed no later than March 20, 2009.

Respectfully submitted,

Date:  March 3, 2009           **FOLEY & LARDNER LLP**

By:  s/ Kadie M. Jelenchick
Kadie M. Jelenchick

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Date:  March 3, 2009           **KATTEN MUCHIN ROSENMAN LLP**

By:  s/ Timothy J. Vezeau
Timothy J. Vezeau

Attorneys for Plaintiff evYsio Medical Devices ULC

Date:  March 3, 2009           **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**

By:  s/ Michael A. Morin
Michael A. Morin

Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

1  Concurrence in the filing of this document has been obtained from Michael A. Morin, the
2  signatory listed above.

3  Date:  March 3, 2009                                **FOLEY & LARDNER LLP**

4

5  By:  s/ Kadie M. Jelenchick
       Kadie M. Jelenchick

6  Attorneys for Plaintiffs Medtronic Vascular, Inc.,
   Medtronic USA, Inc., Medtronic, Inc., and Medtronic
7  Vascular Galway, Ltd.

1  [~~PROPOSED~~] **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5  Date: __3/6/09_____

6  

   Judge Phyllis J. Hamilton