**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL:  (415) 434-4484; FAX:  (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL:  (414) 271-2400; FAX:  (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL:  (312) 902-5200; FAX:  (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL:  (415) 391-5400; FAX:  (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK,
3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL:  (650) 849-6600
FAX:  (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL:  (202) 408-4000
FAX:  (202) 408-4400
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com
JAMES R. BARNEY, *PRO HAC VICE*
james.barney@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br><br>Defendants/Counterclaim-Plaintiffs | CASE NO. 06-01066-PJH (EMC)<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSES TO MOTIONS TO SEAL; [~~PROPOSED~~] ORDER** |

1  The parties stipulate, with the Court's permission, to extend by one week (until March 18,
2  2009) their respective times to respond to motions to seal, as explained below.
3  On Wednesday, March 4, 2009, the parties each filed motions for summary judgment that
4  included documents marked confidential by the other party(ies) and which were submitted for
5  potential filing under seal.  Dkt Nos. 719 (Costakos Decl. Exs. 1-4) and 724 (McCauley Decl. Exs.
6  A-C).  Under Civil L.R. 79-5(d), each party has until Wednesday, March 11 to file (or not)
7  declarations establishing that the designated confidential information is sealable.  Because, however,
8  the in-house Abbott counsel responsible for this litigation is traveling abroad, Abbott's litigation
9  counsel asked Medtronic to agree to extend by one week the deadline for filing supporting
10 declarations under Civil L.R. 79-5(b).  Medtronic agreed, and Abbott has agreed to extend the same
11 professional courtesy to Medtronic.
12 Accordingly, Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc.,
13 Medtronic Vascular Galway, Ltd., and EvYsio Medical Devices, ULC ("Plaintiffs") and Defendants
14 Abbott Cardiovascular Systems Inc., Abbott Laboratories, and Abbott Vascular, Inc.
15 stipulate, subject to this Court's approval, to extend their respective dates to file any responsive,
16 supporting declarations until March 18, 2009.
17 By his signature below, counsel for Abbott affirms under penalty of perjury that counsel for
18 Plaintiffs concurred in the filing of this document.

19 DATE:  March 9, 2009                                      **FOLEY & LARDNER LLP**

                                                            BY: _____s/_____
                                                                 Jeffrey N. Costakos

                                                            Attorneys for Plaintiffs Medtronic
                                                            Vascular, Inc., Medtronic USA, Inc.,
                                                            Medtronic, Inc., and Medtronic Vascular
                                                            Galway, Ltd.

| | |
|---|---|
| DATE: March 9, 2009 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.** |
| | BY: _____s/_____<br>      Robert F. McCauley |
| | Attorneys for Defendants<br>Abbott Cardiovascular Systems, Inc.,<br>Abbott Laboratories, and Abbott Vascular, Inc. |
| DATE: March 9, 2009 | **KATTEN, MUCHIN, ROSENMAN, LLP** |
| | BY: _____s/_____<br>      Timothy J. Vezeau |
| | Attorneys for Plaintiff, Evysio Medical Devices ULC |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:  March 16           , 2009

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA