**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK
3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL: (650) 849-6600; FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 2001-4413
TEL: (202) 408-4000; FAX: (202) 408-4400
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com

ATTORNEYS FOR DEFENDANTS ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>Defendants. | Case No. 06-01066-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE THE DAMAGES DISPOSITIVE MOTION BRIEFING SCHEDULE** |

Pursuant to Civil L.R. 6-1(b), Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular Galway, Ltd., and evYsio Medical Devices ULC

1  ("Plaintiffs") and Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. ("Defendants") file this Stipulation and Proposed Order to Enlarge the Damages Dispositive Motion Briefing Schedule.  Specifically, subject to approval by the Court, the parties have agreed and stipulate to extend the deadlines (1) for the Responses to Damages Dispositive Motions from March 18, 2009 to March 20, 2009; and (2) for the Replies to Damages Dispositive Motions from March 25, 2009 to March 27, 2009.  The parties do not believe that these proposed changes will affect the April 8, 2009 hearing date on the Damages Dispositive Motions previously set by the Court.  (*See* Am. Case Mgmt. & Pretrial Order, Dkt. # 507 at 1; Stip. & Order Setting Forth Schedule, Dkt. # 550, at 3.)

Mr. David Brown, an employee of Abbott, is identified by Abbott as a potential witness and submitted a declaration in support of Defendants' Motion for Summary Judgment that Plaintiffs May Not Recover Lost Profits Damages on Certain Stent Sales (Dkt. # 722), which was filed on March 4, 2009.  Plaintiffs requested to take his deposition on March 9, 2009, but given the short time frame, Mr. Brown could not be made available to sit for his deposition until March 17, 2009, one day before the current deadline for Plaintiffs to respond to Defendants' Motion.  Thus, recognizing that Plaintiffs' Opposition Brief would be due only one day after the deposition of Mr. Brown and as a courtesy to Plaintiffs, Defendants proposed (for Plaintiffs' convenience) and Plaintiffs agreed to extend the briefing schedule by two days, subject to the approval of the Court.  Accordingly, the parties seek an order permitting the Responses to Damages Dispositive Motions to be filed no later than March 20, 2009, and the Replies to Damages Dispositive Motions to be filed no later than March 27, 2009.

Respectfully submitted,

Date:  March 13, 2009        **FOLEY & LARDNER LLP**

By:  s/ Kadie M. Jelenchick
Kadie M. Jelenchick

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

Date:  March 13, 2009                    **KATTEN MUCHIN ROSENMAN LLP**

                                         By:  s/ Timothy J. Vezeau
                                              Timothy J. Vezeau

                                         Attorneys for Plaintiff evYsio Medical Devices ULC

Date:  March 13, 2009                    **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**

                                         By:  s/ D. Brian Kacedon
                                              D. Brian Kacedon

                                         Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

   Concurrence in the filing of this document has been obtained from D. Brian Kacedon, the signatory listed above.

Date:  March 13, 2009                    **FOLEY & LARDNER LLP**

                                         By:  s/ Kadie M. Jelenchick
                                              Kadie M. Jelenchick

                                         Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 03/16/09

_____
Honorable Phyllis J. Hamilton
United States District Judge

