UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC VASCULAR INC.,
et al.,

        Plaintiffs,

        v.

ADVANCED CARDIOVASCULAR SYSTEMS, INC., et al.,

        Defendants.
_____/

No. C 06-1066 PJH

**ORDER CONTINUING HEARING DATE**

The parties recently filed a stipulation requesting enlargement of the damages dispositive briefing schedule, which the court granted earlier today. In order to ensure that the court has adequate time to prepare for the dispositive motion hearing once briefing is complete (the stipulation did not provide for additional court preparation time), the court hereby CONTINUES the hearing on the parties' cross-motions for summary judgment on damages, previously set for hearing on April 8, 2009 at 9:00 a.m., to April 15, 2009, at 9:00 a.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: March 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge