**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KATTEN MUCHIN ROSENMAN LLP**
525 WEST MONROE STREET
CHICAGO, IL 60661-3693
TEL: (312) 902-5200; FAX: (312) 902-1061
TIMOTHY J. VEZEAU, *PRO HAC VICE*
timothy.vezeau@kattenlaw.com
MICHAEL A. DORFMAN, *PRO HAC VICE*
michael.dorfman@kattenlaw.com

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK,
3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL: (650) 849-6600
FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL: (202) 408-4000
FAX: (202) 408-4400
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com
JAMES R. BARNEY, *PRO HAC VICE*
james.barney@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br><br>Defendants/Counterclaim-Plaintiffs | CASE NO. 06-01066-PJH (EMC)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION TO SHORTEN TIME; [PR~~OP~~OSED] ORDER** |

1    Trial in this patent case is scheduled to begin on July 27, 2009, less than three months from
2 today.  A discovery dispute has arisen concerning "CAD" (computed aided design) files of the
3 accused infringing products and the Supplemental Expert Report of Dr. Robert Eberhart on
4 Infringement ("Supplemental Report") served last Friday, April 24, 2009.  The parties disagree about
5 whether the CAD files were timely produced and whether the Supplemental Report is proper under
6 Fed. R. Civ. P. 26(e).  The parties met and conferred and were unable to resolve the dispute (for
7 reasons that will be explained in their papers), and Abbott plans to file a motion to strike the
8 Supplemental Report.

9    **Abbott's Position:**  In brief, it is Abbott's position that the CAD files were timely and
10 appropriately produced more than one year ago, when Abbott produced them in hard/printed form
11 during fact discovery.  On February 23, 2009, it is Abbott's position that for the first time, Plaintiffs
12 counsel asked that Abbott produce the CAD files in native form.  Abbott's counsel produced the
13 requested native CAD files by Federal Express the very next day (February 24, 2009).  As will be
14 explained in Abbott's motion to strike, Abbott does not believe that the Supplemental Report is
15 proper.

16    **Plaintiffs' Position:**  Plaintiffs dispute that Abbott's February 2009 production was timely as
17 these CAD files were specifically requested nearly three years ago, on June 20, 2006.  Follow-up on
18 this request culminated in a letter from Abbott's counsel on April 7, 2008, just prior to the initial
19 expert report deadlines, indicating that Abbott had produced all available material responsive to
20 Plaintiffs' request.  At that point, no CAD files had been produced.  Subsequently, on February 17,
21 2009, in a deposition of an Abbott employee on an unrelated issue, Plaintiffs discovered that CAD
22 files of the accused infringing products did in fact still exist and were easily accessible.  Only then,
23 after Plaintiffs again requested them, did Abbott produce the CAD files.  Given this newly produced,
24 additional information regarding the accused infringing products that was not otherwise made known
25 during discovery, Plaintiffs' position is that they properly supplemented Dr. Eberhart's Infringement
26 Report under Rule 26(e).

27    Because trial is scheduled to begin in less than three months, the parties agree that it would
28 be best to have this dispute decided on an expedited basis, provided the Court agrees.  For these

1  reasons, the parties stipulate that, with the Court's permission, Abbott's motion to strike the

2  Supplemental Report be briefed and heard on shortened time, according to the following schedule:

3      May 1, 2009 (tomorrow)    Abbott files motion to strike the Supplemental Report

4      May 8, 2009    Plaintiffs file opposition brief

5      May 13, 2009    Abbott files reply brief

6      May 20, 2009    Hearing on Abbott's motion.

7      By his signature below, counsel for Abbott affirms under penalty of perjury that counsel for

8  the Medtronic Plaintiffs concurred in the filing of this document.

9  DATE:  April 30, 2009    **FOLEY & LARDNER LLP**

10

11

12      BY: _____s/_____
    Cynthia J. Franecki

13      Attorneys for Plaintiffs Medtronic
    Vascular, Inc., Medtronic USA, Inc.,
14      Medtronic, Inc., and Medtronic Vascular
    Galway, Ltd.
15

16  DATE:  April 30, 2009    **FINNEGAN, HENDERSON, FARABOW,**
    **GARRETT & DUNNER, L.L.P.**
17

18

19      BY: _____s/_____
    Robert F. McCauley
20

21      Attorneys for Defendants
    Abbott Cardiovascular Systems, Inc.,
    Abbott Laboratories, and Abbott Vascular,
22      Inc.

23

24

25

26

27

28

1 **[PROPOSED] ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 DATE:     May 1         , 2009

5                                            _____
                                             Edward M. Chen
6                                            United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*