UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC VASCULAR, INC.,

      Plaintiff,

      v.

ABBOTT CARDIOVASCULAR SYSTEMS, INC.,

      Defendant.
_____/

No. C-06-01066 PJH (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for May 21, 2009 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **June 17, 2009 at 9:30 a.m**.

Any updates to the parties' Settlement Conference statements shall be submitted no later than June 10, 2009. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated:  May 19, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge