**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE, SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com
LEO L. LAM, BAR NO. 181861
llam@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK,
3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL: (650) 849-6600
FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL: (202) 408-4000
FAX: (202) 408-4400
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com
JAMES R. BARNEY, *PRO HAC VICE*
james.barney@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC. MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES ULC<br><br>Plaintiffs/Counterclaim-Defendants<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.<br><br>Defendants/Counterclaim-Plaintiffs | CASE NO. 06-01066-PJH (EMC)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION TO SHORTEN TIME; [PROPOSED] ORDER** |

Trial in this patent case is scheduled to begin on July 27, 2009, and the final pretrial conference is July 9, 2009.

Abbott filed a *Daubert* motion seeking to preclude the expert testimony of Dr. David Ku. This motion is scheduled to be heard on July 9, during the final pretrial conference. In connection

1 with Plaintiffs' Opposition to Abbott Defendants' motion, which is due to the Court on Thursday, June 18, 2009, Dr. David Ku prepared a declaration. It is Plaintiffs' position that this declaration does not contain information not otherwise made known to Abbott, but out of an abundance of caution, and pursuant to Fed. R. Civ. P. 26(e)(2), Plaintiffs served this declaration as a "supplement" on Tuesday, June 9, 2009. It is Abbott's position that the Ku Declaration, which specifically states that it was submitted "to supplement [Dr. Ku's] previous expert report" and contains 18 new paragraphs never addressed in his prior report, is an improper attempt to file a new report on the eve of trial.

On Wednesday, June 10, 2009, Abbott asked Plaintiffs to meet and confer, but due to the press of other pretrial obligations, Plaintiffs' counsel were unable to schedule a time until yesterday afternoon. The parties met and conferred yesterday afternoon and were unable to resolve the dispute (for reasons that will be explained in their papers). Abbott is drafting a motion to strike the Supplemental Report.

Because trial is scheduled to begin on July 27, and the final pretrial conference is scheduled for July 9, the parties agree that (provided the Court agrees) it would be best to have this dispute decided on an expedited basis and, if possible, before the final pretrial conference. For these reasons, the parties stipulate that, with the Court's permission, Abbott's motion to strike the Supplemental Report be briefed and heard on shortened time, according to the following schedule:

| | |
|---|---|
| Friday, June 19, 2009 | Abbott files motion to strike the Supplemental Report |
| Friday, June 26, 2009 | Plaintiffs file opposition brief |
| By 10:00 a.m. Wednesday, July 1, 2009 | Abbott files reply brief |
| July 8, 2009  at 3:00 p.m. | Hearing on Abbott's motion |

By his signature below, counsel for Abbott affirms under penalty of perjury that counsel for the Medtronic Plaintiffs concurred in the filing of this document.

| | |
|---|---|
| DATE: June 17, 2009 | **FOLEY & LARDNER LLP** |
| | BY: _____s/_____<br>Jeffrey N. Costakos |
| | Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd. |
| DATE: June 17, 2009 | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.** |
| | BY: _____s/_____<br>Robert F. McCauley |
| | Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. |

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE:        June 18        , 2009

_____
Edward M. Chen
United States...

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*