| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST–#84065<br>rvannest@kvn.com<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Tel:  (415) 391-5400<br>Fax: (415) 397-7188<br><br>Attorneys for Plaintiff<br>EVYSIO MEDICAL DEVICES ULC<br><br>FOLEY & LARDNER LLP<br>NANCY J. GEENEN–135968<br>ngeenen@foley.com<br>One Maritime Plaza, 6th Floor<br>San Francisco, CA 94111-3409<br>Tel:  (415) 434-4484<br>Fax: (415) 434-4507<br><br>FOLEY & LARDNER LLP<br>RICHARD S. FLORSHEIM--pro hac vice<br>rflorsheim@foley.com<br>777 East Wisconsin Avenue, Suite 3800<br>Milwaukee, WI 53202-5306<br>Tel:  (414) 271-2400<br>Fax: (414) 297-4900<br><br>Attorneys for Plaintiffs<br>MEDTRONIC VASCULAR, INC.,<br>MEDTRONIC USA, INC., MEDTRONIC,<br>INC., and MEDTRONIC VASCULAR<br>GALWAY, LTD. | FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER LLP<br>ROBERT F. McCAULEY III–#162056<br>robert.mccauley@finnegan.com<br>LILY LIM–#214536<br>lily.lim@finnegan.com<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>Tel:  (650) 849-6600<br>Fax: (650) 849-6666<br><br>FINNEGAN, HENDERSON, FARABOW,<br>    GARRETT & DUNNER LLP<br>MICHAEL A. MORIN–*pro hac vice*<br>michael.morin@finnegan.com<br>JAMES R. BARNEY–*pro hac vice*<br>james.barney@finnegan.com<br>Tel:  (202) 408-4000<br>Fax: (202) 408-4400<br><br>Attorneys for Defendants<br>ABBOTT CARDIOVASCULAR SYSTEMS,<br>INC., ABBOTT LABORATORIES, and<br>ABBOTT VASCULAR, INC. |

FILED
JUL 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC.,<br>MEDTRONIC USA, INC., MEDTRONIC,<br>INC., MEDTRONIC VASCULAR<br>GALWAY, LTD., and EVYSIO MEDICAL<br>DEVICES ULC,<br><br>                              Plaintiffs,<br><br>     v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS,<br>INC., ABBOTT LABORATORIES, and<br>ABBOTT VASCULAR, INC.<br><br>                              Defendants. | Case No. 06-01066 PJH (EMC)<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER ALLOWING EQUIPMENT IN<br>THE COURTROOM**<br><br>Judge: Phyllis J. Hamilton |

---

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING EQUIPMENT IN THE COURTROOM
445416.02                   CASE NO. 06-01066 PJH (EMC)

1  Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic
2  Vascular Galway, Ltd., and Evysio Medical Devices ULC (collectively, 'Plaintiffs'), and
3  Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.
4  (collectively, 'Defendants'), by their undersigned attorneys, stipulate that, with the Court's
5  permission, the following equipment be allowed into the courtroom on July 24, 2009 (for set up)
6  and from July 27-August 11, 2009 (for trial):

7      1.    Laptop Computers
8      2.    Two (2) Computer Monitors
9      3.    One (1) Projector
10     4.    One (1) Projection Screen
11     5.    One (1) Projector Stand
12     6.    One (1) Desktop ELMO/Visualizer
13     7.    One (1) Pair of Speakers
14     8.    One (1) Table
15     9.    Two (2) Printers
16     10.    Six (6) Carts
17     11.    One (1) Easel
18     12.    Several cords, connections, and demonstrative exhibit boards.

Dated: July 16, 2009                                      KEKER & VAN NEST LLP

                                          By: /s/ Robert A. Van Nest
                                              Robert A. Van Nest
                                              Attorneys for Plaintiff
                                              EVYSIO MEDICAL DEVICES ULC

---

1

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING EQUIPMENT IN THE COURTROOM
445416.02                              CASE NO. 06-01066 PJH

Dated: July 16, 2009                    FOLEY & LARDNER LLP

By: */s/ Cynthia J. Franecki*
Cynthia J. Franecki
Attorneys for Plaintiffs
MEDTRONIC VASCULAR, INC.,
MEDTRONIC USA, INC., MEDTRONIC,
INC., and MEDTRONIC VASCULAR
GALWAY, LTD.

Dated: July 16, 2009                    FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.

By: */s/ Robert F. McCauley*
Robert F. McCauley
Attorneys for Defendants
ABBOTT CARDIOVASCULAR
SYSTEMS, INC., ABBOTT
LABORATORIES, and ABBOTT
VASCULAR, INC.

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, the parties may bring the equipment identified above into Court on July 24, 2009, at a reasonable time as the parties may arrange with the Deputy Clerk, to set up the equipment in advance of trial and from July 27-August 11, 2009 for use at trial.

IT IS SO ORDERED.

Dated: 7/17/09

PHYLLIS J. HAMILTON
United States District Judge