**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, 6TH FLOOR
SAN FRANCISCO, CA 94111-3409
TEL: (415) 434-4484; FAX: (415) 434-4507
NANCY J. GEENEN, BAR NO. 135968
ngeenen@foley.com

**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE,
SUITE 3800
MILWAUKEE, WI 53202-5306
TEL: (414) 271-2400; FAX: (414) 297-4900
RICHARD S. FLORSHEIM, *PRO HAC VICE*
rflorsheim@foley.com
JEFFREY N. COSTAKOS, *PRO HAC VICE*
jcostakos@foley.com
CYNTHIA J. FRANECKI, *PRO HAC VICE*
cfranecki@foley.com

ATTORNEYS FOR PLAINTIFFS, MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., AND MEDTRONIC VASCULAR GALWAY, LTD.

**KEKER & VAN NEST LLP**
710 SANSOME STREET
SAN FRANCISCO, CA 94111
TEL: (415) 391-5400; FAX: (415) 397-7188
ROBERT A. VAN NEST, BAR NO. 84065
rvannest@kvn.com

ATTORNEYS FOR PLAINTIFF, EVYSIO MEDICAL DEVICES ULC

**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP**
STANFORD RESEARCH PARK,
3300 HILLVIEW AVENUE
PALO ALTO, CA 94304-1203
TEL: (650) 849-6600
FAX: (650) 849-6666
ROBERT F. MCCAULEY III, BAR NO. 162056
robert.mccauley@finnegan.com
LILY LIM, BAR NO. 214536
lily.lim@finnegan.com

**FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP**
901 NEW YORK AVENUE, N.W.
WASHINGTON, D.C. 20001-4413
TEL: (202) 408-4000
FAX: (202) 408-4400
GERALD F. IVEY, *PRO HAC VICE*
gerald.ivey@finnegan.com
MICHAEL A. MORIN, *PRO HAC VICE*
michael.morin@finnegan.com
JAMES R. BARNEY, *PRO HAC VICE*
james.barney@finnegan.com

ATTORNEYS FOR DEFENDANTS, ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, AND ABBOTT VASCULAR, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., MEDTRONIC USA, INC., MEDTRONIC, INC., MEDTRONIC VASCULAR GALWAY, LTD., and EVYSIO MEDICAL DEVICES, ULC,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT CARDIOVASCULAR SYSTEMS, INC., ABBOTT LABORATORIES, and ABBOTT VASCULAR, INC.,<br><br>Defendants. | Case No. 06-01066-PJH<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, all of the parties hereto including Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., Medtronic Vascular, Galway, Ltd., and evYsio Medical Devices ULC, (collectively, "Plaintiffs") and Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc. (collectively

1  "Defendants") hereby stipulate to a dismissal of this entire action including all claims,

2  counterclaims and defenses of any kind.  The parties further stipulate that this dismissal is with

3  prejudice and with each party bearing its own costs and fees, including attorney fees.

4                                            Respectfully submitted,

5  Date:  July 27, 2009                    **FOLEY & LARDNER LLP**

7                                          By:  s/ Cynthia J. Franecki
8                                                 Cynthia J. Franecki

10  Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

11  Date:  July 27, 2009                    **KEKER & VAN NEST LLP**

14  By:  s/ Robert A. Van Nest
      Robert A. Van Nest

16  Attorneys for Plaintiff evYsio Medical Devices ULC

17  Date:  July 24, 2009                  **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP**

20  By:  s/Robert F. McCauley III
      Robert F. McCauley III

23  Attorneys for Defendants Abbott Cardiovascular Systems, Inc., Abbott Laboratories, and Abbott Vascular, Inc.

Concurrence in the filing of this document has been obtained from the signatories listed above.

Date:  July 27, 2009

**FOLEY & LARDNER LLP**

By: s/ Cynthia J. Franecki
Cynthia J. Franecki

Attorneys for Plaintiffs Medtronic Vascular, Inc., Medtronic USA, Inc., Medtronic, Inc., and Medtronic Vascular Galway, Ltd.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  7/27/09

Honorable Phyllis J. Hamilton
Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

3

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. 06-01066-PJH

MILW_9115148.1