IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC VASCULAR INC., et al., | No. C 06-1066 PJH |
| Plaintiffs, | **ORDER** |
| v. | |
| ABBOTT CARDIOVASCULAR SYSTEMS, INC., et al., | |
| Defendants. | |

Because the parties agreed to settle this case after jury selection had commenced, the Court assesses jury costs equally against the parties for July 22, 2009. Those fees total $2,705.50, as reflected on Exhibit A to this order. Said costs are payable forthwith to the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: 7/28/09

Phyllis J. Hamilton
United States District Judge

COST ASSESSMENT BILL
Medtronic Vascular v. Abbott Cardiovascular Systems
No. C 06-1066 PJH

| ATTENDANCE DATE | ATTTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | TOTAL |
|---|---|---|---|---|---|
| July 22, 2009 | $1,280.00 | $973.50 | $396.00 | $56.00 | **$2,705.50** |

Exhibit A